UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br>January 4, 2022 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), and with Plaintiff's consent, Defendants Pratt & Whitney, a division of Raytheon Technologies Corporation ("Raytheon"), QuEST Global Services-NA, Inc. ("QuEST"), Belcan Engineering Group, LLC and Belcan Services Group Limited Partnership (together, "Belcan"), Cyient, Inc. ("Cyient"), Parametric Solutions, Inc. ("PSI"), and Gary Prus (collectively, "Defendants") respectfully submit this first motion for extension of time to respond to the Complaint filed by Plaintiff David Granata, on behalf of himself and all others similarly situated. In support of this motion, Defendants state as follows:

1. Plaintiff filed the Complaint (ECF 1) on December 14, 2021.

2. Plaintiff served the Complaint as follows: December 17, 2021 on Belcan, Cyient, and QuEST; December 21, 2021 on PSI; and January 1, 2022 on Mr. Prus.

3. The deadline for the first served Defendants to file a responsive pleading is January 7, 2022.

4. To date, at least fourteen (14) other lawsuits have been filed in this District against some or all of the same defendants in this action. In one, the plaintiff filed a Notice of

Related Case listing this action as a related lawsuit to that action. *Durbin v. Pratt & Whitney, Inc., et al.*, No. 3:21-cv-1682 (MPS) (D. Conn.) (ECF 2). In another, the plaintiff filed a Notice of Related Cases listing this action and seven others as related matters to that action. *Cydylo v. Agilis, et al.*, No. 3:21-cv-01730 (SVN) (D. Conn.) (ECF 2). In this action, Your Honor ordered that the Plaintiff file a Notice on or before January 7, 2022 detailing whether that action is related to *Durbin*, among others. *Granata v. Pratt & Whitney, Inc., et al.*, No. 3:21-cv-1657 (SVN) (D. Conn.) (ECF 19). All fifteen (15) matters are putative class actions following a criminal complaint brought by the Department of Justice on December 7, 2021, which is pending before Judge Bolden. *U.S. v. Patel*, 3:21-cr-00220 (VAB) (D. Conn.) (ECF 1).

5.  Given the number of putative class actions currently pending against Defendants and the overlapping legal and factual allegations within each, Defendants expect that one or more consolidated or amended complaint(s) may be filed, which would supersede the currently pending complaints including the Complaint in this action. Defendants also expect that the Court will select interim class counsel.

6.  Defendants respectfully request that the Court extend the time for all defendants to answer, move, or otherwise respond to the Complaint until sixty (60) days following the date the Complaint is served on the last defendant, or sixty (60) days following the filing of a consolidated and/or amended complaint, whichever is later.

7.  Defendants further respectfully request that the Court extend the time for the parties to meet and confer in accordance with Local Rule 26(f) to conduct the parties' planning conference and to submit the Local Rule 26(f) report until thirty (30) and forty-five (45) days, respectively, following the selection of interim class counsel and/or the filing of a consolidated and/or amended complaint, whichever is earlier.

8. Defendants further respectfully request that the Court adjourn the parties' deadlines set by the Order on Pretrial Deadlines (ECF 3) as the parties intend to discuss these deadlines during the parties' planning conference pursuant to Local Rule 26(f) and may request modification of these deadlines in the Local Rule 26(f) Report.

9. Defendants further request that any relief requested herein apply to all existing and subsequently served defendants in this action.

10. Good cause exists for the requested extensions because this putative class action and other potentially related, putative class actions are in their early stages. Defendants are still evaluating the allegations in the Complaint and require additional time to do so.

11. Moreover, the parties anticipate that they and the Court will need additional time to allow for the coordination of all of these matters before one judge or otherwise as directed by the Court. Such coordination (and likely amendments and consolidation of complaints) ultimately will assist the Court and the parties to streamline issues and conserve judicial and party resources. Otherwise, Defendants will be subjected to conducting at least fifteen (15) parties' planning conferences and attempting to prepare a uniform schedule, which will impose a burden on multiple judges in this District to juggle potentially conflicting case management plans, thereby creating inefficiencies and increasing the likelihood of conflicting rulings.

12. For all of these same reasons, in the absence of the requested extensions, the deadlines for responding to the Complaint, conducting the parties' planning conference, and preparing the Local Rule 26(f) report cannot reasonably be met, despite Defendants' diligence.

13. Counsel for Defendants has inquired of opposing counsel regarding Plaintiff's position on the requested extensions, and Plaintiff's counsel has indicated that its client consents to the requested relief.

14. This is Defendants' first request to extend the deadlines for responding to the Complaint, conducting the parties' planning conference, and preparing the Local Rule 26(f) report. Defendants anticipate filing substantially similar requests in each of the currently pending matters (and any related cases filed thereafter) in order to allow the cases to proceed on a similar and coordinated path. The extensions requested herein will neither cause excessive delay in the litigation nor prejudice the parties.

WHEREFORE, Defendants respectfully request that this Court grant this motion and extend their and any other served defendant's time to answer, move, or otherwise respond to the Complaint until sixty (60) days following the date the Complaint is served on the last defendant, **or** sixty (60) days following the filing of a consolidated and/or amended complaint, whichever is later; and further extend the parties' time to meet and confer in accordance with Local Rule 26(f) to conduct the parties' planning conference and to submit the Local Rule 26(f) report until thirty (30) and forty-five (45) days, respectively, following the selection of interim class counsel and/or the filing of a consolidated and/or amended complaint, whichever is earlier; and further adjourn the parties' deadlines set by the Order on Pretrial Deadlines (ECF 2) together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| **DEFENDANT QUEST GLOBAL SERVICES-NA, INC.** | **DEFENDANT BELCAN ENGINEERING GROUP, LLC, AND BELCAN SERVICES GROUP LIMITED PARTNERSHIP** |

By:  /s/ *Thomas V. Daily*
    Thomas V. Daily (ct03467)
    REID & RIEGE, P.C.
    755 Main Street, 21st floor
    Hartford, CT 06103
    Tel: 860-240-1067
    tdaily@reidandriege.com

    -and-

    Stephen J. Kastenberg*
    Jason Leckerman*
    Marcel S. Pratt*
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Tel: 215-665-8500
    kastenberg@ballardspahr.com
    leckermanj@ballardspahr.com
    prattm@ballardspahr.com

    **Pro Hac Vice Motion Forthcoming*

*Its Attorneys*

**DEFENDANT CYIENT, INC.**

By:  /s/ *James M. Moriarty*
    James M. Moriarty (ct21876)
    ZEISLER & ZEISLER, P.C.
    10 Middle Street, 15th Floor
    Bridgeport, CT 06604
    Tel.: 203-368-5485
    jmoriarty@zeislaw.com

    -and-

By: /s/ *Patrick A. Klingman*
    Patrick A. Klingman (ct17813)
    KLINGMAN LAW, LLC
    280 Trumbull Street, 21st floor
    Hartford, CT 06103
    Tel: 860-256-6120
    pak@klingmanlaw.com

    -and-

    James H. Mutchnik, P.C.*
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654
    Tel.: 312-862-2000
    jmutchnik@kirkland.com

    Catie Ventura*
    KIRKLAND & ELLIS LLP
    1301 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    Tel.: 202-389-5000
    catie.ventura@kirkland.com

    **Pro Hac Vice Motion Forthcoming*

*Their Attorneys*

**DEFENDANTS PARAMETRIC SOLUTIONS, INC. AND GARY PRUS**

By:  /s/ *Jill M. O'Toole*
    Jill M. O'Toole (ct27116)
    SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, CT 06103-1919
    Tel.: 860-251-5000
    Fax: 860-251-5099

Bethany G. Lukitsch*
Bridget S. McCabe*
BAKERHOSTETLER
11601 Wilshire Boulevard | Suite 1400
Los Angeles, CA 90025-0509
Tel.: 310-820-8800
blukitsch@bakerlaw.com
bmccabe@bakerlaw.com

Robert S. Friedman*
SHEPPARDMULLIN
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 653-8700
rfriedman@sheppardmullin.com

*Pro Hac Vice Motion Forthcoming*

*Its Attorneys*

jotoole@goodwin.com

*Their Attorneys*

**DEFENDANT RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION**

By:  /s/ *John W. Cerreta*
John W. Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT  06103.
Tel.: (860) 275 0665
jcerreta@daypitney.com

-and –

Chahira Solh*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel.: 949-263-8400
csolh@crowell.com

Kent A. Gardiner*
CROWELL & MORING LLP
1001 Pennsylvania Av.NW
Washington DC 20004
Tel.: (202) 624-2500
kgardiner@crowell.com

*Pro Hac Vice Motion Forthcoming*

*Its Attorneys*

10736273

6