## RETURN OF SERVICE

| | |
|---|---|
| Service of the: Summons and Complaint was made by me | Date: December 17, 2021 |
| Name of Server: Alex J. Rodriguez | Title: Connecticut State Marshal |

Then and by virtue hereof, on the 17th day of December, 2021, I made due and legal service on the within named Defendant, **PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES,** by leaving two (2) verified true and attested copies of the original **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized Agent to accept service for the within named Defendant, at 30 Trinity Street, in the City of Hartford.

Also on the 17th day of December, 2021, I made due and legal service on the within named Defendant, **AGILIS ENGINEERING, INC.,** by leaving two (2) verified true and attested copies of the original **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized Agent to accept service for the within named Defendant, at 30 Trinity Street, in the City of Hartford.

Afterwards on the 17th day of December, 2021, I made due and legal service on the within named Defendant, **QUEST GLOBAL SERVICES-NA, INC.,** I left a verified true and attested copy of the within original **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with and in the hands of Deneen L. Seifel, duly authorized to accept for Corporation Service Company, Agent For Service for said Defendant, at Updike, Kelly & Spellacy, P.C., 100 Pearl Street, in the City of Hartford.

Afterwards on the 17th day of December, 2021, I made due and legal service on the within named Defendant, **BELCAN ENGINEERING GROUP, LLC,** by leaving a verified true and attested copy of the within **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with and in the hands of Gary Scappini, duly authorized to accept service for CT Corporation System, Agent For Service for said Defendant, at 67 Burnside Avenue, in the Town of East Hartford.

Also on the 17th day of December, 2021, I made due and legal service on the within named Defendant, **BELCAN SERVICE GROUP LIMITED PARTNERSHIP,** by leaving a verified true and attested copy of the within **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with and in the hands of Gary Scappini, duly authorized to accept service for CT Corporation System, Agent For Service for said Defendant, at 67 Burnside Avenue, in the Town of East Hartford.

Also on the 17th day of December, 2021, I made due and legal service on the within named Defendant, **CYIENT, INC.,** by leaving a verified true and attested copy of the within **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with and in the hands of Gary Scappini, duly authorized to accept service for CT Corporation System, Agent For Service for said Defendant, at 67 Burnside Avenue, in the Town of East Hartford.

Afterwards, on the 17th day of December, 2021 and by the direction of the plaintiff's attorney, I deposited at the Post Office in Glastonbury, postage paid and certified, return receipt requested, a verified true and attested copy of the original, **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with my doings thereon endorsed, addressed to the within named Defendant, **Pratt & Whitney, A Division of Raytheon Technologies,** 10 Farm Spring Road, Farmington, CT 06032.

Also on the 17th day of December, 2021 and by the direction of the plaintiff's attorney, I deposited at the Post Office in Glastonbury, postage paid and certified, return receipt requested, a verified true and attested copy of the original, **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with my doings thereon endorsed, addressed to the within named Defendant, **Agilis Engineering, Inc.,** C/O Michael A. Ladd, 3930 RCA Boulevard, Suite 3000, Palm Beach Gardens, FL 33410.

Also on the 17th day of December, 2021 and by the direction of the plaintiff's attorney, I deposited at the Post Office in Glastonbury, postage paid and certified, return receipt requested, a verified true and attested copy of the original, **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with my doings thereon endorsed, addressed to the within named Defendant, **Quest Global Services-NA, Inc.,** 50 West Broad Street, Suite 1330, Columbus, OH 43215.

Also on the 17th day of December, 2021and by the direction of the plaintiff's attorney, I deposited at the Post Office in Glastonbury, postage paid and certified, return receipt requested, a verified true and attested copy of the original, **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with my doings thereon endorsed, addressed to the within named Defendant, **Belcan Engineering Group, LLC,** 10200 Anderson Way, Cincinnati, OH 45242.

Also on the 17th day of December, 2021and by the direction of the plaintiff's attorney, I deposited at the Post Office in Glastonbury, postage paid and certified, return receipt requested, a verified true and attested copy of the original, **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with my doings thereon endorsed, addressed to the within named Defendant, **Belcan Services Group Limited Partnership,** 10200 Anderson Way, Cincinnati, OH 45242.

Also on the 17th day of December, 2021and by the direction of the plaintiff's attorney, I deposited at the Post Office in Glastonbury, postage paid and certified, return receipt requested, a verified true and attested copy of the original, **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** with my doings thereon endorsed, addressed to the within named Defendant, **Cyient Inc.,** 99 East River Drive, 5th Floor, East Hartford, CT 06108.

Afterwards on the 20th day December, 2021, I left a verified true and attested copy of the within original **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** at the usual place of abode of the within named, Defendant, **HARPREET WASAN,** at 63 Overshot Drive, in the Town of South Glastonbury.

Afterwards on the 20th day December, 2021, I left a verified true and attested copy of the within original **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** at the usual place of abode of the within named, Defendant, **TOM EDWARDS,** at 10 Joels Drive, in the Town of New Fairfield.

Afterwards on the 27th day December, 2021, I left a verified true and attested copy of the within original **Summons in a Civil Case, Class Action Complaint, Civil Cover Sheet, Addendum to Civil Cover Sheet, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, and Notice to Counsel and Pro Se Parties,** at the usual place of abode of the within named, Defendant, **MAGESH PATEL,** at 209 Feldspar Ridge, in the Town of Glastonbury.

**SUPPLEMENTAL RETURN TO FOLLOW**

**STATEMENT OF SERVICE FEES**

Travel $ 112.10   Services $ 1,343.20   Sec. State $ 100.00   Postage $ 60.00   Total $ 1,615.30

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 27, 2021

Alex J. Rodriguez-State Marshal
39 Russ Street
Hartford, CT 06106