UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID DURBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, INC., *et al.*,<br><br>Defendants. | No. 3:21-cv-01682 (MPS)<br><br><br><br><br><br><br><br><br><br>January 8, 2022 |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Pratt & Whitney, Inc. ("Pratt"), QuEST Global Services-NA, Inc. ("QuEST"), Belcan, LLC ("Belcan"), Cyient, Inc. ("Cyient"), Parametric Solutions, Inc. ("PSI"), and Gary Prus (collectively, "Defendants") respectfully submit this first motion for extension of time, on consent, to respond to the Complaint filed by Plaintiff David Durbin, on behalf of himself and all others similarly situated.  In support of this motion, Defendants state as follows:

1. Plaintiff filed the Complaint (ECF 1) on December 17, 2021.

2. Plaintiff served the Complaint as follows:  December 23, 2021 on Cyient; December 28, 2021 on QuEST; December 29, 2021 on Pratt; December 30, 2021 on Belcan; and January 4, 2022 on PSI.

3. The deadline for the first served Defendant to file a responsive pleading is January 13, 2022.

4. To date, at least sixteen (16) other lawsuits have been filed in this District against some or all of the same defendants in this action.  In this action, Plaintiff filed a Notice of Related Case listing this action as a related lawsuit to several other actions.  (ECF 2.)  In another

action, the plaintiff filed a Notice in response to a Court order listing this action as a related lawsuit to that action. (*Granata v. Pratt & Whitney, Inc., et al.*, No. 3:21-cv-1657 (SVN) (D. Conn.) (the "*Granata* Action") (ECF 31).) In that Notice, the plaintiff represented that "[a]ll plaintiffs' counsel from these cases have conferred and agree that the cases listed in Attachment A are related" (*id.* at 2), and the attachment lists all of the then-pending fifteen (15) actions pending in this District. (*Id.* at Attachment A.) All seventeen (17) matters are putative class actions following a criminal complaint brought by the Department of Justice on December 7, 2021, which is pending before Judge Bolden. *U.S. v. Patel*, 3:21-cr-00220 (VAB) (D. Conn.) (ECF 1).

5. Given the number of putative class actions currently pending against Defendants and the overlapping legal and factual allegations within each, Defendants expect that one or more consolidated or amended complaint(s) may be filed, which would supersede the currently pending complaints including the Complaint in this action. Defendants also expect that the Court will select interim class counsel.

6. Defendants respectfully request that the Court extend the time for all defendants to answer, move, or otherwise respond to the Complaint until sixty (60) days following the date the Complaint is served on the last defendant, or sixty (60) days following the filing of a consolidated and/or amended complaint, whichever is later.

7. Defendants further respectfully request that the Court extend the time for the parties to meet and confer in accordance with Local Rule 26(f) to conduct the parties' planning conference and to submit the Local Rule 26(f) report until thirty (30) and forty-five (45) days, respectively, following the selection of interim class counsel and/or the filing of a consolidated and/or amended complaint, whichever is earlier.

8. Defendants further respectfully request that the Court adjourn the parties' deadlines set by the Order on Pretrial Deadlines (ECF 3) as the parties intend to discuss these deadlines during the parties' planning conference pursuant to Local Rule 26(f) and may request modification of these deadlines in the Local Rule 26(f) Report.

9. Defendants further request that any relief requested herein apply to all existing and subsequently served defendants in this action.

10. Good cause exists for the requested extensions because this putative class action and other potentially related, putative class actions are in their early stages. Defendants are still evaluating the allegations in the Complaint and require additional time to do so.

11. Moreover, the parties anticipate that they and the Court will need additional time to allow for the coordination of all of these matters before one judge or otherwise as directed by the Court. Such coordination (and likely amendments and consolidation of complaints) ultimately will assist the Court and the parties to streamline issues and conserve judicial and party resources. Otherwise, Defendants will be subjected to conducting at least seventeen (17) parties' planning conferences and attempting to prepare a uniform schedule, which will impose a burden on multiple judges in this District to juggle potentially conflicting case management plans, thereby creating inefficiencies and increasing the likelihood of conflicting rulings.

12. Furthermore, in the *Granata* Action, Judge Nagala granted a motion for extension of time substantively similar to this motion, and ordered that all defendants "shall answer, move, or otherwise respond to the complaint no later than 60 days after the complaint is served on the last defendant or 60 days following the filing of a consolidated/amended complaint, whichever is later." (Order dated Jan. 5, 2022, *Granata* Action (ECF 28).) The order further directs that "[t]he parties shall file their Rule 26(f) report no later than 45 days after the selection of interim

class counsel or the filing of a consolidated/amended complaint, whichever is earlier.  The pre-trial deadlines set in ECF No. [2] are hereby vacated." (*Id.*)  Judge Bolden entered a substantively similar order in another action designated as related by plaintiffs' counsel.  (Order dated Jan. 7, 2022, *Chapman v. Quest Global Services-NA, Inc., et al.*, No. 3:21-cv-1681 (VAB) (D. Conn.) (ECF 33).)  In both actions, the deadlines in the Court's standing Order on Pretrial Deadlines were vacated.

13.     For all of these same reasons, in the absence of the requested extensions, the deadlines for responding to the Complaint, conducting the parties' planning conference, and preparing the Local Rule 26(f) report cannot reasonably be met, despite Defendants' diligence.

14.     Counsel for Defendants has inquired of opposing counsel regarding Plaintiff's position on the requested extensions, and Plaintiff's counsel has indicated that its client consents to the requested relief.

15.     This is Defendants' first request to extend the deadlines for responding to the Complaint, conducting the parties' planning conference, and preparing the Local Rule 26(f) report.  Defendants anticipate filing substantially similar requests in each of the currently pending matters (and any related cases filed thereafter) in order to allow the cases to proceed on a similar and coordinated path.  The extensions requested herein will neither cause excessive delay in the litigation nor prejudice the parties.

WHEREFORE, Defendants respectfully request that this Court grant this motion and extend their and any other served defendant's time to answer, move, or otherwise respond to the Complaint until sixty (60) days following the date the Complaint is served on the last defendant, **or** sixty (60) days following the filing of a consolidated and/or amended complaint, whichever is later; and further extend the parties' time to meet and confer in accordance with Local Rule 26(f)

to conduct the parties' planning conference and to submit the Local Rule 26(f) report until thirty (30) and forty-five (45) days, respectively, following the selection of interim class counsel and/or the filing of a consolidated and/or amended complaint, whichever is earlier; and further adjourn the parties' deadlines set by the Order on Pretrial Deadlines (ECF 3), together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

**DEFENDANT QUEST GLOBAL SERVICES-NA, INC.**

By:  /s/ *Thomas V. Daily*
Thomas V. Daily (ct03467)
REID & RIEGE, P.C.
755 Main Street, 21st floor
Hartford, CT 06103
Tel: 860-240-1067
tdaily@reidandriege.com

-and-

Stephen J. Kastenberg*
Jason Leckerman*
Marcel S. Pratt*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215-665-8500
kastenberg@ballardspahr.com
leckermanj@ballardspahr.com
prattm@ballardspahr.com

*Pro Hac Vice Motion Forthcoming*

*Its Attorneys*

**DEFENDANT CYIENT, INC.**

By:  /s/ *James M. Moriarty*
James M. Moriarty (ct21876)

**DEFENDANT BELCAN, LLC**

By:  /s/ *Patrick A. Klingman*
Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, 21st floor
Hartford, CT 06103
Tel: 860-256-6120
pak@klingmanlaw.com

-and-

James H. Mutchnik, P.C.*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: 312-862-2000
jmutchnik@kirkland.com

Catie Ventura*
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: 202-389-5000
catie.ventura@kirkland.com

*Pro Hac Vice Motion Forthcoming*

*Its Attorneys*

**DEFENDANTS PARAMETRIC SOLUTIONS, INC. AND GARY PRUS**

By:  /s/ *Jill M. O'Toole*

5

<div style="columns: 2">

ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Tel.: 203-368-5485
jmoriarty@zeislaw.com

-and-

Bethany G. Lukitsch*
Bridget S. McCabe*
BAKERHOSTETLER
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Tel.: 310-820-8800
blukitsch@bakerlaw.com
bmccabe@bakerlaw.com

Robert S. Friedman*
SHEPPARDMULLIN
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 653-8700
rfriedman@sheppardmullin.com

*Pro Hac Vice Motion Forthcoming

*Its Attorneys*

Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: 860-251-5000
Fax: 860-251-5099
jotoole@goodwin.com

*Their Attorneys*

**DEFENDANT PRATT & WHITNEY, INC.**

By: /s/ *John W. Cerreta*
John W. Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT  06103
Tel.: (860) 275-0665
jcerreta@daypitney.com

-and –

Chahira Solh*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel.: 949-263-8400
csolh@crowell.com

Kent A. Gardiner*
CROWELL & MORING LLP
1001 Pennsylvania Av. NW
Washington DC 20004
Tel.: (202) 624-2500
kgardiner@crowell.com

*Pro Hac Vice Motion Forthcoming

*Its Attorneys*

</div>