UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PRATT & WHITNEY, A Division of RAYTHEON TECHNOLOGIES CORPORATION, *et al.*, )<br>)<br>Defendants. ) | No. 3:21-cv-01657 (SVN)<br><br><br><br><br><br><br><br>January 20, 2022 |

## DEFENDANTS' MOTION FOR ADMISSION OF VISITING ATTORNEY

The undersigned, as a member of the Bar of this Court, hereby respectfully moves, pursuant to Local Civil Rule 83.1(d), the Court's January 18, 2022 Consolidation Order [ECF No. 44], and the Clerk of Court's January 18, 2022 Notice of Consolidation [no. 52], for an order admitting Catie Ventura as a visiting attorney to appear before this Court on behalf of Defendants Belcan Engineering Group, LLC, and Belcan Services Group Limited Partnership in the above-captioned action, as well as all related actions consolidated therewith.

In support of this Motion, the undersigned respectfully represents as follows:

1.  Catie Ventura is a partner of Kirkland & Ellis LLP, with offices at 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004. The Firm's telephone number is (202) 389-5000, and its facsimile number is (202) 389-5200. Attorney Ventura's email address is catie.ventura@kirkland.com.

2.  As noted in her supporting Affidavit (attached hereto as Exhibit A), Attorney Ventura is a member in good standing of the State Bar of Illinois.

3.	Attorney Ventura does not have any disciplinary complaints pending against her as to which a finding has been made that such complaint should proceed to a hearing, has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint, and otherwise satisfies the requirements for admission pro hac vice in this action pursuant to Local Civil Rule Rule 83.1(d).

4.	As the attorney sponsoring her application, Attorney Ventura designates the undersigned as her agent for service of process and this District as the forum for the resolution of any dispute arising out of her admission to this Court.

5.	The undersigned represents that admission of Attorney Ventura will not require modification of any existing Scheduling Order or any deadlines.  It is further represented that, upon entry of an Order granting this Motion, Attorney Ventura will promptly submit a Certificate of Good Standing from the State of Illinois.  Payment of $200.00 to the Clerk of this Court accompanies the filing of this Motion.

Respectfully submitted,

  _/s/ Patrick A. Klingman_
Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street  Floor 21
Hartford, CT  06103-3514
(860) 256-6120
pak@klingmanlaw.com

Counsel for Defendants,
Belcan Engineering Group, LLC, and
Belcan Services Group Limited Partnership