UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>              Defendants. | CIVIL ACTION NO. 3:21-cv-01657-SVN |

**MOTION FOR ADMISSION OF COUNSEL
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), Plaintiff, through their undersigned counsel, respectfully moves that Attorneys Jonathan M. Jagher, Brian M. Hogan, Kimberly A. Justice, Douglas A. Millen and Robert J. Wozniak, Jr. be permitted to appear *pro hac vice* in this matter on behalf of Bryant Tucker ("Plaintiff"). In accordance with the requirements of Local Rule 83.1(d)(1), the Affidavit of Attorney Jagher is attached hereto as Exhibit A, the Affidavit of Attorney Hogan is attached hereto as Exhibit B, the Affidavit of Attorney Justice is attached hereto as Exhibit C, the Affidavit of Attorney Millen is attached hereto as Exhibit D and the Affidavit of Attorney Wozniak is attached hereto as Exhibit E. The Affidavits contain the representations required by Local Rule 83.1(d)(1).

In further support of this motion, the undersigned represents the following:

1. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

3. Pursuant to Local Rule 83.1(d)(4), Certificates of Good Standing for the above named counsel will be filed within sixty (60) days of the date of the admission to this Court.

4. As set forth in their Affidavits, pursuant to L. Civ. R. 83.1(d)(1)(e), Attorneys Jagher, Hogan, Justice, Millen and Wozniak, Jr. have designated Attorney Jonathan M. Shapiro, the sponsor of his admission, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission. Pursuant to L. Civ. R. 83.1(c)(1), Attorneys Jagher, Hogan, Justice, Millen and Wozniak, Jr. have designated Attorney Shapiro as the member of the bar of this court upon whom service of all papers shall also be made. Attorneys Jagher, Hogan, Justice, Millen and Wozniak, Jr. are familiar with the issues presented in this case inasmuch as their firm has been retained to represent the Plaintiff.

5. The fee required for the five applications for *pro hac vice* admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Accordingly, undersigned counsel respectfully requests that the Court admit Attorneys Jagher, Hogan, Justice, Millen and Wozniak, Jr. *pro hac vice* in this matter.

Dated: January 21, 2022            Respectfully submitted,

                                              **AETON LAW PARTNERS LLP**

By:  */s/ Jonathan M. Shapiro*
       Jonathan M. Shapiro (ct24075)
       AETON LAW PARTNERS LLP
       311 Centerpoint Drive
       Middletown, CT 06457
       Tel: 860-724-2160
       jms@aetonlaw.com

*Attorney for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      This 21st day of January, 2022.

                                          /s/ Jonathan M. Shapiro ct24075
                                          Jonathan M. Shapiro