UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-cv-01657-SVN |

**MOTION FOR ADMISSION OF COUNSEL
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), Plaintiff, through their undersigned counsel, respectfully moves that Attorney Gary Klinger be permitted to appear *pro hac vice* in this matter on behalf of Bryant Tucker ("Plaintiff'). In accordance with the requirements of Local Rule 83.1(d)(1), the Affidavit of Attorney Klinger is attached hereto as Exhibit A. The Affidavit contains the representations required by Local Rule 83.1(d)(1).

In further support of this motion, the undersigned represents the following:

1. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

3. Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing for the above-named counsel will be filed within sixty (60) days of the date of the admission to this Court.

4. As set forth in his Affidavit, pursuant to L. Civ. R. 83.1(d)(1)(e), Attorney Klinger has designated Attorney Jonathan M. Shapiro, the sponsor of his admission, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission. Pursuant to L. Civ. R. 83.1(c)(1), Attorney Klinger has designated Attorney Shapiro as the member of the bar of this court upon whom service of all papers shall also be made. Attorney Klinger is familiar with the issues presented in this case inasmuch as his firm has been retained to represent the Plaintiff.

5. The fee required for the application for *pro hac vice* admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Accordingly, undersigned counsel respectfully requests that the Court admit Attorney Klinger *pro hac vice* in this matter.

Dated: January 24, 2022                             Respectfully submitted,

**AETON LAW PARTNERS LLP**

By:  */s/ Jonathan M. Shapiro*
Jonathan M. Shapiro (ct24075)
AETON LAW PARTNERS LLP
311 Centerpoint Drive
Middletown, CT 06457
Tel: 860-724-2160
jms@aetonlaw.com

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 24th day of January, 2022.

/s/ Jonathan M. Shapiro ct24075
Jonathan M. Shapiro