UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA,<br><br>    Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; et al.,<br><br>    Defendants. | Case No. 3:21-cv-01657-SVN<br><br><br>January 25, 2022 |

## STATUS REPORT

Pursuant to the Court's January 18, 2022, Consolidation Order (ECF No. 44), Plaintiffs in the Consolidated Action submit this Status Report.[1]

---

[1] The Court consolidated the following actions: *Granata v. Pratt & Whitney et al.,* 3:21-cv-01657-SVN; *Conroy et al. v. Agilis Engineering et al.*, 3:21-cv-01659-SVN; *Balicoco v. Pratt & Whitney et al.*, 3:21-cv-01673-SVN; *Kintz v. Engineering, Inc. at al.*, 3:21-cv-01674-SVN; *Chapman v. Quest Global Services NA, Inc. et al.*, 3:21-cv-01681-SVN; *Durbin v. Pratt & Whitney Inc. et al.*, 3:21-cv-01682-SVN; *Powers v. Agilis Engineering, Inc. et al.*, 3:21-cv-01691-SVN; *Boodram v. Agilis Engineering, Inc. et al.*, 3:21-cv- 01701-SVN; *Tucker v. Pratt & Whitney Division et al.*, 3:21-cv-01704-SVN; *Mamigonian v. Agilis Engineering, Inc. et al.*, 3:21-cv-01721-SVN; *Brooks-Bey et al. v. Raytheon Technologies Corporation et al.*, 3:21-cv-01723- SVN; *Lillie v. Agilis Engineering, Inc. et al.*, 3:21-cv-01724-SVN; *Cydylo v. Agilis Engineering, Inc. et al.*, 3:21-cv- 01730-SVN; *Renteria v. Agilis Engineering, Inc. et al.*, 3:21-cv-01736-SVN; *McIsaac v. Quest global Services NA, Inc. et al.*, 3:21-cv-01737-SVN; *Borozny et al. v. Agilis Engineering, Inc. et al.*, 3:22-cv-00032-SVN; *Doe v. Raytheon Technologies Corp. et al.*, 3:22-cv-00035-SVN; *Waid-Jones v. Agilis Engineering, Inc. et al.*, 3:22-cv- 00058-SVN; *Gaskill et al. v. Agilis Engineering, Inc. et al.*, 3:22-cv-00071-SVN; *Wilson et al. v. Raytheon Technologies Corporation et al.*, 3:22-cv-00062-SVN; and *Ivaldi v. Agilis Engineering, Inc. et al.*, 3:22-cv-00097-SVN. Collectively, these matters are referred to as the "Consolidated Action." Several other related cases (the "Related Actions") have been filed in this District: *Lancaster et al. v. Agilis Engineering, Inc. et al.*, 3:22-cv-00051-SLM; *Dowe v. Quest Global Services-NA, Inc. et al.*, 3:22-cv-00063-SALM; *Roe et al. v. Agilis Engineering, Inc. et al.*, 3:22-cv-00086-JBA; *Leavitt v. Agilis Engineering, Inc. et al.*, 3:22-cv-00103-VAB; and *McMahon v. Agilis Engineering, Inc. et al.*, 3:22-cv-00115-OAW. Plaintiffs expect that the Related Actions will be transferred to this Court and consolidated along with the Consolidated Action. Signatories to this Status Report include all Plaintiffs' counsel for the Consolidated Action and the Related Actions.

Plaintiffs' counsel in the Consolidated Action have met and conferred to address: (1) if there are any objections to the Court appointing interim class counsel at this time; and (2) who Plaintiffs believe is best suited to be interim class counsel. Plaintiffs agree that it is appropriate for the Court to appoint interim class counsel at this time, but do not agree on who is best suited to be interim class counsel. Accordingly, counsel for Plaintiffs will submit competing proposals for interim class counsel by February 1, 2022, addressing the factors set forth in Federal Rule of Civil Procedure 23(g).

Date: January 25, 2022

Respectfully submitted,

By: */s/ David A. Slossberg*

David A. Slossberg
Jeffrey P. Nichols (ct29547)
**HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC**
147 North Broad Street
Milford, CT 06460
Tel.: (203) 877-8000
dslossberg@hssklaw.com
jnichols@hssklaw.com

By: */s/ Gregory S. Asciolla*

Gregory S. Asciolla (*pro hac vice*)
Robin A. van der Meulen (*pro hac vice*)
Matthew J. Perez (*pro hac vice*)
Veronica Bosco (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
gasciolla@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com
vbosco@labaton.com

***Attorneys for Plaintiff David Granata***

By: */s/ David S. Golub*

David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Steven L. Bloch
Ian W. Sloss
**SILVER GOLUB & TEITELL LLP**
One Landmark Square – 15th Floor
Stamford, CT 06901
Tel.: (203) 325-4491
dgolub@sgtlaw.com
jlevine@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

By: */s/ Eric L. Cramer*

Eric L. Cramer
Candice Enders
Patrick F. Madden
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
ecramer@bm.net
cenders@bm.net
pmadden@bm.net
mwallin@bm.net

| | |
|---|---|
| By:    */s/ Brent W. Johnson* | By:    */s/ Daniel J. Walker* |

Daniel A. Small
Brent W. Johnson
Emmy L. Levens
Jessica Weiner
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
jweiner@cohenmilstein.com

By:    */s/ Shana E. Scarlett*

Shana E. Scarlett
Benjamin Siegel
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

By:    */s/ Steven G. Sklaver*

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Daniel J. Walker
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Tel.: (202) 559-9745
dwalker@bm.net

*Attorneys for Plaintiffs Tom Conroy, Daniel Sartoris, Scott Prentiss, Christopher Novoa, Daniel Kintz and Juan Renteria*

By:    */s/ Erin Green Comite*

Erin Green Comite (ct24886)
Michael P. Srodoski (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com
msrodoski@scott-scott.com

Walter W. Noss (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
wnoss@scott-scott.com

Linda P. Nussbaum (*pro hac vice*)
Susan R. Schwaiger (*pro hac vice*)
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel.: (917) 438-9189
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com

Tel.: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Matthew R. Berry
Ian Gore
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel.: (206) 516-3880
Fax: (206) 516-3883
mberry@susmangodfrey.com
igore@susmangodfrey.com

By:   */s/ Brian P. Daniels*

Brian P. Daniels (ct11863)
Michael T. Cretella (ct29512)
**BRENNER, SALTZMAN & WALLMAN LLP**
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
bpdaniels@bswlaw.com
mcretella@bswlaw.com

*Attorneys for Plaintiff John Balicoco*

By:   */s/ Gregg D. Adler*

Gregg D. Adler (ct05698)
Dan Livingston (ct04226)
**LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, PC**
557 Prospect Avenue
Hartford, CT 06105
Tel.: (860) 454-9608
Fax: (860) 232-7818
gdadler@lapmk.org
delivingston@lapm.org

Dean M. Harvey (*pro hac vice*)
Anne B. Shaver (*pro hac vice*)

Roberta D. Liebenberg (*pro hac vice*)
Gerard A. Dever (*pro hac vice*)
Jessica Khan (*pro hac vice*)
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel.: (215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com
jkhan@finekaplan.com

*Attorneys for Plaintiff Elisha Chapman*


By:   */s/ Hilary K. Scherrer*

Hilary K. Scherrer
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
Tel.: (202) 540-7200
hscherrer@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel.: (215) 985-3270
gsmith@hausfeld.com

Bonny Sweeney
**HAUSFELD LLP**
600 Montgomery St. #3200
San Francisco, CA 94111
Tel.: (415) 633-1908
bsweeney@hausfeld.com

*Attorneys for Plaintiffs Michael Powers, Jacob Lillie, Plaintiffs Robert Lancaster, and Maxwell Stinson*


By:  */s/ Jonathan M. Shapiro*

Jonathan M. Shapiro (ct24075)
**AETON LAW PARTNERS LLP**

Lin Y. Chan (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
szandi@lchb.com

*Attorneys for Plaintiff David Durbin*


By:    */s/ Jeffrey L. Spector*

Jeffrey J. Corrigan
Jeffrey L. Spector
Diana J. Zinser
**SPECTOR ROSEMAN & KODROFF,
P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496-0300
jcorrigan@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Steven L. Bloch (*pro hac vice* forthcoming)
Ian W. Sloss (*pro hac vice* forthcoming)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square – 15th Floor
Stamford, CT 06901
Tel.: (203) 325-4491
dgolub@sgtlaw.com
jlevine@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiff Ricardo Boodram*

311 Centerpoint Drive
Middletown, CT 06457
Tel.: (860) 724-2160
Fax: (860) 724-2161
jms@aetonlaw.com

Douglas A. Millen
Robert J. Wozniak, Jr.
Brian M. Hogan
**FREED KANNER LONDON
& MILLEN LLC**
2201 Waukegan Rd, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

Kimberly A. Justice
Jonathan M Jagher
**FREED KANNER LONDON
& MILLEN LLC**
923 Fayette St
Conshohocken, PA 19428
Tel.: (610) 234-6487
kjustice@fklmlaw.com
jjagher@fklmlaw.com

*Attorneys for Plaintiff Bryant Tucker*


By:    */s/ Mathew P. Jasinski*

Mathew P. Jasinski (ct27520)
**MOTLEY RICE LLC**
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Tel.: (860) 218-2725
Fax: (860) 882-1682
mjasinski@motleyrice.com

By:    */s/ Christopher T. Micheletti*

Christopher T. Micheletti (phv20402)
Heather T. Rankie (phv20403)

By: /s/ *Kellie Lerner*
Kellie Lerner
William V. Reiss
David B. Rochelson
**ROBINS KAPLAN LLP**
900 Third Avenue, Suite 1900
New York, NY 10022
Tel.: (212) 980-7400
klerner@robinskaplan.com
wreiss@robinskaplan.com
drochelson@robinskaplan.com

Robert M. Frost, Jr.
**FROST | BUSSERT LLC**
350 Orange Street, Suite 100
New Haven, CT 06511
Tel.: (203) 495-9790
Fax: (203) 495-9795
rmf@frostbussert.com

*Attorneys for Plaintiffs Camden H. Mamigonian and Austin Waid-Jones*

Peggy J. Wedgworth
Elizabeth McKenna
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel.: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com

*Attorneys for Plaintiff Austin Waid-Jones*

Daniel J. Krisch (ct21994)
**HALLORAN SAGE LLP**
225 Asylum St.
Hartford, CT 06103
Tel.: (860) 522-6103
krisch@halloransage.com

Jason A. Zweig
**KELLER LENKNER LLC**

Anjalee Behti (phv20405)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Tel.: (415) 693-0700
Fax: (415) 693-0770
cmicheletti@zelle.com
hrankie@zelle.com
abehti@zelle.com

*Attorneys for Plaintiffs Tarrique Brooks-Bey and Wadner Brizeus*

By: */s/ Erin Green Comite*

Erin Green Comite (ct24886)
Michael P. Srodoski
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com
msrodoski@scott-scott.com

Walter W. Noss
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
wnoss@scott-scott.com

Roberta D. Liebenberg
Gerard A. Dever
Jessica Khan
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel.: (215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com

6

150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
Tel.: (312) 741-5220
jaz@kellerlenkner.com

Zina Bash
**KELLER LENKNER LLC**
111 Congress Avenue, Suite 500
Austin, TX 78701
Tel.: (501) 690-0990
zina.bash@kellerlenkner.com

*Attorneys for Plaintiffs Matthew Cydylo and Joshua Ivaldi*


By: */s/ David S. Golub*

David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Steven L. Bloch (*pro hac vice* forthcoming)
Ian W. Sloss (*pro hac vice* forthcoming)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square – 15th Floor
Stamford, CT 06901
Tel.: (203) 325-4491
dgolub@sgtlaw.com
jlevine@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

*Attorneys for Plaintiffs Tarah Kye Borozny, Jed Perron, Sam McCallum, James Roe, and Russell Hedlund*


By: */s/ Joshua R. Goodbaum*

Joseph D. Garrison (ct04132)
Stephen J. Fitzgerald (ct22939)
Joshua R. Goodbaum (ct28834)
Amanda M. DeMatteis (ct29413)
**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
405 Orange Street
New Haven, CT 06511

jkhan@finekaplan.com

*Attorneys for Plaintiff Ellen McIsaac*


By: */s/ Jonathan M. Shapiro*

Jonathan M. Shapiro (ct24075)
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, CT 06457
Tel.: (860) 724-2160
Fax: (860) 724-2161
jms@aetonlaw.com

Joseph R. Saveri (ct130064)
Christopher K.L. Young (ct318371)
Anupama K. Reddy (ct324873)
Abraham A. Maggard (ct339949)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Tel.: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
areddy@saverilawfirm.com
amaggard@saverilawfirm.com

Steven N. Williams (ct2533826)
**JOSEPH SAVERI LAW FIRM LLP**
40 Worth Street, Suite 602
New York, NY 10013
Tel.: (646) 527-7310
Fax: (212) 202-7678
swilliams@saverilawfirm.com

*Attorneys for Plaintiff John Doe*


By: */s/ Richard E. Hayber*

Richard E. Hayber (ct11629)
**HAYBER, MCKENNA & DINSMORE, LLC**
750 Main Street, Suite 904

Tel.: (203) 777-4425
Fax: (203) 776-3965
jgarrison@garrisonlaw.com
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com
adematteis@garrisonlaw.com

Daniel L. Brockett (*pro hac vice* forthcoming)
Steig D. Olson (*pro hac vice* forthcoming)
Manisha M. Sheth (*pro hac vice* forthcoming)
Thomas Lepri (*pro hac vice* forthcoming)
Casey Adams (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com
thomaslepri@quinnemanuel.com
caseyadams@quinnemanuel.com

*Attorneys for Plaintiffs Nicholas Wilson and Alex Scales*


By:   */s/ David S. Golub*

David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Steven L. Bloch (*pro hac vice* forthcoming)
Ian W. Sloss (*pro hac vice* forthcoming)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square – 15th Floor
Stamford, CT 06901
Tel: (203) 325-4491
dgolub@sgtlaw.com
jlevine@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

By:   */s/ Karen M. Lerner*

Karen M. Lerner (*pro hac vice* forthcoming)

Hartford, CT 06103
Tel.: (860) 920-5362
rhayber@hayberlawfirm.com

Derek Y. Brandt (*pro hac vice* forthcoming)
Leigh M. Perica (*pro hac vice* forthcoming)
Connor P. Lemire (*pro hac vice* forthcoming)
**MCCUNE WRIGHT AREVALO, LLP**
231 North Main Street, Suite 20
Edwardsville, Illinois 62025
Tel.: (618) 307-6116
Fax: (618) 307-6161
dyb@mccunewright.com
lmp@mccunewright.com
cpl@mccunewright.com

Richard D. McCune (*pro hac vice* forthcoming)
David C. Wright (*pro hac vice* forthcoming)
Dana R. Vogel (*pro hac vice* forthcoming)
**MCCUNE WRIGHT AREVALO, LLP**
18565 Jamboree Road, Suite 550
Irvine, CA 92612
Tel.: (909) 557-1250
rdm@mccunewright.com
dcw@mccunewright.com
drv@mccunewright.com

Elaine S. Kusel (*pro hac vice* forthcoming)
**MCCUNE WRIGHT AREVALO, LLP**
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel.: (973) 737-9981
esk@mccunewright.com

*Attorneys for Plaintiff Stephen Dowe*


By:   */s/ David S. Golub*

David S. Golub (ct00145)
Jonathan M. Levine (ct07584)
Steven L. Bloch (*pro hac vice* forthcoming)
Ian W. Sloss (*pro hac vice* forthcoming)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square – 15th Floor

David E. Kovel (ct421425)
**KIRBY McINERNEY LLP**
Anthony E. Maneiro (*pro hac vice* forthcoming)
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
klerner@kmllp.com
dkovel@kmllp.com
amaneiro@kmllp.com

*Attorneys for Plaintiffs Jacob Gaskill, Erica Holden, and Michael McMahon*

Stamford, CT 06901
Tel.: (203) 325-4491
Fax: (203) 325-3769
dgolub@sgtlaw.com
jlevine@sgtlaw.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

Joseph C. Kohn (*pro hac vice* forthcoming)
William E. Hoese (*pro hac vice* forthcoming)
Douglas A. Abrahams (*pro hac vice* forthcoming)
Craig W. Hillwig (*pro hac vice* forthcoming)
Aarthi Manohar (*pro hac vice* forthcoming)
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 238-1700
Fax: (215) 238-1968
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com
chillwig@kohnswift.com
amonohar@kohnswift.com

Michael L. Roberts (*pro hac vice* forthcoming)
Karen Halbert (*pro hac vice* forthcoming)
**ROBERTS LAW FIRM, P.A.**
20 Rahling Circle
Little Rock, Arkansas 72223
Phone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

*Attorneys for Plaintiff Allison E. Leavitt*

**CERTIFICATE OF SERVICE**

This is to certify that on January 25, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ David A. Slossberg*
David A. Slossberg
