**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID GRANATA, ET AL., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PRATT & WHITNEY, ET AL, ) <br> ) <br> Defendants. ) | CASE NO. 3:21-cv-01657 (SVN) <br><br><br><br> January 26, 2022 |

**DEFENDANTS AGILIS ENGINEERING, INC. AND FRANK O'NEILL'S**
**MOTION FOR ADMISSION OF TRAVIS C. WHEELER, ESQUIRE**
***PRO HAC VICE***

Pursuant to Fed. R. Civ. P. 83.1(d), Defendants Agilis Engineering, Inc. and Frank O'Neill ("Defendants"), by their attorney, respectfully move for the admission of Travis C. Wheeler for admission to this court *pro hac vice*. Defendants represent that Mr. Wheeler and his law firm are familiar with the issues that will be litigated in this action. Additionally, the undersigned represents that the admission of Mr. Wheeler would not require modification of any existing scheduling orders or deadlines.

In support of this motion, Defendants state the following:

1. Mr. Wheeler is an attorney at the law firm Nexsen Pruet, LLC.

2. Mr. Wheeler's office address is 1230 Main Street, Suite 700, Columbia, South Carolina, 29201. His direct telephone number is 803-540-2117. His email is twheeler@nexsenpruet.com.

3. Mr. Wheeler is a member in good standing of the bar of the State of South Carolina (Bar #70124); United States District Court, District of South Carolina (Bar #9715); State of North Carolina (Bar #33285) and United States District Court for the

Western District of North Carolina (Bar #33285); District of Columbia (Bar #484023) and United States District Court for the District of Columbia (Bar #484023); and United States Court of Appeals for the Fourth Circuit (No Bar Number).

4. Mr. Wheeler has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Mr. Wheeler has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. The undersigned is advised that Mr. Wheeler has fully reviewed and is familiar with the federal rules of civil procedure, the applicable local rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Mr. Wheeler, pursuant to Local Civil Rule 83.1(d)(1), designates the undersigned, James T. Shearin, as the attorney sponsoring his application *pro hac vice*, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In further support of this motion, Defendants attach hereto the Declaration of Travis C. Wheeler and represents that a Certificate of Good Standing from the State of South Carolina will be filed after this Motion is granted.

Defendants respectfully request that the Court grant this Motion for admission of Travis C. Wheeler *pro hac vice*.

                              **THE DEFENDANTS**
                              **Agilis Engineering, Inc. and Frank O'Neill**

By: */s/ James T. Shearin, Esquire*
      James T. Shearin, Esquire. ct01326
      PULLMAN & COMLEY, LLC
      850 Main Street
      Post Office Box 7006
      Bridgeport, CT  06601-7006
      Telephone 203 330 2000
      Facsimile 203 576 8888
      E-mail:  jtshearin@pullcom.com
      Their Attorneys