**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID GRANATA, ET AL. ) | |
| ) | CASE NO. 3:21-cv-01657 (SVN) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PRATT & WHITNEY, ET AL, ) | JANUARY 27, 2022 |
| ) | |
| Defendants. ) | |

### DEFENDANTS AGILIS ENGINEERING, INC. AND FRANK O'NEILL MOTION FOR ADMISSION OF MICHAEL A. PARENTE, ESQ. PRO HAC VICE

Pursuant to Fed. R. Civ. P. 83.1(d), Defendants Agilis Engineering, Inc. and Frank O'Neill ("Defendants"), by their attorney, respectfully move for the admission of Michael A. Parente for admission to this court *pro hac vice*. Defendants represent that Mr. Parente and his law firm are familiar with the issues that will be litigated in this action. Additionally, the undersigned represents that the admission of Mr. Parente would not require modification of any existing scheduling orders or deadlines.

In support of this motion, Defendants state the following:

1. Mr. Parente is an associate attorney at the law firm Nexsen Pruet, LLC.

2. Mr. Parente's office address is 1230 Main Street, Suite 700, Columbia, South Carolina, 29201. His direct telephone number is 803-253-8247. His email is mparente@nexsenpruet.com.

3. Mr. Parente is a member in good standing of the bar of the State of South Carolina (Bar #104720); State of North Carolina (Bar #58166); United States Court of

Appeals for the Fourth Circuit (admitted January 10, 2022 – no bar number), and the United States District Court, District of South Carolina (Bar #13358).

4. Mr. Parente has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Mr. Parente has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6. The undersigned is advised that Mr. Parente has fully reviewed and is familiar with the federal rules of civil procedure, the applicable local rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Mr. Parente, pursuant to Local Civil Rule 83.1(d)(1), designates the undersigned, James T. Shearin, as the attorney sponsoring his application *pro hac vice*, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In further support of this motion, Defendants attach hereto the Declaration of Michael A. Parente and represents that a certificate of good standing from the State of South Carolina will be filed after this motion is granted.

Defendants respectfully request that the court grant this motion for admission of Michael A. Parente *pro hac vice*.

-3-

**THE DEFENDANTS**
**Agilis Engineering, Inc. and Frank O'Neill**


By:     */s/ James T. Shearin, Esq.*
         James T. Shearin, Esq. ct 01326
         Pullman & Comley, LLC
         850 Main Street P.O. Box 7006
         Bridgeport, CT  06601-7006
         Telephone 203 330 2000
         Facsimile 203 576 8888
         E-mail:  jtshearin@pullcom.com
         Their Attorneys