**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| David Granata, | ) |
| Plaintiff, | ) CASE NO. 3:21-cv-01657 (SVN) |
| vs. | ) |
| Pratt & Whitney, et al., | ) JANUARY 27, 2022 |
| Defendants. | ) |

## DEFENDANTS AGILIS ENGINEERING, INC. AND FRANK O'NEILL'S MOTION FOR ADMISSION OF MARGUERITE S. WILLIS, ESQ. PRO HAC VICE

Pursuant to Fed. Civ. P. 83.1(d), Defendants Agilis Engineering, Inc. and Frank O'Neill ("Defendants"), by their attorney, respectfully move for the admission of Marguerite S. Willis for admission to this Court pro hac vice. Defendants represent that Ms. Willis and her law firm are familiar with the issues that will be litigated in this action. Additionally, the undersigned represents that the admission of Ms. Willis would not require modification of any existing scheduling orders or deadlines.

In support of this motion, Defendants state the following:

1. Ms. Willis is a Member of Nexsen Pruet, LLC.

2. Ms. Willis's office address is 1230 Main Street, Suite 700, Columbia, South Carolina 29201. Her direct telephone number is 803-253-8265. Her email is mwillis@nexsenpruet.com.

3. Ms. Willis is a member in good standing of the bars of the State of South Carolina (Bar #67961); State of Florida (Bar #188950); State of North Carolina (Bar #8045); District of Columbia (Bar #285825); the United States Supreme Court (Bar

#292945); the United States Courts of Appeals for the Fourth Circuit (admitted 11/27/1992 - there is no bar number); for the Sixth Circuit (admitted 02/05/2021 – there is no bar number) and the Federal Circuit (admitted 05/11/2016– there is no bar number); and the United States District Court for the District of South Carolina (Bar #11293).

4. Ms. Willis has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Ms. Willis has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. The undersigned is advised that Ms. Willis has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

7. Ms. Willis, pursuant to L. Civ. P. R. 83.1(d)(1), designates the undersigned, James T. Shearin, as the attorney sponsoring her application pro hac vice, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

In further support of this motion, Defendants attach hereto the Declaration of Marguerite S. Willis and represents that a Certificate of Good Standing from the State of South Carolina will be filed after this motion is granted.

Defendants respectfully request that the Court grant this Motion for Admission of Marguerite S. Willis pro hac vice.

**THE DEFENDANTS AGILIS ENGINEERING, INC. AND FRANK O'NEILL**

By: */s/ James T. Shearin*
James T. Shearin, Esq., ct 01326
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
Telephone 203-330-2240
Facsimile 203-576-8888
E-mail:  jtshearin@pullcom.com