UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAVID GRANATA,** *on behalf of himself and all others similarly situated, et al.,* | **CONSOLIDATED CASE** |
| **Plaintiffs,** | **LEAD CASE NO.:** 3:21-cv-01657-SVN |
| v. | |
| **PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION,** *et al.,* | |
| **Defendants.** | **January 28, 2022** |

## MOTION FOR ADMISSION OF THOMAS LEPRI *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Nicholas Wilson and Alex Scales, individually and on behalf of all others similarly situated, of Thomas Lepri, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, New York, NY 10010. Mr. Lepri's telephone number is 212-849-7275. His facsimile number is 212-849-7100. His e-mail address is thomaslepri@quinnemanuel.com.

Mr. Lepri is a member in good standing of the state bar of the State of New York and a member in good standing of the bars of the State of New York (bar # 4311072); the United States District Court for the Southern District of New York (bar # TL2131); the United States District Court for the Eastern District of New York (bar # not assigned), and the United States Court of Appeals for the Second Circuit (bar # not assigned).

Mr. Lepri has been previously admitted to the bar of New York (bar # 4311072).

Mr. Lepri has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Mr. Lepri has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Mr. Lepri stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Mr. Lepri is fully conversant with the facts presented by this case and will be fully prepared to represent the Plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joshua R. Goodbaum (Federal Bar № 28834) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Mr. Lepri be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs Nicholas Wilson and Alex Scales for all purposes.

The fee of $200 payable to the Clerk of the District Court accompanies this Motion.

*   *   *

**DATED:** New Haven, Connecticut
January 28, 2022

                                          **THE PLAINTIFFS,**

                                          **GARRISON, LEVIN-EPSTEIN,**
                                              **FITZGERALD & PIRROTTI, P.C.**

By:   */s/ Joshua R. Goodbaum*
       Joseph D. Garrison (ct04132)
       Stephen J. Fitzgerald (ct22939)
       Joshua R. Goodbaum (ct28834)
       Amanda M. DeMatteis (ct29413)
       405 Orange Street
       New Haven, CT  06511
       Tel.: (203) 777-4425
       Fax: (203) 776-3965
       jgarrison@garrisonlaw.com
       sfitzgerald@garrisonlaw.com
       jgoodbaum@garrisonlaw.com
       adematteis@garrisonlaw.com

                                          **QUINN EMANUEL URQUHART**
                                             **& SULLIVAN, LLP**

       Daniel L. Brockett *(phv pending)*
       Steig D. Olson *(phv pending)*
       Manisha M. Sheth *(phv pending)*
       Thomas Lepri *(phv pending)*
       Casey Adams *(phv pending)*
       51 Madison Avenue, 22nd Floor
       New York, NY  10010
       Tel.: (212) 849-7000
       Fax: (212) 849-7100
       danbrockett@quinnemanuel.com
       steigolson@quinnemanuel.com
       manishasheth@quinnemanuel.com
       thomaslepri@quinnemanuel.com
       caseyadams@quinnemanuel.com

**CERTIFICATION**

I HEREBY CERTIFY that on this   28th   day of January, 2022, a copy of the foregoing **Motion for Admission of Thomas Lepri Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing].   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].   Parties may access this filing through the Court's system.

*And served via e-mail upon counsel seeking admission*:
Daniel L. Brockett *(danbrockett@quinnemanuel.com)*
Steig D. Olson *(steigolson@quinnemanuel.com)*
Manisha M. Sheth *(manishasheth@quinnemanuel.com)*
Thomas Lepri *(thomaslepri@quinnemanuel.com)*

/s/ *Joshua R. Goodbaum*
Joshua R. Goodbaum