UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAVID GRANATA,** *on behalf of himself and all others similarly situated, et al.,* | CONSOLIDATED CASE |
| **Plaintiffs,** | LEAD CASE NO.: 3:21-cv-01657-SVN |
| v. | |
| **PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION,** *et al.,* | |
| **Defendants.** | January 28, 2022 |

### MOTION FOR ADMISSION OF STEIG D. OLSON *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Nicholas Wilson and Alex Scales, individually and on behalf of all others similarly situated, of Steig Olson, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, New York, NY 10010. Mr. Olson's telephone number is 212-849-7152. His facsimile number is 212-849-7100. His e-mail address is steigolson@quinnemanuel.com.

Mr. Olson is a member in good standing of the state bar of the State of New York (bar # 4238630), and was admitted in 2004. Mr. Olson is admitted to practice in the following United States District Courts: Southern District of New York (bar #:SO0414, admitted January 2007), Eastern District of New York (admitted January 2007, no bar number assigned) and United States Court of Appeals 2nd Circuit (admitted November 2009, no bar number assigned).

Mr. Olson has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

1

Mr. Olson has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Mr. Olson stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Mr. Olson is fully conversant with the facts presented by this case and will be fully prepared to represent the Plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joshua R. Goodbaum (Federal Bar № 28834) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Mr. Olson be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs Nicholas Wilson and Alex Scales for all purposes.

The fee of $200 payable to the Clerk of the District Court accompanies this Motion.

*   *   *

**DATED:** New Haven, Connecticut
January 28, 2022

                        **THE PLAINTIFFS,**

                        **GARRISON, LEVIN-EPSTEIN,
FITZGERALD & PIRROTTI, P.C.**

By:   /s/ *Joshua R. Goodbaum*
                  Joseph D. Garrison (ct04132)
                  Stephen J. Fitzgerald (ct22939)
                  Joshua R. Goodbaum (ct28834)
                  Amanda M. DeMatteis (ct29413)
                  405 Orange Street
                  New Haven, CT  06511
                  Tel.: (203) 777-4425
                  Fax: (203) 776-3965
                  jgarrison@garrisonlaw.com
                  sfitzgerald@garrisonlaw.com
                  jgoodbaum@garrisonlaw.com
                  adematteis@garrisonlaw.com

                        **QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

                  Daniel L. Brockett *(phv pending)*
                  Steig D. Olson *(phv pending)*
                  Manisha M. Sheth *(phv pending)*
                  Thomas Lepri *(phv pending)*
                  Casey Adams *(phv pending)*
                  51 Madison Avenue, 22nd Floor
                  New York, NY  10010
                  Tel.: (212) 849-7000
                  Fax: (212) 849-7100
                  danbrockett@quinnemanuel.com
                  steigolson@quinnemanuel.com
                  manishasheth@quinnemanuel.com
                  thomaslepri@quinnemanuel.com
                  caseyadams@quinnemanuel.com

## **CERTIFICATION**

I HEREBY CERTIFY that on this  28th  day of January, 2022, a copy of the foregoing **Motion for Admission of Steig D. Olson Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*And served via e-mail upon counsel seeking admission*:
Daniel L. Brockett *(*danbrockett@quinnemanuel.com*)*
Steig D. Olson *(*steigolson@quinnemanuel.com*)*
Manisha M. Sheth *(*manishasheth@quinnemanuel.com*)*
Thomas Lepri *(*thomaslepri@quinnemanuel.com*)*

/s/ *Joshua R. Goodbaum*
Joshua R. Goodbaum