## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAVID GRANATA,** *on behalf of himself and all others similarly situated, et al.,* | **CONSOLIDATED CASE** |
| **Plaintiffs,** | **LEAD CASE NO.: 3:21-cv-01657-SVN** |
| **v.** | |
| **PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION,** *et al.,* | |
| **Defendants.** | **January 28, 2022** |

### MOTION FOR ADMISSION OF *MANISHA M. SHETH PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* of Manisha M. Sheth, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, on behalf of the Plaintiffs, NICHOLAS WILSON and ALEX SCALES, individually and on behalf of all others similarly situated.   Attorney Manisha Sheth's telephone number is (212) 849-7441.   Her facsimile number is (212) 849-7100.   Her e-mail address is manishasheth@quinnemanuel.com.

Attorney Manisha Sheth is a member in good standing of the state bar of the State of New York, Bar number 2990661, and a member in good standing of the bars of the United States District Court for the Southern District of New York (admitted 2000, bar number MS3313) and the United States District Court for the Eastern District of New York (admitted 2000, bar number not assigned).

Attorney Manisha Sheth has been previously admitted to the bar of New York in 1999, bar #2990661.

Attorney Manisha Sheth has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Manisha Sheth has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Manisha Sheth stating that she has never been denied admission or disciplined in accordance with these Local Rules nor has she been denied admission or disciplined by any other court.

Attorney Manisha Sheth is fully conversant with the facts presented by this case and will be fully prepared to represent *Plaintiffs Nicholas Wilson and Alex Scales* in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joshua R. Goodbaum (Federal Bar No. 28834) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Manisha Sheth be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of *Plaintiffs Nicholas Wilson and Alex Scales* for all purposes.

The fee of $200 payable to the Clerk of the District Court accompanies this Motion.

DATED:    New Haven, Connecticut
             January 28, 2022

THE PLAINTIFFS,

GARRISON, LEVIN-EPSTEIN,
    FITZGERALD & PIRROTTI, P.C.

By:  /s/ *Joshua R. Goodbaum*

Joseph D. Garrison (ct04132)
Stephen J. Fitzgerald (ct22939)
Joshua R. Goodbaum (ct28834)
Amanda M. DeMatteis (ct29413)
405 Orange Street
New Haven, CT   06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgarrison@garrisonlaw.com
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com
adematteis@garrisonlaw.com


QUINN EMANUEL URQUHART
    & SULLIVAN, LLP

Daniel L. Brockett *(phv pending)*
Steig D. Olson *(phv pending)*
Manisha M. Sheth *(phv pending)*
Thomas Lepri *(phv pending)*
Casey Adams *(phv pending)*
51 Madison Avenue, 22nd Floor
New York, NY   10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com
thomaslepri@quinnemanuel.com
caseyadams@quinnemanuel.com

<u>**CERTIFICATION**</u>

I HEREBY CERTIFY that on this __28th__ day of January, 2022, a copy of the foregoing **Motion for Admission of Manisha M. Sheth Pro Hac Vice** was filed electronically [and served by mail on anyone unable to accept electronic filing].   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].   Parties may access this filing through the Court's system.

*And served via e-mail upon counsel seeking admission:*
Daniel L. Brockett *(*danbrockett@quinnemanuel.com*)*
Steig D. Olson *(*steigolson@quinnemanuel.com*)*
Manisha M. Sheth *(*manishasheth@quinnemanuel.com*)*
Thomas Lepri *(*thomaslepri@quinnemanuel.com*)*

/s/ *Joshua R. Goodbaum*
Joshua R. Goodbaum