# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.,*<br><br>                 Defendants. | **CIVIL ACTION NO. 3:21-cv-01657-SVN** |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Plaintiff, John Doe, through their undersigned counsel, respectfully request that this Court grant leave for attorney Steven N. Williams to appear *pro hac vice* on behalf of Plaintiff.

1.     Steven N. Williams is a member with the law firm of Joseph Saveri Law Firm, L.L.P. and a member in good standing of the Bar of California and the federal courts listed in ¶ 3 of his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

> Steven N. Williams
> JOSPEH SAVERI LAW FIRM, LLP
> 601 California Street, Suite 1000
> San Francisco, California 94108
> Telephone: (415) 500-6800
> Fax: (415) 395-9940
> swilliams@saverilawfirm.com

2.     Based on the attached Exhibit A Affidavit, Attorney Steven N. Williams has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice

before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

3.      The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

4.      The undersigned hereby moves that Steven N. Williams be permitted to represent Plaintiff in all matters and proceeding related to the above-captioned case.

5.      The undersigned agrees to accept service on behalf of Steven N. Williams.

6.      In connection with this motion, $200 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3)

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Steven N. Williams be permitted to represent Plaintiff in all proceedings before this Court related to the above-captioned case.

Dated: January 28, 2022                         Respectfully submitted,

                                                **AETON LAW PARTNERS LLP**


                                         By:   */s/ Jonathan M. Shapiro*
                                                Jonathan M. Shapiro (ct24075)
                                                AETON LAW PARTNERS LLP
                                                311 Centerpoint Drive
                                                Middletown, CT 06457
                                                Tel:  860-724-2160
                                                jms@aetonlaw.com

                                                *Attorney for Plaintiff and the Proposed Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 28th day of January, 2022.

/s/ Jonathan M. Shapiro ct24075
Jonathan M. Shapiro