UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br><br><br><br>January 31, 2022 |

## MOTION TO ADMIT LEO CASERIA AS VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Court's January 18, 2022 Consolidation Order [ECF 44], and the January 18, 2022 and January 26, 2022 Notices of Consolidation [ECF 52 and 73], James M. Moriarty, counsel for defendant Cyient, Inc. ("Cyient"), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting Leo Caseria ("Attorney Caseria"), a non-resident attorney practicing with the law firm of SheppardMullin, to be admitted as a Visiting Attorney to represent Cyient in this action, as well as all actions consolidated herewith. In support of this motion the undersigned states:

1. Attorney Caseria is a partner with Sheppard, Mullin, Richter & Hampton, LLP and his primary office address is 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, DC 20006.

2. Accompanying this motion as Exhibit A is a declaration under penalty of perjury executed by Attorney Caseria pursuant to 28 U.S.C. § 1746 setting forth the information required by subsection (d)1 of Local Rule 83.1.

3. Further accompanying this motion is the required $200 fee.

1

4. Attorney Caseria's Motion for Admission as a Visiting Attorney has been promptly made and the granting of this Motion will not require modification of a scheduling order.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(c), Attorney Caseria has designated the undersigned as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Leo Caseria as a Visiting Attorney to represent Cyient, Inc. in this case and in all actions consolidated herewith.

                THE DEFENDANT,
                CYIENT, INC.

By:   */s/ James M. Moriarty*
       James M. Moriarty (ct21876)
       Zeisler & Zeisler, P.C.
       10 Middle Street
       15th Floor
       Bridgeport, Connecticut 06604
       Phone: (203) 368-4234
       Fax:   (203) 549-0907
       jmoriarty@zeislaw.com