UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>    Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br><br><br><br><br>February 1, 2022 |

## MOTION TO ADMIT BETHANY G. LUKITSCH AS VISITING ATTORNEY

Pursuant to D. Conn. L. Civ, R. 83.1(d), the Court's January 18, 2022 Consolidation Order [ECF 44], and the January 18, 2022 and January 26, 2022 Notices of Consolidation [ECF 52 and 73], James M. Moriarty, counsel for defendant Cyient, Inc. ("Cyient"), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting Bethany G. Lukitsch ("Attorney Lukitsch"), a non-resident attorney practicing with the law firm of Baker & Hostetler LLP, to be admitted as a Visiting Attorney to represent Cyient in this action, as well as all actions consolidated herewith. In support of this motion the undersigned states:

    1.    Attorney Lukitsch is a partner with Baker & Hostetler LLP and her primary office address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025.

    2.    Accompanying this motion as Exhibit A is an affidavit sworn to by Attorney Lukitsch setting forth the information required by subsection (d)1 of Local Rule 83.1.

    3.    Further accompanying this motion is the required $200 fee.

4.       Attorney Lukitsch's Motion for Admission as a Visiting Attorney has been promptly made and the granting of this Motion will not require modification of a scheduling order.

5.       Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(c), Attorney Lukitsch has designated the undersigned as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Bethany G. Lukitsch as a Visiting Attorney to represent Cyient, Inc. in this case and in all actions consolidated herewith.

THE DEFENDANT,
CYIENT, INC.

By:   */s/ James M. Moriarty*
      James M. Moriarty (ct21876)
      Zeisler & Zeisler, P.C.
      10 Middle Street
      15th Floor
      Bridgeport, Connecticut 06604
      Phone: (203) 368-4234
      Fax:    (203) 549-0907
      jmoriarty@zeislaw.com
