UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself  :<br>and others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>PRATT & WHITNEY, A DIVISION OF<br>RAYTHEON TECHNOLOGIES<br>CORPORATION, QUEST GLOBAL<br>SERVICES-NA, INC.; BELCAN<br>ENGINEERING GROUP, LLC; BELCAN<br>ENGINEERING GROUP LIMITED<br>PARTNERSHIP; CYIENT INC.;<br>PARAMETRIC SOLUTIONS, INC.;<br>AGILIS ENGINEERING, INC.; MAHESH<br>PATEL; ROBERT HARVEY; HARPREET<br>WASAN; THOMAS EDWARDS; GARY:<br>GARY PRUS; FRANK O'NEILL; and<br>JOHN DOES 1-3,<br>             Defendants. | Case No.: 3:21-cv-01657-SVN |

**MOTION FOR ADMISSION OF VISITING ATTORNEYS**
**PEGGY J. WEDGWORTH, ESQ. AND ELIZABETH MCKENNA, ESQ.**

Pursuant to District of Connecticut Local Civil Rules 83.1(c) and 83.1(d)(1), the undersigned, a member in good standing of the bar of this Court, respectfully moves for Attorneys PEGGY J. WEDGWORTH and ELIZABETH MCKENNA to be admitted as visiting attorneys to represent Plaintiff, Austin Waid-Jones, in the above-captioned in the above-captioned consolidated case. In accordance with Local Rule 83.1(d)(1), Attorneys Wedgworth and McKenna have executed the attached Declarations containing the representations required by the Local Rule.

In support of this motion, the undersigned states as follows:

1. I am a member of the bar of this Court and have appeared in this action on behalf of Plaintiff, Austin Waid-Jones. Attorneys Wedgworth, McKenna, and their firm, Milberg Coleman Bryson Phillips Grossman, PLLC, have experience representing clients in antitrust class actions. Based on this experience, Plaintiff Austin Waid-Jones desires to have Attorneys Wedgworth, McKenna, and their law firm appear as counsel in these proceedings, in conjunction with the undersigned as local counsel.

2. The granting of this motion should not require modification of any scheduling order entered by the Court.

3. As set forth in the attached Declarations, Attorneys Wedgworth and McKenna are attorneys in good standing admitted to the jurisdictions identified in their respective Declaration; they have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and they have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint, before this Court or any other court.

4. Attorneys Wedgworth and McKenna have fully reviewed and are familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. As the sponsoring lawyer, I will provide a local office as required by D. Conn. Local Civil Rule 83.1(c)(1). Attorneys Wedgworth and McKenna have designated me as their agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of their admissions as visiting attorneys under Local Rule 83.1(d).

6. In accordance with Local Rule 83.1(d)(3), the mandatory $200.00 filing fee is being paid to the Clerk in connection with the filing of this motion for each visiting attorney covered in this motion.

WHEREFORE, for the aforementioned reasons, the undersigned respectfully requests that this Court grant the instant motion permitting Attorneys Wedgworth and McKenna to represent Plaintiff, Austin Waid-Jones, in the above-captioned matter.

Dated: February 1, 2022         Respectfully submitted,

/s/ Robert M. Frost, Jr.
Robert M. Frost, Jr. (ct19771)
FROST | BUSSERT LLC
350 Orange Street, Suite 100
New Haven, CT 06511
Tel: (203) 495-9790
Fax: (203) 495-9795
Email: rmf@frostbussert.com

*Attorney for Plaintiff Austin Waid-Jones*

## CERTIFICATE OF SERVICE

I, Robert M. Frost, Jr., hereby certify that on February 1, 2022, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr. (ct19771)