UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; QUEST GLOBAL SERVICES-NA, INC.; BELCAN ENGINEERING GROUP, LLC; BELCAN ENGINEERING GROUP LIMITED PARTNERSHIP; CYIENT INC.; PARAMETRIC SOLUTIONS, INC.; AGILIS ENGINEERING, INC.; MAHESH PATEL; ROBERT HARVEY; HARPREET WASAN; THOMAS EDWARDS; GARY PRUS; FRANK O'NEILL; and JOHN DOES 1-3,<br><br>          Defendants. | Case No.: 3:21-cv-01657-SVN |

**MOTION FOR ADMISSION OF ABIGAIL D. PERSHING TO APPEAR *PRO HAC VICE***

      Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned member of the bar of this Court hereby respectfully moves that Attorney Abigail D. Pershing be permitted to appear *pro hac vice* in this matter on behalf of John Balicoco ("Plaintiff"). In accordance with the requirements of Local Rule 83.1(d)(1), the declaration of Attorney Pershing is attached hereto as Exhibit A. Attorney Pershing's declaration contains the representations required by Local Rule 83.1(d)(1). In further support of this motion, the undersigned represents as follows:

      1.    The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2.       The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

3.       Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of Connecticut with respect to Attorney Pershing will be filed within 60 days of the date of admission to this Court.

4.       As set forth in her declaration, pursuant to Local Rule 83.1(d)(1)(e), Attorney Pershing has designated Attorney Brian P. Daniels, the sponsor of her admission, as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission. Pursuant to Local Rule 83.1(c)(1), Attorney Pershing has designated Attorney Daniels as the member of the bar of this court upon whom service of all papers shall also be made. Attorney Pershing is familiar with the issues presented in this case inasmuch as she and her firm have been retained to represent the Plaintiff.

5.       The $200.00 fee required for Attorney Pershing's admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Accordingly, undersigned counsel respectfully requests that the Court admit Attorney Pershing *pro hac vice* in this matter.

DATED: February 1, 2022                        Respectfully Submitted,

By _____/s/ *Brian P. Daniels*_____
Brian P. Daniels (ct11863)
Michael T. Cretella (ct29512)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
bpdaniels@bswlaw.com
mcretella@bswlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, a copy of foregoing Motion for Admission of Abigail D. Pershing to Appear *Pro Hac Vice* and accompanying Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Brian P. Daniels*
Brian P. Daniels