# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| David Granata,<br>    *Plaintiff*,<br><br>v.<br><br>Pratt & Whitney et al.,<br>    *Defendants*. | Case No. 3:21-cv-01657 (SVN) |

## PLAINTIFFS' MOTION TO APPOINT KELLIE LERNER AND JOSEPH R. SAVERI AS INTERIM CO-LEAD CLASS COUNSEL AND JONATHAN M. SHAPIRO AS INTERIM LIAISON COUNSEL

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and Local Rule 7, Plaintiffs Camden Mamigonian, Austin Waid-Jones, John Doe and James Roe (collectively, "Plaintiffs") respectfully move that the Court appoint Kellie Lerner of Robins Kaplan LLP ("Robins Kaplan") and Joseph R. Saveri of the Joseph Saveri Law Firm LLP ("JSLF") as Interim Co-Lead Counsel and Jonathan M. Shapiro of Aeton Law Partners LLP ("Aeton Law") as Interim Liaison Counsel. As set forth in the accompanying memorandum of law, the appointment of Robins Kaplan and JSLF, both with deep expertise in litigating the precise type of substantive law at issue, will advantage the Class and promote the interests of justice.

**ORAL ARGUMENT REQUESTED**

Dated: February 1, 2022

Respectfully Submitted,

By: __/s/ *Jonathan M. Shapiro*__
Jonathan M. Shapiro (SBN CT24075)
**AETON LAW PARTNERS LLP**
311 Centerpoint Drive
Middletown, CT 06457
(860) 724-2160
jms@aetonlaw.com
Kellie Lerner
William V. Reiss
David B. Rochelson*
Laura Song (Bar Admission Pending)*
**ROBINS KAPLAN LLP**
900 Third Avenue
Suite 1900
New York, NY 10022
(212) 980-7400
klerner@robinskaplan.com
wreiss@robinskaplan.com
drochelson@robinskaplan.com
lsong@robinskaplan.com

Joseph R. Saveri (*pro hac vice*)
Anupama K. Reddy (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Abraham A. Maggard (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
areddy@saverilawfirm.com
cyoung@saverilawfirm.com
amaggard@saverilawfirm.com

Steven N. Williams (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Telephone: (646) 527-7310
Facsimile: (212) 202-7678
swilliams@saverilawfirm.com

*Counsel for Plaintiffs Camden Mamigonian, Austin Waid-Jones, John Doe, James Roe and the Putative Class*

\**Pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 1st day of February, 2022.

/s/ Jonathan M. Shapiro ct24075
Jonathan M. Shapiro