IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; QUEST GLOBAL SERVICES-NA, INC.; BELCAN ENGINEERING GROUP, LLC; BELCAN ENGINEERING GROUP LIMITED PARTNERSHIP; CYIENT, INC.; PARAMETRIC SOLUTIONS, INC.; AGILIS ENGINEERING, INC.; MAHESH PATEL; ROBERT HARVEY; HARPREET WASAN; THOMAS EDWARDS; GARY PRUS; FRANK O'NEILL; AND JOHN DOES 1-3,<br><br>Defendants. | Lead Consolidated Docket No. 3:21-cv-1657 |

**PLAINTIFFS' MOTION TO APPOINT BERGER MONTAGE PC AND LIEFF CABRASER HEIMANN & BERNSTEIN, LLP AS INTERIM CO-LEAD COUNSEL AND SILVER GOLUB & TEITELL LLP AS LIAISON COUNSEL**

Plaintiffs Tom Conroy, Daniel Sartoris, Scott Prentiss, Christopher Novoa, Daniel Kintz, Elisha Chapman, David Durbin, Michael D. Powers, Ricardo Boodram, Tarrique Brooks-Rey, Wadner Brizeus, Jacob Lillie, Juan Renteria, Ellen McIsaac, Tarah Borozny, Jed Perron, Sam McCallum, Robert Lancaster, Maxwell Stinson, Jacob Gaskill, Erica Holden, James Roe, Russell Hedlund, Allison E. Leavitt, Michael McMahon, Jason Chapman, Craig Johnston, Thomas Borino, and James Roe II (collectively, "Plaintiffs") respectfully move the court to appoint Berger Montague PC ("Berger Montague") and Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser") as Interim Co-Lead Counsel, and Silver Golub & Teitell LLP ("Silver

Golub") as Liaison Counsel on behalf of Plaintiffs and on behalf of all others similarly situated, under Rule 23(g) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| DATED: February 1, 2022 | Respectfully submitted,<br><br>*/s/ David S. Golub*<br>David S. Golub ct00145<br>Jonathan M. Levine ct07584<br>Steven L. Bloch<br>Ian W. Sloss<br>SILVER GOLUB & TEITELL LLP<br>One Landmark Square – 15th Floor<br>Stamford, CT 06901<br>Phone: (203) 325-4491<br>dgolub@sgtlaw.com<br>jlevine@sgtlaw.com<br>sbloch@sgtlaw.com<br>isloss@sgtlaw.com<br><br>**Attorneys for Plaintiffs Tarah Borozny, Jed Perron, Sam McCallum, James Roe, Russell Hedlund, and James Roe II** |
| Dean M. Harvey<br>Anne B. Shaver<br>Lin Y. Chan<br>Sarah D. Zandi<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000<br>dharvey@lchb.com<br>ashaver@lchb.com<br>lchan@lchb.com<br>szandi@lchb.com | Eric L. Cramer<br>Candice Enders<br>Patrick F. Madden<br>Michaela L. Wallin<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Phone: (215) 875-3000<br>ecramer@bm.net<br>cenders@bm.net<br>pmadden@bm.net<br>mwallin@bm.net |

| | |
|---|---|
| Gregg D. Adler (CT 05698)<br>Dan Livingston (CT 04226)<br>LIVINGSTON, ADLER, PULDA,<br>MEIKLEJOHN & KELLY, PC<br>557 Prospect Avenue<br>Hartford, CT 06105<br>(860) 454-9608<br>gdadler@lapmk.org<br>delivingston@lapm.org<br><br>*Attorneys for Plaintiff David Durbin* | Daniel J. Walker<br>BERGER MONTAGUE PC<br>2001 Pennsylvania Avenue, NW, Suite 300<br>Washington, DC 20006<br>Phone: (202) 559-9745<br>dwalker@bm.net<br><br>*Attorneys for Plaintiffs Tom Conroy, Daniel Sartoris, Scott Prentiss, Christopher Novoa, Daniel Kintz and Juan Renteria* |
| Roberta D. Liebenberg<br>Gerard A. Dever<br>Jessica Khan<br>FINE KAPLAN AND BLACK, R.P.C.<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Tel.: (215) 567-6565<br>rliebenberg@finekaplan.com<br>gdever@finekaplan.com<br>jkhan@finekaplan.com<br><br>*Attorneys for Plaintiffs Elisha Chapman and Ellen McIsaac* | Bonny Sweeney<br>HAUSFELD LLP<br>600 Montgomery St. #3200<br>San Francisco, CA 94111<br>(415) 633-1908<br>bsweeney@hausfeld.com |
| Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036<br>Tel.: (917) 438-9189<br>lnussbaum@nussbaumpc.com<br><br>*Attorneys for Plaintiff Elisha Chapman* | Hilary K. Scherrer<br>HAUSFELD LLP<br>888 16th Street NW, Suite 300<br>Washington, DC 20006<br>(202) 540-7200<br>hscherrer@hausfeld.com |

| | |
|---|---|
| Karen M. Lerner<br>David E. Kovel ct421425<br>Anthony E. Maneiro<br>KIRBY McINERNEY LLP<br>250 Park Avenue, Suite 820<br>New York, NY 10177<br>Tel.: (212) 371-6600<br>Email: klerner@kmllp.com<br>dkovel@kmllp.com<br>amaneiro@kmllp.com<br><br>*Attorneys for Plaintiffs Jacob Gaskill, Erica Holden and Michael McMahon* | Gary I. Smith, Jr.<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>(215) 985-3270<br>gsmith@hausfeld.com |
| Christopher T. Micheletti<br>Heather T. Rankie<br>Anjalee M. Behti<br>ZELLE LLP<br>555 12th Street, Suite 1230<br>Oakland, CA 94607<br>Telephone: (415) 693-0700<br>cmicheletti@zelle.com<br>hrankie@zelle.com<br>abehti@zelle.com | William M. Bloss<br>KOSKOFF, KOSKOFF & BIEDER, P.C.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604<br>(203) 366-4421<br>bbloss@koskoff.com<br><br>*Attorneys for Plaintiffs Michael D. Powers, Jacob Lillie, Robert Lancaster and Maxwell Stinson* |
| Mathew P. Jasinski (ct27520)<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT 06103<br>Telephone: (860) 218-2725<br>mjasinski@motleyrice.com<br><br>*Attorneys for Plaintiffs Tarrique Brooks-Bey and Wadner Brizeus* | Joshua H. Grabar<br>GRABAR LAW OFFICE<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(267) 507-6085<br>jgrabar@grabarlaw.com |

Jeffrey J. Corrigan
Jeffrey L. Spector
Diana J. Zinser
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300
jcorrigan@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

*Attorneys for Plaintiff Ricardo Boodram*

Bruce E. Newman (ct12301)
Cody N. Guarnieri (ct29237)
BROWN PAINDIRIS & SCOTT, LLP
100 Pearl Street
Hartford, CT 06103
Tel.: 860-522-3343
Fax: 860-522-2490
bnewman@bpslawyers.com
cody@bpslawyers.com

*Attorneys for Plaintiffs Jason Chapman, Craig Johnston, and Thomas Borino*

Marc H. Edelson
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
(215) 867-2399
medelson@edelsonlaw.com

*Attorneys for Plaintiffs Robert Lancaster and Maxwell Stinson*

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
Craig W. Hillwig
Aarthi Manohar
KOHN, SWIFT & GRAF, P.C.
1600 Market Street Suite 2500
Philadelphia, PA 19103
(215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com
chillwig@kohnswift.com
amonohar@kohnswift.com

Michael L. Roberts
Karen Halbert
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

*Attorneys for Plaintiff Allison E. Leavitt*