UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA,<br><br>       Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; et al.,<br><br>       Defendants. | Case No. 3:21-cv-01657-SVN |
| THIS DOCUMENT RELATES TO:<br><br>*Tucker v. Pratt & Whitney, et al.*,<br>Case No. 3:21-cv-01704<br><br>*Strong v. Pratt & Whitney, et al.*,<br>Case No. 3:22-cv-00153<br><br>*Dominguez v. Pratt & Whitney, et al.*,<br>Case No. 3:22-cv-00175 | |

**STATEMENT IN SUPPORT OF MOTION TO APPOINT KELLIE LERNER AND JOSEPH R. SAVERI AS INTERIM CO-LEAD CLASS COUNSEL AND REQUEST TO INCLUDE KIMBERLY A. JUSTICE ON ANY STEERING COMMITTEE APPOINTED BY THE COURT**

Plaintiffs Bryant Tucker, Paul Strong, and Elias Dominguez ("Plaintiffs") respectfully submit this statement in support of the motion (ECF No. 154) to appoint Kellie Lerner of Robins Kaplan LLP and Joseph R. Saveri of The Joseph Saveri Law Firm, LLP as Interim Co-Lead Class Counsel and Jonathan M. Shapiro of Aeton Law Partners LLP as Interim Liaison Counsel. Plaintiffs further request that Kimberly A. Justice of Freed Kanner London & Millen LLC ("Freed Kanner") be included on any Steering Committee the Court may appoint to work under the direction of Lead Counsel. Ms. Justice is also uniquely qualified to serve as a liaison with

Department of Justice prosecutors should the Court determine that such an appointed position would be helpful in this matter.

Plaintiffs, through their undersigned counsel, support the exceptionally qualified application of Ms. Lerner, Mr. Saveri, and Mr. Shapiro for two main reasons: (1) these lawyers are deserving of appointment here based on their early initiative and collaborative work on behalf of their clients; and (2) their diverse experiences, skills, and impressive records of success in litigating complex antitrust class action cases, particularly no-poach cases, complement one another well. Notably, the proposed Lead Counsel team is well known for reaching consensus with Plaintiffs and Defendants alike, while also not shying away from the challenge of taking complicated cases to trial. Their integrity and professionalism will serve the Class well. While the undersigned firms have their own histories of success in antitrust class actions, for the reasons set forth herein, they believe the Lerner-Saveri-Shapiro team is the right and fair choice for this case.

### I. The Applicants Will Litigate the Case Effectively and Fairly

The individual lawyers supported here have experience in efficient, successful, and equitable case management. They are leaders in the field—from navigating complex discovery issues to certifying difficult classes to successfully trying antitrust and class cases. The undersigned attorneys have personal experience with the applicants and know them to be cooperative, collegial, and formidable advocates who will share risk and reward, and litigate transparently.

### II. Ms. Lerner and Mr. Saveri Worked Early and Effectively to Develop the Claims in This Litigation

Ms. Lerner and Mr. Saveri did not simply copy or rely solely on the Department of Justice press release or indictments. Ms. Justice collaborated extensively with Mr. Saveri and Ms. Lerner on this matter and knows first-hand the additional work both have done to advance the interests of their clients and the putative class. For example, the Amended *Doe* Complaint filed by Mr. Saveri

includes independently developed facts and allegations, additional corporate and individual defendants, and expands the proposed Class. In addition, Ms. Lerner and Mr. Saveri have consulted with experts, and taken steps to preserve potentially relevant third-party discovery, among other things. They have also conferred with Ms. Justice about preliminary dialogue Ms. Justice initiated with DOJ prosecutors leading the government investigation to open lines of communication and ensure an efficient path forward.

### III. The Proposed Private Ordering Is Appropriate and Serves the Interests of the Class and the Profession

In selecting interim class counsel, courts commonly give weight to plaintiffs' counsel's "self-selection." *See, e.g., In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 05-1717 (D. Del. Apr. 18, 2006), ECF No. 51 ("The most common approach to the selection of class counsel is private ordering, in which plaintiffs' counsel agree on which of them should serve as class counsel.") (citation omitted); Manual § 21.272 ("By far the most common [method for selecting among competing applicants] is the so-called 'private ordering' approach: The lawyers agree who should be lead class counsel and the court approves the selection after a review to ensure that the counsel selected is adequate to represent the class interests."). Here, the proposed leadership structure was formed following numerous communications with counsel representing plaintiffs in many of the cases filed to date.

Each of the undersigned counsel supporting the Lerner-Saveri-Shapiro team, having themselves led successful class actions, are qualified to lead this consolidated litigation, as set forth further below. Their decision to step aside and support the proposed structure is a testament to their confidence in the proposed structure's experience, skill and ability to run a complex antitrust

3

class action.[1] We respectfully submit that the collective judgment of our well-qualified firms merits serious consideration. We are also confident that if the Court appoints the Lerner-Saveri-Shapiro team to lead this case, the Class will receive considered, thoughtful, strategic, ethical, and ultimately successful representation.

IV.     The Lead Attorneys and Firms Supporting the Lerner-Saveri-Shapiro Team

A.  **Kimberly A. Justice of Freed Kanner London & Millen LLC**

Kimberly Justice is a partner with Freed Kanner London & Millen LLC. Recognized by Chambers USA as a "famous class action firm," Freed Kanner is a highly respected class action law firm with offices in Illinois and Pennsylvania. The firm's attorneys have served as co-lead counsel in antitrust class actions throughout the United States that have resulted in significant class recoveries. *See, e.g., Kleen Prods. LLC et al. v. Int'l Paper Co., et al.*, No. 10-cv-05711 (N.D. Ill.) (Hon. Harry Leinenweber) (settled for $376 million); and *In re Automotive Parts Antitrust Litig.*, MDL 2311 (E.D. Mich.) (Hon. Marianne O. Battani) (settlements to date total over $400 million). Freed Kanner is currently class counsel in two pending no-poach antitrust cases: *Jessica Robinson, et al. v. Jackson Hewitt Inc.*, et al. Case No. 2:19-cv-9066 (D.N.J.). and *In re Outpatient Medical Center Employee Antitrust Litigation*, Case No.: 21-cv-305 (N.D. Ill.).

Ms. Justice is a former federal prosecutor for the Department of Justice's Antitrust Division and an experienced trial attorney. In recent years, judges across the country have taken note of her litigation skills and accomplishments and appointed her to leadership positions in class actions such as this one. During her decade as a federal prosecutor, Ms. Justice investigated and successfully prosecuted domestic and international antitrust and related violations. Her trial

---

[1] Appointing these three lawyers is also consistent with the Best Practices for Increasing Diversity in Mass Tort and Class Action Leadership for the Duke Law School Center for Judicial Studies *See* https://judicialstudies.duke.edu/conferences/publications.

4

experience and distinguished accomplishments earned her the *Antitrust Division Assistant Attorney General Award of Distinction* for outstanding contribution to the protection of American consumers and competition. *See, e.g.*, *United States v. Ian P. Norris*, Criminal No. 03-632 (E.D. Pa.) (Hon. Eduardo C. Robreno). Moreover, having prosecuted both criminal and parallel civil antitrust cases, Ms. Justice is uniquely qualified to serve as a liaison between prosecutors leading the Department of Justice investigation, certain of whom she has worked with in the past, and the private attorneys involved in this litigation.[2]

Today, Ms. Justice's practice is dedicated exclusively to representing plaintiffs in class action matters. She has tried complex litigation matters to verdict, and through court appointments, led class action litigation cases against some of the world's largest corporations.[3] Ms. Justice also frequently lectures and serves on discussion panels concerning antitrust and securities litigation matters and serves as a member of the Advisory Board of the American Antitrust Institute and as an Advisory Council Member for The Duke Conferences: Bench-Bar-Academy Distinguished Lawyers' Series.

---

[2] Ms. Justice's partner Robert J. Wozniak is also a former Trial Attorney with the U.S. Department of Justice Antitrust Division (Honor Attorney Program) and committed to the prosecution of this action. Mr. Wozniak has over 20 years of experience litigating a variety of complex class action cases, including in leadership roles, with a primary emphasis on antitrust matters. Mr. Wozniak also brings a background in labor and employment policy, having worked in economic research for both the AFL-CIO and the Service Employees International Union prior to attending law school. In addition to his involvement in significant antitrust class actions, Mr. Wozniak also litigates employment cases, including most recently a misclassification class action on behalf of Pepperidge Farm delivery drivers. *Raymond Alfred et al v. Pepperidge Farm, Inc. et al*, Case No. 2:14-cv-07086-JAK-SK (C.D. Cal.) (pending final approval of settlement).

[3] For example, Ms. Justice was appointed as interim co-lead counsel in *In re Peanut Farmers Antitrust Litigation*, No. 2:19cv463-HCM-LRL (E.D. Va. Dec. 19, 2019) (ECF No. 80) (Hon. Raymond A. Jackson), which after just two years of hard-fought litigation settled on the eve of trial for $102.75 million.

For its part, Freed Kanner has a national reputation for successfully prosecuting antitrust class actions and other complex litigation cases. The firm has the resources and experience necessary to represent and protect the interests of the putative plaintiffs' class through rigorous motion practice, discovery, class certification, and trial. *See* Fed. R. Civ. P. 23(g)(1)(A)(iv). Both Ms. Justice's and Freed Kanner's experience and qualifications are further detailed in Exhibit A to the accompanying Declaration of Kimberly A. Justice ("Justice Declaration").

### B. Elizabeth A. Fegan of Fegan Scott LLC and R. Alexander Saveri of Saveri & Saveri, Inc.

After 15 years as Managing Partner of Hagens Berman's Chicago office, Elizabeth Fegan founded her class action firm, Fegan Scott LLC, in May 2019 to help victims of antitrust violations, fraud, negligence, and abuse. Growing at a quick but concerted pace, Fegan Scott has offices in Illinois, California, New York, and Pennsylvania.

Ms. Fegan has successfully led nationwide class actions, been recognized by courts for her experience, and appointed by Illinois federal and state courts to Special Master teams overseeing class actions. Ms. Fegan also advocates for the appointment of women to lead counsel roles in class actions nationwide. For example, she authored "An Opportunity or Landmine: Promoting Gender Diversity From The Bench" (The Federal Lawyer, May 2016) and participated in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law." The background and experience of Ms. Fegan and Fegan Scott LLC are set forth further in Exhibit B to the accompanying Justice Declaration.

R. Alexander Saveri is the managing partner of the law firm of Saveri & Saveri, Inc. Founded in 1959, Saveri & Saveri has over 60 years of complex, multidistrict and class action litigation experience and specializes in antitrust litigation. The firm has been at the forefront of

electronics and technology antitrust cases nationally over the past two decades. In 2013, Saveri & Saveri was appointed Co-Lead Counsel for the Direct Purchaser Class in *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420, Case No. 13-md-02420-YGR (N.D. Cal.) (Gonzalez Rogers, J.). The firm's leadership in *Lithium Ion Batteries* followed leadership positions in other electronics- and technology-related multidistrict litigation actions: *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, MDL No. 1486, Case No. 02-md-01486-PJH (N.D. Cal.) (Hamilton, J.) (Co-Lead Counsel, Direct Purchaser Class); *In re Flash Memory Antitrust Litigation*, Case No. 07-cv-00086-SBA (N.D. Cal.) (Armstrong, J.) (Co-Lead Counsel, Direct Purchaser Class); *In re Static Random Access Memory (SRAM) Antitrust Litigation;* Case No. 07-cv-01819-CW (N.D. Cal.) (Wilken, J.) (Member of the Executive Committee, Direct Purchaser Class); *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Case No. 07-md-05944-JST (N.D. Cal.) (Tigar, J.) (Lead Counsel, Direct Purchaser Class); and *In re Optical Disk Drive (ODD) Products Antitrust Litigation*, MDL No. 2143, Case No. 10-md-02143-RS (N.D. Cal.) (Seeborg, J.) (Chairman of the Executive Committee, Direct Purchaser Class). The background and experience of Mr. Saveri and his firm are set forth further in Exhibit C to the accompanying Justice Declaration.

Ms. Fegan, Mr. Saveri, and their respective firms fully support both the application to appoint Kellie Lerner and Joseph Saveri as Co-Lead Counsel and Jonathan Shapiro as Liaison Counsel as well as the inclusion of Ms. Justice on any Steering Committee appointed by the Court.

## **CONCLUSION**

For all the reasons stated above, the undersigned attorneys and their respective clients fully support and ask that the Court grant the motion to appoint Kellie Lerner and Joseph R. Saveri as Interim Co-Lead Class Counsel and Jonathan M. Shapiro as Liaison Counsel. The undersigned

and their clients further request that Kimberly A. Justice of Freed Kanner London & Millen LLC be included on any Steering Committee that the Court may appoint to assist and work at the direction of Interim Lead Class Counsel.

Dated: February 1, 2022

Respectfully submitted,

/s/ Kimberly A. Justice
Kimberly A. Justice (admitted *Pro Hac Vice*)
Jonathan M Jagher (admitted *Pro Hac Vice*)
FREED KANNER LONDON & MILLEN LLC
923 Fayette St
Conshohocken, PA 19428
Tel. (610) 234-6487
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Douglas A. Millen (admitted *Pro Hac Vice*)
Robert J. Wozniak, Jr. (admitted *Pro Hac Vice*)
Brian M. Hogan (admitted *Pro Hac Vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd, Suite 130
Bannockburn, IL 60015
Tel. (224) 632-4500
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

Gary M. Klinger
MASON LIETZ & KLINGER LLP
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel. (202) 429-2290
gklinger@masonllp.com

Jonathan M. Shapiro (ct24075)
AETON LAW PARTNERS LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
Tel: (860) 724-2160
jms@aetonlaw.com

*Counsel for Plaintiff Bryant Tucker and the Proposed Class*

R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel. (415) 217-6810
rick@saveri.com
cadio@saveri.com

Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, OH 44113
Tel. (216) 622-1851
dkaron@karonllc.com

*Counsel for Plaintiff Paul Strong and the Proposed Class*

Elizabeth A. Fegan (*Pro Hac Vice* pending)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Tel: (312) 741-1019
beth@feganscott.com

Garrett A. Denniston ct27140
LYNCH TRAUB KEEFE & ERRANTE, PC
52 Trumbull Street
New Haven, CT 06510
Tel: (203)787-0275 x221
gdenniston@ltke.com

*Counsel for Plaintiff Elias Dominguez and the Proposed Class*