UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID GRANATA | : | |
| | : | DOCKET NO. 3:21-CV-01657 (SVN) |
| Plaintiff, | : | |
| v. | : | |
| PRATT & WHTINEY, ET AL. | : | |
| Defendant. | : | FEBRUARY 4, 2022 |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The undersigned counsel, Paul McConnell, hereby moves this Court, pursuant to Local District Rule 83.1(d), for an order admitting Guy Petrillo *Pro Hac Vice* to appear before this Court in the above-captioned case on behalf of defendant Robert Harvey. In support of this Motion, the undersigned counsel respectfully represents as follows:

1.      I am a member of the law firm McConnell Family Law Group, located at 71 Elm Street, Suite 201, New Canaan, CT 06840, Tel: (203) 344-7007.

2.      I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3.      Mr. Petrillo is a member in good standing of the State Bar of New York and admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Seventh Circuit, and the Supreme Court of the United States.

4.      Mr. Petrillo's affidavit in support of this motion is attached hereto as Exhibit A and his Certificate of Good Standing is attached as Exhibit B.

5. Mr. Petrillo satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

**WHEREFORE,** the undersigned respectfully requests that the Court enter an Order admitting Mr. Petrillo *Pro Hac Vice* to appear before this Court in this case.

        ROBERT HARVEY

By: \_\_\_\_\_/s/_____
Paul McConnell (ct 29062)
71 Elm Street, Suite 201
New Canaan, CT, 06840
Tel: (203) 344-7007
Fax (203) 344-7009
Email:
paul@mcconnellfamilylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.