## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, a Division of RAYTHEON TECHNOLOGIES CORPORATION, *et al.*,<br><br>    Defendants. | No. 3:21-cv-01657 (SVN)<br>Lead Case<br><br><br><br><br><br>February 4, 2022<br>*This document applies to all cases* |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), John W. Cerreta, a member in good standing of the bar of this Court, moves for an order permitting Kent A. Gardiner, a non-resident attorney, to be admitted *pro hac vice* to represent defendant Raytheon Technologies Corporation in these consolidated cases. *See* ECF Nos. 44 & 52 (consolidation order and notice of consolidation). In support of this motion, the undersigned sponsoring attorney represents as follows:

    1. Attorney Gardiner is an attorney with the law firm of Crowell & Moring LLP, and practices at its office at 1001 Pennsylvania Avenue NW, Washington, DC 20004.

    2. Accompanying this motion is the duly sworn and executed declaration of Attorney Gardiner setting forth all information required by subsection (d)(1) of Local Rule 83.1.

    3. The granting of this motion will not affect the timing of any scheduled deadlines or hearings.

    4. Payment to the Clerk of this Court of the Two Hundred Dollar ($200.00) fee required for Attorney Gardiner's admission as a Visiting Attorney accompanies this Motion, in accordance with the requirements of Local Rule 83.1(d)(2).

5. Pursuant to Local Rule 83.1(d)(4), Attorney Gardiner's declaration, filed concurrently hereto, attaches a certificate of good standing from the bar of the District of Columbia, the jurisdiction in which he has his primary office.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that Attorney Gardiner be admitted to this Court as a Visiting Attorney for the purposes of representing defendant Raytheon Technologies Corporation.

        Respectfully submitted,

        **DEFENDANT RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION**

    By:  /s/ *John W. Cerreta*
        John W. Cerreta (ct28919)
        DAY PITNEY LLP
        242 Trumbull Street
        Hartford, CT  06103.
        Tel.: (860) 275 0665
        jcerreta@daypitney.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                        */s/ John W. Cerreta*
                                        John W. Cerreta