**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated, | No. 3:21-cv-01657 (SVN) Lead Case |
| Plaintiff, | |
| v. | |
| PRATT & WHITNEY, a Division of RAYTHEON TECHNOLOGIES CORPORATION, *et al.*, | February 4, 2022 *This document applies to all cases* |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Conn. L. Civ. R. 83.1(d), John W. Cerreta, a member in good standing of the bar of this Court, moves for an order permitting Chahira Solh, a non-resident attorney, to be admitted *pro hac vice* to represent defendant Raytheon Technologies Corporation in these consolidated cases.  *See* ECF Nos. 44 & 52 (consolidation order and notice of consolidation). In support of this motion, the undersigned sponsoring attorney represents as follows:

1.  Attorney Solh is an attorney with the law firm of Crowell & Moring LLP, and practices at its office at 3 Park Plaza, 20th Floor, Irvine CA 92614.

2.  Accompanying this motion is the duly sworn and executed declaration of Attorney Solh setting forth all information required by subsection (d)(1) of Local Rule 83.1.

3.  The granting of this motion will not affect the timing of any scheduled deadlines or hearings.

4.  Payment to the Clerk of this Court of the Two Hundred Dollar ($200.00) fee required for Attorney Solh's admission as a Visiting Attorney accompanies this Motion, in accordance with the requirements of Local Rule 83.1(d)(2).

5.  Pursuant to Local Rule 83.1(d)(4), Attorney Solh will promptly file a certificate of good standing from the bar of California, the jurisdiction in which she has her primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that Attorney Solh be admitted to this Court as a Visiting Attorney for the purposes of representing defendant Raytheon Technologies Corporation.

Respectfully submitted,

**DEFENDANT RAYTHEON
TECHNOLOGIES CORPORATION,
PRATT & WHITNEY DIVISION**

By:   /s/ *John W. Cerreta*
  John W. Cerreta (ct28919)
  DAY PITNEY LLP
  242 Trumbull Street
  Hartford, CT  06103.
  Tel.: (860) 275 0665
  jcerreta@daypitney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ John W. Cerreta*
John W. Cerreta