IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : No. 3:21-cv-01657 (SVN) <br> : |
| v. | : <br> : |
| PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*, | : <br> : <br> : |
| Defendants. | : February 9, 2022 <br> : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARCEL S. PRATT

Pursuant to Local Rule 83.1(d), the Court's January 18, 2022 Consolidation Order (ECF No. 44), and the Clerk of Court's January 18, 2022 Notice of Consolidation (ECF No. 52), Defendant QuEST Global Services N.A., Inc. ("QuEST") and Thomas V. Daily, attorney for QuEST, respectfully move this Court for an order granting attorney Marcel S. Pratt of the law firm Ballard Spahr LLP permission to appear *pro hac vice* on behalf of QuEST in the above-captioned action, as well as all related actions consolidated therewith.

In support of this motion, the undersigned respectfully represents as follows:

1. Marcel S. Pratt is a partner at Ballard Spahr LLP, with offices at 1735 Market Street, 51st Floor, Philadelphia, PA 19103. The Firm's telephone number is (215) 665-8500, and its facsimile number is (215) 864-8999. Attorney Pratt's email address is PrattM@ballardspahr.com.

2. As noted in his supporting Affidavit (attached hereto as Exhibit A), Attorney Pratt is a member in good standing in the State Bar of Pennsylvania, the State Bar of

New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

3. Attorney Pratt does not have any disciplinary complaints pending against him as to which a finding has been made that such complaint should proceed to a hearing, has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint, and otherwise satisfies the requirements for admission *pro hac vice* in this action pursuant to Local Civil Rule 83.1(d).

4. As the attorney sponsoring his application, Attorney Pratt designates the undersigned as his agent for service of process and this District as the forum for the resolution of any dispute arising out of his admission to this Court.

5. The undersigned represents that admission of Attorney Pratt will not require modification of any existing Scheduling Order or any deadlines. It is further represented that, upon entry of an Order granting this Motion, Attorney Pratt will promptly submit a Certificate of Good Standing from the State of Pennsylvania.

6. Payment of $200.00 to the Clerk of this Court accompanies the filing of this Motion.

WHEREFORE, the undersigned respectfully moves this Court for an order granting Marcel S. Pratt permission to appear *pro hac vice* on behalf of QuEST in this case and in all actions consolidated herewith.

Respectfully submitted,

Dated: February 9, 2022

By: /s/ Thomas V. Daily
Thomas V. Daily (ct03467)
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Tel: (860) 240-1067
Fax: (860) 240-1002
Email: tdaily@reidandriege.com

Counsel for Defendant
QuEST Global Services N.A., Inc.