UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID GRANATA, | ) | Lead Case No. 21-cv-1657 SVN |
| | ) | |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | MOTION TO ADMIT DAVID W. MITCHELL AS VISITING ATTORNEY |
| | ) | |
| PRATT & WHITNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

4869-3712-0781.v1

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Court's January 18, 2022 Consolidation Order (ECF No. 44), and the January 18, 2022, January 26, 2022, February 8, 2022, and February 10, 2022 Notices of Consolidation/Order (ECF Nos. 52, 73, 192 & 202-205), Jonathan P. Whitcomb, liaison counsel for plaintiff Justin Tussey ("Tussey") in the related case titled *Tussey v. Pratt & Whitney Division, et al.*, No. 3:22-cv-00186 (D. Conn.), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting David W. Mitchell ("Attorney Mitchell"), a non-resident attorney practicing with the law firm of Robbins Geller Rudman & Dowd LLP, to be admitted as a Visiting Attorney to represent Tussey in this action, as well as all actions consolidated herewith. In support of this motion the undersigned states:

1. Attorney Mitchell is a partner with Robbins Geller Rudman & Dowd LLP and his primary office address is 655 West Broadway, Suite 1900, San Diego, California 92101-8498.

2. Accompanying this motion as Exhibit A is a declaration under penalty of perjury executed by Attorney Mitchell pursuant to 28 U.S.C. §1746 setting forth the information required by D. Conn. L. Civ. R. 83.1(d)(1).

3. Further accompanying this motion is the required $200 filing fee.

4. Attorney Mitchell's motion to admit as a Visiting Attorney has been promptly made and the granting of this motion will not require modification of a scheduling order.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(e), Attorney Mitchell has designated the undersigned as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting David W. Mitchell as a Visiting Attorney to represent Justin Tussey in this case and in all actions consolidated herewith.

DATED: February 18, 2022

DISERIO MARTIN O'CONNOR
  & CASTIGLIONI LLP
JONATHAN P. WHITCOMB (CT 15014)


      /s/ Jonathan P. Whitcomb
JONATHAN P. WHITCOMB

1010 Washington Boulevard, Suite 800
Stamford, CT 06901
Telephone: 203/358-0800
203/348-2321 (fax)
jwhitcomb@dmoc.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
BRIAN O. O'MARA
STEVEN M. JODLOWSKI
LONNIE A. BROWNE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com
lbrowne@rgrdlaw.com

Attorneys for Plaintiff
*Justin Tussey v. Pratt & Whitney Division, et al.*,
No. 3:22-cv-00186