UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PRATT & WHITNEY, et al.<br><br>*Defendants*. | Civil Action No. 3:21-cv-01657-SVN<br><br>**NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE) PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

PLEASE TAKE NOTICE that Plaintiff James Roe (a pseudonym) hereby voluntarily dismiss his action, without prejudice, against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 28, 2022   Respectfully Submitted,

**AETON LAW PARTNERS LLP**

By:  /s/ Jonathan M. Shapiro

Jonathan M. Shapiro (SBN ct24075)
AETON LAW PARTNERS LLP
311 Centerpoint Drive
Middletown, CT 06457
Telephone: (860) 724-2160
Email:  jms@aetonlaw.com

Joseph R. Saveri *pro hac vice*
Christopher K.L. Young *pro hac vice*
Abraham A. Maggard *pro hac vice*
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           cyoung@saverilawfirm.com
           amaggard@saverilawfirm.com

Steven N. Williams *pro hac vice*
JOSEPH SAVERI LAW FIRM LLP
40 Worth Street, Suite 602
New York, NY 10013
Telephone: (646) 527-7310
Facsimile: (212) 202-7678
Email:  swilliams@saverilawfirm.com

*Attorneys for Plaintiffs John Doe, James Roe and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This 28th day of February, 2022.

/s/ Jonathan M. Shapiro ct24075
Jonathan M. Shapiro