IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA,<br><br>                Plaintiff,<br><br>        v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; et al.,<br><br>                Defendants. | Case No. 3:21-cv-01657-SVN |

## MOTION TO ADMIT JOSHUA H. GRABAR *PRO HAC VICE*

Pursuant to Local District Rule 83.1(d), undersigned attorney William M. Bloss hereby moves this Court for an order admitting Joshua H. Grabar *pro hac vice* to appear before this Court in the above-captioned case on behalf of plaintiffs Michael D. Powers, Jacob Lillie, Robert Lancaster, and Maxwell Stinson.  In support of this motion, the undersigned represents as follows:

1.      I am an attorney at Koskoff, Koskoff & Bieder, P.C. located at 350 Fairfield Avenue, Bridgeport, CT, 06604; tel. (203) 366-4421; bbloss@koskoff.com.

2.      I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3.      Mr. Grabar is a member in good standing of the State Bars of Pennsylvania and Arizona and is admitted to practice before the Supreme Court of the United States, and the

United States Courts of Appeals for the Third, Ninth and Tenth Circuits, and the United States District Courts for Arizona and the Eastern District of Pennsylvania. Mr. Grabar's declaration in support of this motion is attached hereto as Exhibit A.

    4.    Mr. Grabar satisfies the requirements for admission *pro hac vice* in this case pursuant to Local District Rule 83.1(d).

WHEREFORE, the undersigned respectfully request that the Court enter an Order admitting Mr. Grabar *pro hac vice* to appear before the Court in this case.

By:    */s/ William M. Bloss*
        William M. Bloss
        Bar No.: CT01008
        KOSKOFF, KOSKOFF & BIEDER, P.C.
        350 Fairfield Avenue
        Bridgeport, CT 06604
        (203) 366-4421
        bbloss@koskoff.com

*Attorney for Plaintiffs Michael Powers, Jacob Lillie, Robert Lancaster, and Maxwell Stinson*

## CERTIFICATE OF SERVICE

I certify that on March 1, 2022, I will electronically file the foregoing with the Clerk of the Court using CM/ECF system, which will then send electronic copies to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 1, 2022                    */s/ William M. Bloss*
                                                    William M. Bloss