UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al*.,<br><br>Defendants. | CIVIL ACTION NO. 3:21-cv-01657-SVN<br><br>March 10, 2022 |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to Local Rules 83.1(c) and 83.1(d), the undersigned member of the Bar of this Court respectfully moves for an order authorizing an attorney from the law firm of Kirby McInerney LLP be permitted to appear *pro hac vice* in this matter on behalf of Jacob Gaskill, Erica Holden and Michael McMahon. The attorney for whom admission *pro hac vice* is requested is Karen M. Lerner. In support of this motion, the undersigned states as follows:

1. I am a partner at Silver Golub & Teitell LLP with my office located at One Landmark Square, 15th Floor, Stamford, Connecticut, 06901. I am a member of the bar of this Court and am counsel to plaintiffs in this action.

2. Attached hereto as Exhibit A is the Declaration of Karen M. Lerner in Support of Motion for Admission of Counsel *Pro Hac Vice*. This affidavit establishes that:

a. Ms. Lerner is an attorney at Kirby McInerney LLP, 250 Park Avenue, Suite 820, New York, NY 10177, with an email address of klerner@kmllp.com.

b. Ms. Lerner is a member in good standing, admitted to practice law in the following courts: (i) The Supreme Court of the United States, (ii) State of New York, (iii) New Jersey Supreme Court, (iv) District of Columbia, (v) United States Court of Appeals for the Second Circuit, (vi) United States Court of Appeals for the Third Circuit, (vii) United States Court of Appeals for the District of Columbia Circuit, (viii) United States District Court for the Eastern District of New York, (ix) United States District Court for the Southern District of New York, (x) United States District Court for the District of New Jersey, and (xi) United States District Court for the District of Columbia.

c. Ms. Lerner has no pending disciplinary complaints in which a finding has been made that such complaint should proceed to hearing and she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

d. Ms. Lerner has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

e. Ms. Lerner designates me as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her *pro hac vice* admission.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and admit Ms. Lerner *pro hac vice* to represent plaintiffs in this matter.

Respectfully submitted this 10th day of March, 2022.

                PLAINTIFFS JACOB GASKILL, ERICA HOLDEN AND MICHAEL MCMAHON,

                BY */s/ Steven L. Bloch*
                   STEVEN L. BLOCH ct 31246
                   SILVER GOLUB & TEITELL LLP
                   ONE LANDMARK SQUARE, 15th Floor
                   STAMFORD, CT  06901
                   Tel:  (203) 325-4491
                   Fax: (203) 325-3769
                   Email: sbloch@sgtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022, a copy of the foregoing Motion for Admission of Counsel *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Steven L. Bloch*
STEVEN L. BLOCH ct 31246

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>                    Defendants. | CIVIL ACTION NO. 3:21-cv-01657-SVN<br><br>February 24, 2022 |

**DECLARATION OF KAREN M. LERNER IN SUPPORT OF**
**MOTION FOR ADMISSION OF COUNSEL TO APPEAR *PRO HAC VICE***

NEW YORK, NEW YORK

I, Karen M. Lerner, declare as follows:

1.      I am an attorney at Kirby McInerney LLP, counsel for Plaintiffs Jacob Gaskill, Erica Holden, and Michael McMahon (collectively, "Plaintiffs") in the above-captioned consolidated case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion of Steven L. Bloch to admit me as a visiting lawyer to represent Plaintiffs. My contact information is as follows:

   Firm Name:   Kirby McInerney LLP
   Address:     250 Park Avenue, Suite 820
                New York, NY 10177
   Telephone:   (212) 371-6600
   Email:       klerner@kmllp.com

2.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing. I have not been denied admission to, been disciplined

by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

    3.    I am an attorney in good standing, admitted to practice law in the following courts:

| | |
|---|---|
| The Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | Admitted on July 28, 2008<br>Bar No. 268585 |
| State of New York<br>Clerk, Supreme Court of the State of New York<br>Appellate Division, Second Judicial Department<br>45 Monroe Place<br>Brooklyn New York 11201 | Admitted on March 3, 1993<br>Bar No. 2499606 |
| New Jersey Supreme Court<br>R.J. Hughes Justice Complex<br>25 W. Market St.<br>Trenton, NJ 08611 | Admitted on December 19, 1991<br>Bar No. 020931991 |
| District of Columbia<br>Moultrie Courthouse<br>500 Indiana Avenue, NW<br>Washington, DC 20001 | Admitted on December 6, 1993<br>Bar No. 439905 |
| United States Court of Appeals for the<br>Second Circuit<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, New York 10007 | Admitted on April 18, 2017<br>Bar No. – Second Circuit does not assign bar numbers |
| United States Court of Appeals for the<br>Third Circuit<br>James A. Byrne United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Admitted on September 22, 1994<br>Bar No. – Third Circuit does not assign bar numbers |
| United States Court of Appeals for the<br>District of Columbia Circuit<br>E. Barrett Prettyman U.S. Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Admitted on August 15, 2019<br>Bar No. – 61888 |

| | |
|---|---|
| United States District Court for the<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | Admitted on June 8, 1993<br>Bar No.  KL6876 |
| United States District Court for the<br>Southern District of New York<br>Daniel Patrick Moynihan U.S. Courthouse<br>500 Pearl Street<br>New York, New York 10007 | Admitted on June 8, 1993<br>Bar No.  KL6876 |
| United States District Court for the<br>District of New Jersey<br>Clarkson S. Fisher Building & U.S. Courthouse<br>402 East State Street Room 2020<br>Trenton, NJ 08608 | Admitted on September 1, 1992<br>Bar No.  020931991 |
| United States District Court for the<br>District of Columbia<br>E. Barrett Prettyman Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Admitted on November 4, 2019<br>Bar No.  439905 |

4. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5. I designate Steven L. Bloch of Silver Golub & Teitell LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under Local Rule 83.1(d).

6. For all the reasons set forth above, I respectfully request that this Court grant the instant motion permitting me to appear as counsel for Plaintiffs as a *pro hac vice* admitted attorney pursuant to D. Conn. L. Cr. R. 1(c) and D. Conn. L. Civ. R. 83.1(d)(1).

Dated: February 24, 2022

                                              Karen M. Lerner
                                              **KIRBY McINERNEY LLP**
                                              250 Park Avenue, Suite 820
                                              New York, NY 10177
                                              Phone:  (212) 371-6600
                                              Fax: (212) 751-2540
                                              Email: klerner@kmllp.com