UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff<br><br>　　v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et. al.,*<br><br>　　Defendants. | Case No.: 3:21-cv-01657 (SVN)<br><br><br><br>March 17, 2022 |

## **MOTION FOR ADMISSION AS A VISITING ATTORNEY OF DAVID M. GOLDSTEIN**

　　Pursuant to D. Conn. L. Civ. R. Rule 83.1(d), this Court's January 18, 2022 Consolidation Order (ECF No. 44) and the January 18, 2022, January 26, 2022, February 8, 2022 and February 10, 2022 Notices of Consolidation/Order (ECF Nos. 52, 73, 192 and 202-205), James M. Moriarty, counsel for defendant Tom Edwards ("Mr. Edwards"), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting David M. Goldstein ("Attorney Goldstein"), a non-resident attorney practicing with the law firm of Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP, to be admitted as a Visiting Attorney to represent Mr. Edwards in this action, as well as all actions consolidated herewith. In support of this motion the undersigned states:

　　1.　　Attorney Goldstein is a Partner with the law firm Farmer Brownstein Jaeger Goldstein Klein & Siegel LLP, located at 235 Montgomery Street, Suite 835, San Francisco, California.

2. Accompanying this motion as Exhibit A is an affidavit sworn to by Attorney Goldstein setting forth the information required by subsection (d)1 of Local Rule 83.1.

3. Further accompanying this motion is the required $200 fee.

4. Attorney Goldstein's Motion for Admission as a Visiting Attorney has been promptly made and the granting of this Motion will not require modification of a scheduling order.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(c), Attorney Goldstein has designated the undersigned as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting David M. Goldstein as a Visiting Attorney to represent Tom Edwards in this case and in all actions consolidated herewith.

        THE DEFENDANT,
        TOM EDWARDS

By:   /s/ James M. Moriarty
      James M. Moriarty (ct21876)
      Zeisler & Zeisler, P.C.
      10 Middle Street
      15th Floor
      Bridgeport, Connecticut 06604
      Phone: (203) 368-4234
      Fax:   (203) 549-0907
      jmoriarty@zeislaw.com