Civil- (Dec-2008)

HONORABLE: Sarala V. Nagala

DEPUTY CLERK: M. Bozek

RPTR/ECRO/TAPE: RPTR: Sharon Montini

TOTAL TIME: 1 hours 35 minutes

DATE: 3/3/2022   START TIME: 2:38 PM   END TIME: 4:13 PM

LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:21-cv-01657-SVN

Granata
vs
Pratt & Whitney et al

Plaintiff's Counsel: Mitchell, Bash, Zweig, Gendler, Smith, Krisch, van der Meulen, Asciolla, Slossberg, Sheth, Brockett, Olson, Vogel, Brandt, Lerner, Reiss, Rochelson, Saveri, Young, Maggard, Srinivasan, Johnson, Levens, Scarlett, Shaver, Enders, Golub, Justice, Millen, Shapiro

Defendant's Counsel: Shearin, Willis, Ventura, Klingman, Moriarty, Friedman, Lukitsch, McCabe, Goldstein, Buchanan, Reid, Daily, Pratt, McConnell, Raabe, Solh, Cahill

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[ ] Show Cause Hearing
[ ] Evidentiary Hearing
[ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

- [✓] #143 Motion to Appoint Counsel — [ ] granted [ ] denied [✓] advisement
- [✓] #150 Motion to Serve as Interim Class Counsel — [ ] granted [ ] denied [✓] advisement
- [✓] #151 Motion to Appoint Counsel — [ ] granted [ ] denied [✓] advisement
- [✓] #154 Motion to Appoint Counsel — [ ] granted [ ] denied [✓] advisement
- [✓] #155 Motion to Appoint Counsel — [ ] granted [ ] denied [✓] advisement
- [✓] #156 Motion to Appoint Counsel — [ ] granted [ ] denied [✓] advisement
- [✓] #159 Motion to Appoint Counsel — [ ] granted [ ] denied [✓] advisement

Notes: Hearing re: proposals for interim class counsel held. Hearing held via Zoom.