UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAVID GRANATA,** *on behalf of himself and all others similarly situated, et al.*, <br><br>**Plaintiffs,**<br><br>v.<br><br>**PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION,** *et al.*,<br><br>**Defendants.** | **CONSOLIDATED CASE**<br><br>**LEAD CASE NO.:**<br>**3:21-cv-01657-SVN**<br><br><br>April 4, 2022 |

## MOTION FOR ADMISSION OF JUSTIN T. REINHEIMER *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* on behalf of Plaintiffs Nicholas Wilson and Alex Scales, individually and on behalf of all others similarly situated, of Justin T. Reinheimer, Quinn Emanuel Urquhart & Sullivan, LLP, 50 California St., San Francisco, CA 94111.   Mr. Reinheimer's telephone number is 415-875-6456.   His facsimile number is 415-875-6700.   His e-mail address is justinreinheimer@quinnemanuel.com.

Mr. Reinheimer is a member in good standing of the bar of the State of California (bar number 268868, admitted January 2010).   Mr. Reinheimer is also a member in good standing of the bar of the State of New York (bar number 5052410, admitted September 2012).   Mr. Reinheimer is admitted to practice in the United States District Court for the Southern District of New York (admitted January 2014, no bar number assigned), the United States Court of Appeals for the Second Circuit (admitted October 2015, no bar number assigned), the United States Supreme Court (admitted May 2016, no bar number assigned), the United States District Court for the Northern District of California (admitted August 2019, no bar number assigned), and the

United States Court of Appeals for the Tenth Circuit (admitted January 2021, no bar number assigned).

Mr. Reinheimer has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Mr. Reinheimer has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

In accordance with the Local Rules, accompanying this motion is an affidavit of Mr. Reinheimer stating that he has never been denied admission or disciplined nor has he been denied admission or disciplined by this or any other court.

Mr. Reinheimer is fully conversant with the facts presented by this case and will be fully prepared to represent the Plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joshua R. Goodbaum (Federal Bar No. 28834) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Mr. Reinheimer be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs Nicholas Wilson and Alex Scales for all purposes.

The fee of $200 payable to the Clerk of the District Court accompanies this Motion.

\*   \*   \*

**DATED:** New Haven, Connecticut
April 4, 2022

                                       **THE PLAINTIFFS,**

                                       **GARRISON, LEVIN-EPSTEIN,**
                                           **FITZGERALD & PIRROTTI, P.C.**

By:   /s/ *Joshua R. Goodbaum*
        Joseph D. Garrison (ct04132)
        Stephen J. Fitzgerald (ct22939)
        Joshua R. Goodbaum (ct28834)
        Amanda M. DeMatteis (ct29413)
        405 Orange Street
        New Haven, CT 06511
        Tel.: (203) 777-4425
        Fax: (203) 776-3965
        jgarrison@garrisonlaw.com
        sfitzgerald@garrisonlaw.com
        jgoodbaum@garrisonlaw.com
        adematteis@garrisonlaw.com


**QUINN EMANUEL URQUHART**
     **& SULLIVAN, LLP**
Daniel L. Brockett *(pro hac vice)*
Steig D. Olson *(pro hac vice)*
Manisha M. Sheth *(pro hac vice)*
Thomas Lepri *(pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com
thomaslepri@quinnemanuel.com

Justin T. Reinheimer *(pro hac vice pending)*
50 California St., 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

**CERTIFICATION**

    I HEREBY CERTIFY that on this 4th day of April, 2022, a copy of the foregoing Motion for Admission of Justin T. Reinheimer *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Joshua R. Goodbaum*
Joshua R. Goodbaum