UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, et al.,<br><br>Defendants. | Case No. 3:21-cv-01657-SVN<br><br><br><br><br><br>April 6, 2022 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE
CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Interim Co-Lead Counsel for Plaintiffs David Granata, Alex Scales, and Nicholas Wilson, on behalf of themselves and all others similarly situated (collectively the "Plaintiffs"), respectfully move this Court for an extension of twenty-eight (28) days, up to and including May 9, 2022, to file their Consolidated Class Action Complaint. The Complaint is currently due April 11, 2022, per the Court's Order dated March 11, 2022. (Dkt. No. 333.)

As good cause for this Motion, Interim Co-Lead Counsel are continuing their investigation in earnest.[1] Specifically, Interim Co-Lead Counsel are consulting with counsel for Defendant Agilis Engineering, Inc., which has made an application under the Department of Justice Antitrust Division's Corporate Leniency Policy and is in the process of providing information and documents to Plaintiffs under the Antitrust Criminal Penalty Enhancement and Reform Act, Pub.

---

[1] On March 11, 2022, the Court appointed counsel for Messrs. Granata, Scales, and Wilson as Interim Co-Lead Counsel and Local Counsel for the proposed Class. (Dkt. No. 333.)

L. No. 108-237, tit. II, 118 Stat. 661 (2004), *reauthorized by* H.R. 7076 and S. 3377, 116th Congress (2020).  Plaintiffs believe it will be useful to consider the initial information and documents provided by Agilis in drafting the Consolidated Class Action Complaint, and therefore request an additional 28 days in which to continue their discussions with Agilis and to finalize the Consolidated Class Action Complaint.

This is Plaintiffs' first request for an extension of time to file the Consolidated Class Action Complaint.  Interim Co-Lead Counsel emailed counsel for all Defendants on April 4, 2022, at 10:52 a.m., to inquire whether Defendants consented to this Motion and requesting responses by April 6 at 5:00 p.m.  At 4:32 p.m. on April 6, Defendants indicated their position as follows:

> Defendants Pratt & Whitney, Belcan, Cyient, PSI, and Quest, and the individual defendants associated with those companies would agree to Plaintiffs' request for an extension of time to file their CAC, subject to Plaintiffs also including in their motion to the Court that the new deadline for the Rule 26(f) report should be extended to 30 days after Plaintiffs file their CAC and that Parties agree not to serve any discovery until after the Rule 26(f) report is filed. Given that the Rule 26(f) report and the discussions about the content of that report are tied to what Plaintiffs plead in their CAC, and defendants will not be seeing Plaintiffs' CAC until May 9, the defendants listed above expect Plaintiffs will agree to make this reasonable request.

Although Plaintiffs consent to a modest extension of the Rule 26(f) report deadline at the Court's discretion, Plaintiffs do not consent to the remaining conditions requested by Defendants.  Interim Co-Lead Counsel remains open to continuing discussions with Defendants regarding the discovery procedures in this case.

Based on the foregoing, Plaintiffs respectfully request that the Court grant this Motion and extend the time for them to file their Consolidated Class Action Complaint by twenty-eight (28) days to May 9, 2022.

                                                **RESPECTFULLY SUBMITTED,**
                                                **THE PLAINTIFFS**

| By: /s/ Gregory S. Asciolla | By: /s/ Daniel L. Brockett |
|---|---|
| Gregory S. Asciolla (phv02599) | Daniel L. Brockett (phv20450) |
| Robin A. van der Meulen (phv09139) | Manisha M. Sheth (phv01061) |
| Matthew J. Perez (phv06870) | Steig D. Olson (phv06391) |
| Veronica Bosco (phv20356) | Thomas Lepri (phv20453) |
| **DICELLO LEVITT GUTZLER** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| One Grand Central Place | 51 Madison Avenue, 22nd Floor |
| 60 East 42nd Street, Suite 2400 | New York, NY 10010 |
| New York, NY 10165 | Tel.: (212) 849-7000 |
| Tel.: (646) 933-1000 | Fax: (212) 849-7100 |
| gasciolla@dicellolevitt.com | danbrockett@quinnemanuel.com |
| rvandermeulen@dicellolevitt.com | manishasheth@quinnemanuel.com |
| mperez@dicellolevitt.com | steigolson@quinnemanuel.com |
| vbosco@dicellolevitt.com | thomaslepri@quinnemanuel.com |
| | |
| | Justin Reinheimer (phv20572) |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| | Tel.: (415) 875-6600 |
| | Fax: (415) 875-6700 |
| | justinreinheimer@quinnemanuel.com |
| | |
| By: /s/ Erica O. Nolan | By: /s/ Joshua R. Goodbaum |
| David A. Slossberg (ct13116) | Joseph D. Garrison (ct04132) |
| Erica O. Nolan (ct31097) | Stephen J. Fitzgerald (ct22939) |
| **HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC** | Joshua R. Goodbaum (ct28834) |
| 147 North Broad Street | Amanda M. DeMatteis (ct29413) |
| Milford, CT 06460 | **GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.** |
| Tel.: (203) 877-8000 | 405 Orange Street |
| dslossberg@hssklaw.com | New Haven, CT 06511 |
| enolan@hssklaw.com | Tel.: (203) 777-4425 |
| | Fax: (203) 776-3965 |
| | jgarrison@garrisonlaw.com |
| | sfitzgerald@garrisonlaw.com |
| | jgoodbaum@garrisonlaw.com |
| | adematteis@garrisonlaw.com |

                                                **INTERIM CO-LEAD COUNSEL FOR THE PROPOSED CLASS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                     */s/ Erica O. Nolan*
                                                    Erica O. Nolan