## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID GRANATA, on behalf of himself and all others similarly situated, | Case No. 3:21-cv-01657-SVN |
| Plaintiff, | |
| v. | |
| PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, *et al.* | April 8, 2022 |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PRJEUDICE) PURSUANT TO FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Jacob Gaskill and Erica Holden in the action *Gaskill, et al. v. Agilis Engineering, Inc., et al.*, Case No. 3:22-cv-00071 (D. Conn.), and plaintiff Michael McMahon in the action *McMahon v. Agilis Engineering, Inc., et al.*, Case No. 3:22-cv-00115 (D. Conn.), consolidated with the above-captioned litigation, hereby voluntarily dismiss their claims, without prejudice, against all Defendants.

Dated: April 8, 2022

Respectfully submitted,

*/s/ Karen M. Lerner*
Karen M. Lerner
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Phone: (212) 371-6600
Fax: (212) 751-2540
Email: klerner@kmllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2022, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Karen M. Lerner*
KAREN M. LERNER phv20543