UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>    Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br><br><br><br><br><br><br>May 26, 2022 |

**CERTAIN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Raytheon Technologies Corporation, Pratt & Whitney Division, Belcan Engineering Group, LLC, Cyient, Inc., Parametric Solutions, Inc., QuEST Global Services-NA, Inc., Mahesh Patel, Thomas Edwards, Robert Harvey, Steven Houghtaling, Gary Prus, and Harpreet Wasan (collectively, "Defendants"), respectfully move this Court for an order extending the parties' deadline to file their Rule 26(f) report by fourteen (14) days, and a corresponding extension of the date by which the parties may serve discovery requests, so that no discovery requests are served before the parties file their Rule 26(f) report. Per the Court's April 8, 2022 Order, the Rule 26(f) Report is currently due on May 31, 2022, and no discovery requests shall be served by the parties in the action prior to May 31, 2022. (ECF No. 359.)

This is Defendants' first motion to extend the due date for the parties' Rule 26(f) report. Defendants Agilis and Frank O'Neill have consented to the relief sought. As explained further below, consent for this extension of time was also requested from Plaintiffs' Interim Co-Lead Counsel prior to this filing, and they indicated that Plaintiffs do not object to the Defendants'

requested two-week extension of the deadline for the filing of the Rule 26(f) report, but do object to any further postponement of the start of discovery.

Plaintiffs provided a draft Rule 26(f) report to Defendants on May 17, 2022. Over the last nine days, the group of eleven defendants have been meeting and conferring regarding the Rule 26(f) report, but they have not had sufficient time to confer with their clients and coordinate amongst the group of Defendants.

The Defendants respectfully request a brief extension of time in order to deliver the most streamlined Rule 26(f) report to the Court, and to provide additional time for coordination to ensure an efficient conference with Plaintiffs. An additional two weeks would allow for counsel for Defendants to continue to consult with their clients, to meaningfully meet and confer amongst the Defendants in order to determine areas of common ground, and to provide additional time to meet and confer with Plaintiffs once the group of Defendants have more alignment.

Counsel, on behalf of the eleven Defendants listed above, emailed Interim Co-Lead Counsel and counsel for Agilis and Mr. O'Neill on May 25, 2022 to inquire whether they consented to this Motion. The request indicated that Defendants planned to get comments to Plaintiffs' draft Rule 26(f) report to Plaintiffs by no later than Friday, June 3, and requested a meet and confer for the week of June 6. Counsel for Agilis and Frank O'Neill indicated they do not object to the extension.  Interim Co-Lead Counsel indicated their position as follows:

> Plaintiffs do not object to the Defendants' requested two-week extension of the deadline for the filing of the 26(f) report, but Plaintiffs do object to any further postponement of the start of discovery.

The Court has already indicated that discovery requests shall not be served until the filing of the Rule 26(f) Report. (*See* ECF No. 359.) And as the parties' Rule 26(f) report will further explain, given the pending indictment and upcoming criminal trial involving certain individual

defendants in *United States v. Patel et al.*, Case No. 3:21-cr-00220-VAB (D. Conn., filed Dec. 15, 2021), the United States Department of Justice may have its own position on how the discovery in this civil matter goes forward, considering the pending indictment and ongoing investigation. The undersigned Defendants are communicating with the DOJ about the proposed schedule and timing for discovery in this matter.

    Based on the foregoing, the undersigned Defendants respectfully request that the Court grant this Motion and (1) extend the time for the parties to file their Rule 26(f) report by fourteen (14) days to June 14, 2022; and (2) order that no discovery requests shall be served by the parties prior to the filing of their Rule 26(f) report.

Respectfully submitted,

By: */s/ Chahira Solh*
Chahira Solh (phv20470)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414
Email:  CSolh@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0665
Facsimile:  (860) 881-2517
Email:  jcerreta@daypitney.com

*Counsel for Raytheon Technologies Corporation, Pratt & Whitney Division*

By: */s/ Stephen J. Kastenberg*
Stephen J. Kastenberg (phv20536)
Jason Allen Leckerman (phv20484)
Marcel S. Pratt (phv20495)
Elizabeth Weissert (phv20494)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:  (215) 665-8500
Facsimile:   (215) 864-8999
Email:  kastenberg@ballardspahr.com
            leckermanj@ballardspahr.com
            prattm@ballardspahr.com
            weisserte@ballardspahr.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:   (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone:  (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*

By: */s/ Bethany Lukitsch*
Bethany Lukitsch (phv20474)
Bridget S. McCabe (phv20469)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  (310) 820-8800
Facsimile:   (310) 820-8859
Email: blukitsch@bakerlaw.com
         bmccabe@bakerlaw.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:   (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 652-8701
Email: rfriedman@sheppardmullin.com

Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone:  (202) 747-1900
Facsimile:   (202) 747-1901
Email: lcaseria@sheppardmullin.com

*Counsel for Cyient, Inc.*

<div style="display: flex;">
<div>

By: */s/ Patrick M. Fahey*
Patrick M. Fahey (ct13862)
Elizabeth H. Buchanan (ct31230)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
Email: pfahey@goodwin.com
       ebuchanan@goodwin.com

*Counsel for Parametric Solutions, Inc.*

</div>
<div>

By: */s/ Brian E. Spears*
Brian E. Spears (ct14240)
Leslie A. Cahill (ct31242)
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
Email: bspears@spearsmanning.com
       lcahill@spearsmanning.com

*Counsel for Mahesh Patel*

</div>
</div>

<div style="display: flex;">
<div>

By: */s/ Guy Petrillo*
Guy Petrillo (ct19924)
Caelyn Stephens (phv20414)
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0331
Facsimile: (315) 873-2015
Email: gpetrillo@pkbllp.com
Email: cstephens@pkbllp.com

Paul H. McConnell (ct29062)
MCCONNELL FAMILY LAW GROUP
638 Prospect Avenue
Hartford, CT 06105
Telephone: (203) 344-7007
Facsimile: (203) 344-7009
Email: paul@mcconnellfamilylaw.com

*Counsel for Robert Harvey*

</div>
<div>

By: */s/ Craig A. Raabe*
Craig A. Raabe (ct04116)
IZARD, KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 513-2939
Email: craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

</div>
</div>

6

By: */s/ Patrick A. Klingman*
Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone:  (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

By: */s/ David M. Goldstein*
David M. Goldstein (phv20554)
FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone:  (415) 795-2050
Facsimile:   (415) 520-5678
Email: dgoldstein@fbjgk.com

*Counsel for Thomas Edwards*

By: */s/ John J. Robinson*
John J. Robinson (ct14802)
Kelcie Burns Reid
Mitchell L. Fishberg
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Telephone:  (860) 494-7505
Facsimile:   (860) 560-0185
Email: jjrobinson@grsm.com
         jblyskal@gordonrees.com
         kreid@grsm.com
         mfishberg@grsm.com

Patrick M. Fahey (ct13862)
Elizabeth Buchanan (ct31230)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone:  (860) 251-5000
Facsimile:   (860) 251-5219
Email: pfahey@goodwin.com
         ebuchanan@goodwin.com

*Counsel for Gary Prus*

7

## **FILER ATTESTATION**

I, Chahira Solh, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

<div style="text-align:right">

*/s/ Chahira Solh*
Chahira Solh (phv20470)

</div>