# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>                              Defendants. | Case No. 3:21-cv-01657-SVN |

## <u>MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Rule 83.1(d), Harpreet Wasan ("Defendant"), through his undersigned counsel, respectfully moves this Court to grant leave for attorney Philip Giordano to appear *pro hac vice* on behalf of Defendant.

1.      Attorney Philip Giordano is a Partner of the law firm Hughes Hubbard and Reed LLP, and a member in good standing of the Bar(s) of the State of California and District of Columbia and the courts listed in his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

> Philip Giordano
> Hughes Hubbard and Reed LLP
> 1775 I St NW
> Washington, DC 20006
> philip.giordano@hugheshubbard.com
> Tel: (202) 721-4776
> Fax: (202) 729-4776

3.      The undersigned hereby moves that Attorney Philip Giordano be permitted to represent Defendant in all matters and proceedings related to the above-captioned case.

4.      This motion is accompanied by an affidavit from Attorney Giordano, attached hereto as Exhibit A, attesting that he satisfies all of the requirements for admission as a visiting attorney under D. Conn. L. Civ. R. 83.1(d)(1).

5.      The undersigned agrees to accept service on behalf of Attorney Giordano.

6.      In connection with this motion, $200 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Attorney Philip Giordano be permitted to represent Defendant in all proceedings before this Court related to the above-captioned case.


Dated: May 31st, 2022                    Respectfully submitted,

                                         By:  /s/ Craig A. Raabe
                                         Craig A. Raabe (ct04116)
                                         IZARD KINDALL & RAABE LLP
                                         29 South Main Street, Suite 305
                                         West Hartford, CT 06107
                                         T: (860) 493-6292
                                         F: (860) 493-6290
                                         craabe@ikrlaw.com

                                         *Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 31st, 2022, a true and correct copy of the foregoing will be served electronically upon all counsel of record registered for electronic service for this case.

*/s/ Craig A. Raabe*
Craig A. Raabe (ct04116)
