# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOROZNY, *et al*. individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>                              Defendants. | Case No. 3:21-cv-01657-SVN |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Harpreet Wasan ("Defendant"), through his undersigned counsel, respectfully moves this Court to grant leave for attorney Marc A. Weinstein to appear *pro hac vice* on behalf of Defendant.

1. Attorney Marc A. Weinstein is a Partner of the law firm Hughes Hubbard and Reed LLP, and a member in good standing of the Bar(s) of the State of New York and the courts listed in his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

> Marc A. Weinstein
> Hughes Hubbard and Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> marc.weinstein@hugheshubbard.com
> Tel: (212) 837-6460
> Fax: (212) 299-6460

3. The undersigned hereby moves that Attorney Marc A. Weinstein be permitted to represent Defendant in all matters and proceedings related to the above-captioned case.

4.  This motion is accompanied by an affidavit from Attorney Weinstein, attached hereto as Exhibit A, attesting that he satisfies all of the requirements for admission as a visiting attorney under D. Conn. L. Civ. R. 83.1(d)(1).

5.  The undersigned agrees to accept service on behalf of Attorney Weinstein.

6.  In connection with this motion, $200 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Attorney Marc A. Weinstein be permitted to represent Defendant in all proceedings before this Court related to the above-captioned case.

Dated: May 31st, 2022

Respectfully submitted,

By: */s/ Craig A. Raabe*
Craig A. Raabe (ct04116)
IZARD KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
craabe@ikrlaw.com

*Attorney for Defendant*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31st, 2022, a true and correct copy of the foregoing will be served electronically upon all counsel of record registered for electronic service for this case.

/s/ Craig A. Raabe
Craig A. Raabe (ct04116)