UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOROZNY, *et al.*; on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION; et al.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-01657 (SVN)<br><br>*Class Action*<br><br><br>June 27, 2022 |

**CERTAIN DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO DISCOVERY**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Raytheon Technologies Corporation, Pratt & Whitney Division, Belcan Engineering Group, LLC, Cyient, Inc., Parametric Solutions, Inc., QuEST Global Services-NA, Inc. (the "Corporate Defendants"), and Mahesh Patel, Thomas Edwards, Robert Harvey, Steven Houghtaling, Gary Prus, and Harpreet Wasan (the "Individual Defendants" and with the Corporate Defendants collectively, "Defendants"), by and through their respective undersigned counsel, respectfully move for an extension of time to object and respond to Plaintiffs' First Set of Requests for Production of Documents served on each Defendant on June 1, 2022, to the later of August 1, 2022, or the date(s) for responses and objections set by the Court in a scheduling order.

As good cause for the granting of the requested extension of time, Defendants state that on June 1, 2022, Plaintiffs served Plaintiffs' First Set of Requests for Production of Documents to the Corporate Defendants (the "Corporate Defendant Requests"). The Corporate Defendant Requests

contain 66 numbered requests, many of which include discrete subparts. The Corporate Defendants require additional time to fully analyze the voluminous Corporate Defendant Requests in order to propound objections and provide written responses.

Also on June 1, 2022, Plaintiffs served Plaintiffs' First Set of Requests for Production of Documents to the Individual Defendants (the "Individual Defendant Requests"). The Individual Defendant Requests contain 20 numbered requests, several of which include discrete subparts. The Individual Defendants require additional time to analyze the propriety of a motion to stay all discovery as to them in light of the pending criminal action, *United States v. Patel et al.*, Case No. 3:21-cr-00220-VAB (the "Criminal Proceedings"), in which each of the Individual Defendants is a named defendant, as well as to propound objections and provide written responses to the Individual Defendant Requests in the absence of the filing of a motion to stay discovery.

Moreover, on June 14, 2022, the parties submitted their Form 26(f) Report of Parties' Planning Meeting (ECF No. 453, hereinafter, the "Proposed Scheduling Order") setting forth the parties' respective positions on scheduling in this case. In the Proposed Scheduling Order, Defendants urge that discovery be conducted in stages. (*See* Proposed Scheduling Order at 15-17.) Should the Court order staged discovery as proposed by Defendants, Defendants would not be required to respond to either the Corporate Defendant Requests or the Individual Defendant Requests until after the conclusion of the Criminal Proceedings. Document productions, if any, made prior to the conclusion of the Criminal Proceedings would be by agreement of the parties and would not require responses and objections to any of the requests, all of which would be reserved.

Thus, Defendants respectfully move for an extension of time to respond to the Corporate Defendant Requests and the Individual Defendant Requests to the later of August 1, 2022, a 31-

day extension, or the date(s) for responses and objections set by the Court in a forthcoming scheduling order. (*See* ECF No. 454 (order setting Rule 16 Scheduling Conference for June 28, 2022).)

This is Defendants' first request for an extension of time with respect to Plaintiffs' Corporate Defendant Requests and Individual Defendant Requests. Pursuant to D. Conn. L. Civ. R. 7(b)(2), counsel for Defendants corresponded with counsel of record for Plaintiffs and counsel of record for defendants Agilis Engineering, Inc. ("Agilis") and Frank O'Neil, ("Mr. O'Neil"), to ascertain their respective position on the relief requested by Defendants. Counsel for Agilis and Mr. O'Neil indicated that Agilis and Mr. O'Neil have no objection to the requested relief.

Plaintiff's counsel stated that "Plaintiffs are willing to agree to an extension of Defendants' deadline to respond and object to Plaintiffs' RFPs to August 1, 2022 , or whatever date the Court orders, on the condition that we begin discussions promptly on data—including sources of structured data—custodians, search terms, and the service of initial disclosures and production of org charts." Certain of the Corporate Defendants have been in contact with plaintiffs' counsel to initiate discussions on certain, but not all, of these matters and the remaining Corporate Defendants will do so in short order.

By: */s/ Chahira Solh*
Chahira Solh (phv20470)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414
Email:  CSolh@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0665
Facsimile:  (860) 881-2517
Email:  jcerreta@daypitney.com

*Counsel for Raytheon Technologies Corporation, Pratt & Whitney Division*

By: */s/ Stephen J. Kastenberg*
Stephen J. Kastenberg (phv20536)
Jason Allen Leckerman (phv20484)
Marcel S. Pratt (phv20495)
Elizabeth Weissert (phv20494)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
Email:  kastenberg@ballardspahr.com
          leckermanj@ballardspahr.com
          prattm@ballardspahr.com
          weisserte@ballardspahr.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:  (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*

By: */s/ Bethany Lukitsch*
Bethany Lukitsch (phv20474)
Bridget S. McCabe (phv20469)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: blukitsch@bakerlaw.com
         bmccabe@bakerlaw.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 652-8701
Email: rfriedman@sheppardmullin.com

Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
Email: lcaseria@sheppardmullin.com

*Counsel for Cyient, Inc.*

By: */s/ Patrick M. Fahey*
Patrick M. Fahey (ct13862)
Elizabeth H. Buchanan (ct31230)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone:  (860) 251-5000
Facsimile:   (860) 251-5219
Email: pfahey@goodwin.com
           ebuchanan@goodwin.com

*Counsel for Parametric Solutions, Inc.*

By: */s/ Guy Petrillo*
Guy Petrillo (ct19924)
Caelyn Stephens (phv20414)
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone:  (212) 370-0331
Facsimile:   (315) 873-2015
Email: gpetrillo@pkbllp.com
Email: cstephens@pkbllp.com


Paul H. McConnell (ct29062)
MCCONNELL FAMILY LAW GROUP
638 Prospect Avenue
Hartford, CT 06105
Telephone:  (203) 344-7007
Facsimile:   (203) 344-7009
Email: paul@mcconnellfamilylaw.com

*Counsel for Robert Harvey*

By: */s/ Patrick A. Klingman*
Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone:  (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

By: */s/ Brian E. Spears*
Brian E. Spears (ct14240)
Leslie A. Cahill (ct31242)
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone:  (203) 292-9766
Email: bspears@spearsmanning.com
           lcahill@spearsmanning.com

*Counsel for Mahesh Patel*

By: */s/ Craig A. Raabe*
Craig A. Raabe (ct04116)
IZARD, KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  (860) 513-2939
Email: craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

6

By: */s/ John J. Robinson*
John J. Robinson (ct14802)
Kelcie Burns Reid
Mitchell L. Fishberg
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Telephone: (860) 494-7505
Facsimile: (860) 560-0185
Email: jjrobinson@grsm.com
    jblyskal@gordonrees.com
    kreid@grsm.com
    mfishberg@grsm.com

Patrick M. Fahey (ct13862)
Elizabeth Buchanan (ct31230)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5219
Email: pfahey@goodwin.com
    ebuchanan@goodwin.com

*Counsel for Gary Prus*

By: */s/ David M. Goldstein*
David M. Goldstein (phv20554)
FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 795-2050
Facsimile: (415) 520-5678
Email: dgoldstein@fbjgk.com
*Counsel for Thomas Edwards*