UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al.; on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; et al.,<br><br>      Defendants. | Case No.: 3:21-1657 (SVN) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby stipulate with each of Defendants Gary Prus, Thomas Edwards, Mahesh Patel, Steven Houghtaling, Robert Harvey, and Harpreet Wasan ("Stipulating Defendants") individually, and each of the Stipulating Defendants individually hereby stipulate with Plaintiffs, that the above-captioned action is voluntarily dismissed, without prejudice, against each of the respective Stipulating Defendants. Each party shall bear its own costs.

Dated: June 28, 2022

By: */s/ Robin A. van der Meulen*
Gregory S. Asciolla (phv02599)
Robin A. van der Meulen (phv09139)
Matthew J. Perez (phv06870)
Veronica Bosco (phv20356)
**DICELLO LEVITT GUTZLER LLC**
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Tel.: (646) 933-1000
Fax: (646) 494-9648
gasciolla@dicellolevitt.com
rvandermeulen@dicellolevitt.com
mperez@dicellolevitt.com
vbosco@dicellolevitt.com

By: */s/ Daniel L. Brockett*
Daniel L. Brockett (phv20450)
Manisha M. Sheth (phv01061)
Steig D. Olson (phv06391)
Thomas Lepri (phv20453)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
manishasheth@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Justin Reinheimer (phv20572)
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700
justinreinheimer@quinnemanuel.com

By: */s/ Erica O. Nolan*
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
**HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC**
147 North Broad Street
Milford, CT 06460
Tel.: (203) 877-8000
dslossberg@hssklaw.com
enolan@hssklaw.com

By: */s/ Joshua R. Goodbaum*
Joseph D. Garrison (ct04132)
Stephen J. Fitzgerald (ct22939)
Joshua R. Goodbaum (ct28834)
Amanda M. DeMatteis (ct29413)
**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
405 Orange Street
New Haven, CT 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgarrison@garrisonlaw.com
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com
adematteis@garrisonlaw.com

*Interim Co-Lead Counsel*
*for Proposed Class*

*/s/ Brian E. Spears*
Brian E. Spears (ct14240)
Leslie A. Cahill (ct31242)
**SPEARS MANNING & MARTINI LLC**
2425 Post Road, Suite 203
Southport, CT 06890
Tel: (203) 292-9766
Fax: (203) 292-9682
bspears@spearsmanning.com
lcahill@spearsmanning.com

*Counsel for Mahesh Patel*

*/s/ Paul McConnell*
Paul McConnell (ct29062)
**McCONNELL FAMILY LAW GROUP**
71 Elm Street, Suite 201
New Canaan, CT 06840
Tel: (203) 344-7007
Fax: (203) 344-7009
paul@mcconnellfamilylaw.com

*/s/ Guy Petrillo*
Guy Petrillo (ct19924)
**PETRILLO KLEIN & BOXER LLP**
655 Third Avenue
22nd Floor
New York, NY 10017
Tel: (212) 370-0331
gpetrillo@pkbllp.com

*Counsel for Robert Harvey*

*/s/ Patrick A. Klingman*
Patrick A. Klingman (ct17813)
**Klingman Law, LLC**
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Tel: (860) 256-6120
pak@klingmanlaw.com

*Counsel for Steven Houghtaling*

*/s/ David M. Goldstein*
David M. Goldstein (phv20554)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Tel: (415) 962-2875
dgoldstein@fbjgk.com

*Counsel for Thomas Edwards*

*/s/ Craig A. Raabe*
Craig A. Raabe (ct04116)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 513-2939
craabe@ikrlaw.com

*Counsel for Harpreet Wasan*

*/s/ John J. Robinson*
John J. Robinson (ct14802)
**Gordon Rees Scully Mansukhani, LLP**
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Tel: (860) 494-7505
jjrobinson@grsm.com

*Counsel for Gary Prus*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

    /s/ Erica O. Nolan
    Erica O. Nolan