UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br>**Oral Argument Requested**<br><br>July 8, 2022 |

## DEFENDANT RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Raytheon Technologies Corporation, Pratt & Whitney Division ("P&W"), by and through its undersigned counsel, respectfully moves the Court to dismiss the Consolidated Class Action Complaint filed by Plaintiffs (ECF No. 385). Considering P&W's arguments as set forth in P&W's accompanying Memorandum of Law in Support of its Motion to Dismiss, this Court should find that Plaintiffs fail to state a *per se* claim for relief and dismiss the Complaint with prejudice.

Dated:  July 8, 2022                     Respectfully submitted,

                                                By: */s/ Chahira Solh*
                                                Chahira Solh (phv20470)
                                                CROWELL & MORING LLP
                                                3 Park Plaza, 20th Floor
                                                Irvine, CA 92614
                                                Telephone:  (949) 263-8400
                                                Facsimile:   (949) 263-8414
                                                Email:  CSolh@crowell.com

**ORAL ARGUMENT REQUESTED**

Kent Gardiner (phv ct15260)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: KGardiner@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-0665
Facsimile: (860) 881-2517
Email: jcerreta@daypitney.com

*Counsel for Raytheon Technologies Corporation, Pratt & Whitney Division*

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on July 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                                  */s/ Chahira Solh*
                                                                  Chahira Solh (phv20470)