UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br>July 8, 2022 |

**DECLARATION OF CHAHIRA SOLH IN SUPPORT OF DEFENDANT RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION'S MOTION TO DISMISS**

1

I, Chahira Solh, hereby declare under penalty of perjury as follows:

1.     I am a partner at the law firm of Crowell & Moring LLP and represent Raytheon Technologies Corporation, Pratt &Whitney Division ("P&W") in the above-captioned litigation.

2.     I submit this declaration in support of P&W's Motion to Dismiss filed concurrently herewith to provide the Court with true and correct copies and excerpts from various documents incorporated by reference in Plaintiffs' Consolidated Class Action Complaint, ECF No. 385 (hereinafter, "Compl.") and referenced in P&W's Motion to Dismiss.

3.     Attached as **Exhibit A** to this Declaration is a true and correct copy of the Indictment filed in *United States v. Patel*, No. 3:21-cr-00220-VAB (ECF No. 20) (D. Conn. Dec. 15, 2021), referenced throughout Plaintiffs' Complaint. *See, e.g.*, Compl. ¶¶ 10, 12.

4.     Attached as **Exhibit B** to this Declaration is a true and correct copy of the Affidavit in Support of Criminal Complaint and Arrest Warrant filed in *United States v. Patel*, 3:21-cr-00220-VAB (ECF No. 15) (D. Conn. Dec. 9, 2021), referenced throughout Plaintiffs' Complaint.  *See, e.g.*, Compl. ¶¶ 9, 16.

5.     Attached as **Exhibit C** to this Declaration is a true and correct copy of excerpts from PricewaterhouseCoopers, *Global Aerospace and Defense: Annual Industry Performance and Outlook* (2021), referenced in Plaintiffs' Complaint at ¶ 44 n.3.  A copy of the full report is available at https://www.pwc.com/us/en/industrial-products/publications/assets/pwc-aerospace-defense-annual-industry-performance-outlook-2021.pdf.

6.     Attached as **Exhibit D** to this Declaration is a true and correct copy of excerpts from United Technologies, *Annual Report 2019* (2019), referenced in Plaintiffs' Complaint at ¶ 49 n.9.  A copy of the full Annual Report is available at https://investors.rtx.com/static-files/5612ce4a-a018-4f37-adc6-a154069a68f3.

7. Attached as **Exhibit E** to this Declaration is a true and correct copy of Statista, *Market share of the leading commercial aircraft manufacturers worldwide in 2020* (Aug. 5, 2021), referenced in Plaintiffs' Complaint at ¶ 164 n.26. A copy of the one-page report is available through a paid subscription at https://www.statista.com/statistics/1099835/global-aircraft-engine-manufacturer-market-share.

I, Chahira Solh, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 8, 2022, at Los Angeles, California.

                                                      Respectfully submitted,

                                                      By: */s/ Chahira Solh*
                                                      Chahira Solh (phv20470)
                                                      CROWELL & MORING LLP
                                                      3 Park Plaza, 20th Floor
                                                      Irvine, CA  92614
                                                      Telephone:  (949) 263-8400
                                                      Facsimile:   (949) 263-8414
                                                      CSolh@crowell.com

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                      */s/ Chahira Solh*
                                                      Chahira Solh (phv20470)