# EXHIBIT D



Annual Report 2019





# Pratt & Whitney

**Pratt & Whitney is a world leader in the design, manufacture and service of aircraft engines and auxiliary power systems.**

## 42,200
**Employees**

## $20.9B
**Net sales**

## $1.8B
**Adjusted operating profit***

*\* See page 81 for additional information regarding non-GAAP financial measures.*

**The demand to fly safer, farther and cleaner — all more cost effectively — is at an all-time high. Along with expectations for engine performance and service, demand also is growing for the next great breakthrough. We say yes to this challenge. We say yes to the innovation it requires. And we say yes to turning possibilities into realities for our customers. Our mission is to innovate and invent — for today and for the future. We believe flight is an engine for human progress. It connects people, grows economies and helps defend freedom. We have been transforming flight for nearly a century. And we continue to do so.**

Pratt & Whitney continues to set the industry standard for performance. Its GTF (geared turbofan) engine is the quietest, cleanest and most fuel-efficient engine in its class. Demand for the GTF engine is strong with more than 10,000 firm and option orders at the end of 2019. Approximately 1,400 GTF engines are in service across six continents. During the year 14 airlines took their first GTF-powered aircraft, including Wizz Air, Cebu Pacific and JetSMART. Current customers, such as GoAir and JetBlue, announced additional GTF orders. GTF engines have saved operators more than $550 million in fuel and more than 2.5 million metric tons of carbon emissions since the engine's entry into service. The GTF engine's revolutionary geared turbofan architecture allows for further evolution and performance enhancements.

As demand grows for the GTF engine, Pratt & Whitney is expanding its global network of maintenance, repair and overhaul facilities. At the end of the year, more than 40 repair and overhaul facilities around the globe had joined the GTF network.

Another engine drawing attention is the Pratt & Whitney PW800, designed for long-range business travel. It exceeds industry standards in all areas, including performance, cabin comfort, fuel efficiency and reliability. It is the quietest in its class and delivers a fuel efficiency improvement of more than 10% compared to similar engines. During the year Pratt & Whitney was recognized by Aviation Week Network for its innovation around the PW800 engine.

Pratt & Whitney powers a wide range of military aircraft. In 2019 it was awarded a

$5.7 billion contract by the U.S. Department of Defense to fund more than 330 F135 engines for the U.S. armed services and international customers. It is the largest F135 production contract in program history. The F135 engine, the most advanced fighter engine ever produced, powers all three variants of the 5th Generation F-35 Lightning II.

With a diverse range of aviation propulsion systems and leadership positions in each segment of its businesses, Pratt & Whitney once again proved that innovation is in its DNA. During the year it introduced the PT6 E-Series engine, which raises the bar in engine performance, control systems, data intelligence and service solutions for general aviation.



- The F-35 Lightning II is the most advanced fighter jet in the world, and it is powered by Pratt & Whitney's F135 engine. During the year the U.S. Department of Defense awarded Pratt & Whitney a $5.7 billion contract to fund more than 330 engines for its F-35 jets. It is the largest production contract in the program's history.

- The GTF engine's revolutionary geared turbofan technology is transforming aviation and setting environmental standards. With 16% better fuel efficiency, the GTF engine has significantly lower nitrogen oxide emissions and a 75% smaller noise footprint.

- The No. 1 engine in general aviation is now even better. The new PT6 E-Series engine uses advanced technology to improve engine performance, control systems, data intelligence and service solutions. It was selected by Pilatus Aircraft, a Swiss manufacturer, to power its new PC-12 NGX aircraft.



| (DOLLARS IN MILLIONS) | 2019 | 2018 | 2017 | Total Increase (Decrease) Year-Over-Year for: | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 2019 Compared with 2018 | | 2018 Compared with 2017 | |
| Net Sales | $ 18,608 | $ 18,922 | $ 17,812 | $ (314) | (2)% | $ 1,110 | 6% |
| Cost of Sales | 13,180 | 13,337 | 12,630 | (157) | (1)% | 707 | 6% |
| | 5,428 | 5,585 | 5,182 | | | | |
| Operating Expenses and Other | 2,731 | 1,808 | 2,017 | | | | |
| Operating Profits | $ 2,697 | $ 3,777 | $ 3,165 | $ (1,080) | (29)% | $ 612 | 19% |

| | Factors Contributing to Total % Increase (Decrease) Year-Over-Year in: | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | | 2018 | | |
| | Net Sales | Cost of Sales | Operating Profits | Net Sales | Cost of Sales | Operating Profits |
| Organic / Operational | 1 % | 2 % | (2)% | 6 % | 6 % | 6 % |
| Foreign currency translation | (2)% | (2)% | (1)% | 1 % | 1 % | — |
| Acquisitions and divestitures, net | (1)% | (1)% | (1)% | (1)% | (1)% | (1)% |
| Restructuring costs | — | — | (1)% | — | — | 1 % |
| Other | — | — | (24)% | — | — | 13 % |
| Total % change | (2)% | (1)% | (29)% | 6 % | 6 % | 19 % |

*2019 Compared with 2018*

The organic sales increase of 1% was primarily driven by growth in commercial and residential HVAC (1%, combined). Sales in global fire & security and global refrigeration were consistent with the prior year.

Operational profit decreased 2% in comparison to the prior year as the favorable impact of pricing and productivity net of unfavorable commodities and tariffs (4%, combined) were more than offset by lower volume and unfavorable mix (3%), the absence of a favorable prior year contract adjustment related to a large commercial project (1%), and the unfavorable year-over-year impact resulting from the revaluation of certain long-term liabilities (1%).

The 24% decrease in Other primarily reflects the absence of the prior year gain on the sale of Taylor Company (21%) and a current-year impairment of an investment (3%).

*2018 Compared with 2017*

The organic sales increase of 6% was driven primarily by growth in North America residential HVAC (2%), global commercial HVAC (2%), and global refrigeration (2%).

The operational profit increase of 6% was driven by:

- profit contribution from the higher sales volumes noted above, net of mix (6%)
- the year-over-year impact of contract adjustments related to a large commercial project (3%)
- favorable pricing, net of commodities (2%)

These increases were partially offset by:

- higher logistics costs (3%)
- higher research and development costs (1%)

The 13% increase in Other primarily reflects the year-over-year impact of gains on sale of businesses and investments (11%), primarily driven by the sale of Taylor Company in 2018 (25%), partially offset by the absence of the prior year sale of investments in Watsco, Inc. (12%). The remaining increase in Other is largely driven by the year-over-year impact of a prior year product recall program (2%).

## Aerospace Businesses

The financial performance of Pratt & Whitney and Collins Aerospace Systems is directly tied to the economic conditions of the commercial aerospace and defense aerospace industries. In particular, Pratt & Whitney experiences intense competition for new commercial airframe/engine combinations. Engine suppliers may offer substantial discounts and other financial incentives, performance and operating cost guarantees, and participate in financing arrangements in an effort to compete for the aftermarket associated with these engine sales. These OEM engine sales may result in losses on the engine sales, which economically are recovered through the sales and profits generated over the engine's maintenance cycle. At times, the aerospace businesses also enter into development programs and firm fixed-price development contracts, which may require the company to bear cost overruns related to unforeseen technical and design challenges that arise during the development stage of the program. Customer selections of engines and components can also have a significant impact on later sales of parts and service. Predicted traffic levels, load factors, worldwide airline profits, general economic activity and global defense spending have been reliable indicators for new aircraft and aftermarket orders within the aerospace industry. Spare part sales and aftermarket service trends are affected by many factors, including usage, technological improvements, pricing, regulatory changes and the retirement of older aircraft. Our commercial aftermarket businesses continue to evolve as an increasing proportion of our aerospace businesses' customers are covered under long-term aftermarket service agreements. These agreements are comprehensive long-term spare part and service agreements with our customers. We expect a continued shift to long-term aftermarket service agreements in lieu of transactional spare part sales as new aerospace products enter our customers' fleets under long-term aftermarket service agreements and legacy fleets are retired. In 2019, as compared with 2018, total commercial aerospace aftermarket sales increased 2% at Pratt & Whitney and 63% at Collins Aerospace Systems, or 14% excluding the impact of the Rockwell Acquisition.

Our long-term aerospace contracts are subject to strict safety and performance regulations which can affect our ability to estimate costs precisely. Contract cost estimation for the development of complex