# EXHIBIT E

# Market share of the leading commercial aircraft engine manufacturers worldwide in 2020



- Rolls-Royce 12%
- General Electric Aviation 14%
- CFM International 39%
- Pratt & Whitney 35%

Sources
Flightglobal; Cirium; Flight Airline Business
© Statista 2022

Additional Information:
Worldwide; Flightglobal; Cirium; 2020