# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORP., *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br>Class Action<br><br><br>July 8, 2022 |

### OUTSOURCING DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and D. Conn. L. Civ. R. 7(a) Defendants Belcan Engineering Group, LLC, Cyient, Inc., Parametric Solutions, Inc., and QuEST Global Services-NA, Inc. (the "Outsourcing Defendants"), by and through their respective undersigned counsel, respectfully move to dismiss the single cause of action asserted in Plaintiffs' May 9, 2022 Consolidated Class Action Complaint on the grounds that it fails to state a claim upon which relief can be granted. The bases for the Outsourcing Defendants' Motion to Dismiss are set forth in their accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**

Dated: July 8, 2022

Respectfully submitted,

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch (phv20474)
Bridget S. McCabe (phv20469)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: blukitsch@bakerlaw.com
       bmccabe@bakerlaw.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 652-8701
Email: rfriedman@sheppardmullin.com

Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
Email: lcaseria@sheppardmullin.com

*Counsel for Cyient, Inc.*

By: */s/ Patrick M. Fahey*
Patrick M. Fahey (ct13862)
Elizabeth H. Buchanan (ct31230)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone:  (860) 251-5000
Facsimile:   (860) 251-5219
Email: pfahey@goodwin.com
            ebuchanan@goodwin.com

*Counsel for Parametric Solutions, Inc.*

By: */s/ Stephen J. Kastenberg*
Stephen J. Kastenberg (phv20536)
Jason Allen Leckerman (phv20484)
Marcel S. Pratt (phv20495)
Elizabeth Weissert (phv20494)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:  (215) 665-8500
Facsimile:   (215) 864-8999
Email:  kastenberg@ballardspahr.com
            leckermanj@ballardspahr.com
            prattm@ballardspahr.com
            weisserte@ballardspahr.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:   (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*