UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TARAH-KYE BOROZNY, et al.; on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION; et al.,**<br><br>**Defendants.** | Case No.: 3:21-cv-01657 (SVN)<br><br><br><br>July 15 , 2022 |

### MOTION FOR ADMISSION OF DANIEL F. LOUD *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.1(d) of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* of Daniel F. Loud, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, on behalf of the Plaintiffs in the above-captioned case.  Attorney Daniel Loud's telephone number is (212) 849-7667.  His facsimile number is (212) 849-7100.  His e-mail address is danielloud@quinnemanuel.com.

Attorney Daniel Loud is a member in good standing of the state bar of the State of New York, Bar number 5928577.

Attorney Daniel Loud has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

Attorney Daniel Loud has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

Accompanying this motion is an affidavit of Attorney Daniel Loud stating that he has never been denied admission or disciplined in accordance with these Local Rules nor has he been denied admission or disciplined by any other court.

Attorney Daniel Loud is fully conversant with the facts presented by this case and will be fully prepared to represent Plaintiffs in all proceedings before this Court.

Pursuant to Local Rule 83.1(c), Attorney Joshua R. Goodbaum (Federal Bar No. 28834) who is a member of the bar of this Court, is designated as local counsel for service of papers.

For the foregoing reasons, it is respectfully requested that Attorney Daniel Loud be admitted to the bar of this Court *pro hac vice* and be permitted to appear on behalf of Plaintiffs for all purposes.

The fee of $200 payable to the Clerk of the District Court accompanies this Motion.

DATED: New Haven, Connecticut
July 15, 2022

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **DICELLO LEVITT GUTZLER LLC** |
|---|---|
| _/s/ Daniel L. Brockett_ | _/s/ Gregory S. Asciolla_ |
| Daniel L. Brockett (phv20450) | Gregory S. Asciolla (phv02599) |
| Manisha M. Sheth (phv01061) | Robin A. van der Meulen (phv09139) |
| Steig D. Olson (phv06391) | Matthew J. Perez (phv06870) |
| Thomas Lepri (phv20453) | Veronica Bosco (phv20356) |
| 51 Madison Avenue, 22nd Floor | One Grand Central Place |
| New York, New York 10010 | 60 East 42nd Street, Suite 2400 |
| Telephone: (212) 849-7000 | New York, New York 10165 |
| danbrockett@quinnemanuel.com | Telephone: (646) 933-1000 |
| manishasheth@quinnemanuel.com | gasciolla@dicellolevitt.com |
| steigolson@quinnemanuel.com | rvandermeulen@dicellolevitt.com |
| thomaslepri@quinnemanuel.com | mperez@dicellolevitt.com |
| | vbosco@dicellolevitt.com |

Justin Reinheimer (phv20572)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
justinreinheimer@quinnemanuel.com

*Interim Co-Lead Counsel*

| **GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.** | **HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC** |
|---|---|
| Joseph D. Garrison (ct04132) | David A. Slossberg (ct13116) |
| Stephen J. Fitzgerald (ct22939) | Erica Oates Nolan (ct31097) |
| Joshua R. Goodbaum (ct28834) | 147 North Broad Street |
| Amanda M. DeMatteis (ct29413) | Milford, Connecticut 06460 |
| 405 Orange Street | Telephone: (203) 877-8000 |
| New Haven, Connecticut 06511 | DSlossberg@hssklaw.com |
| Telephone: (203) 777-4425 | ENolan@hssklaw.com |
| jgarrison@garrisonlaw.com | |
| sfitzgerald@garrisonlaw.com | |
| jgoodbaum@garrisonlaw.com | |
| adematteis@garrisonlaw.com | |

*Local Connecticut Counsel*

## CERTIFICATION

I HEREBY CERTIFY that on this 15th day of July, 2022, a copy of the foregoing Motion For Admission of Daniel F. Loud Pro Hac Vice was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ *Joshua R. Goodbaum*
Joshua R. Goodbaum