IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARAH KEY BOROZNY, et al.,, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, et al. | : : : | Case No.: 3:21-cv-01657 (SVN) |
| | : | July 19, 2022 |
| Defendants | : : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Div. R. 7(e), the undersigned counsel respectfully requests to remove his name from the docket and withdraw his appearance in this case for plaintiffs Stephen Dowe, Mary Herblet, John Lee and Sam Giaquinto, whose claims have been dismissed without prejudice.  Stephen Dowe, Mary Herblet, John Lee and Sam Giaquinto were plaintiffs in the action *Granata v. Pratt & Whitney, et al.,* 3:21-cv-01657-SVN (D. Conn.) consolidated with the above-captioned litigation.  They provided and filed notice with the Court that they voluntarily dismissed their claims, without prejudice, and without costs, on April 27, 2022 (Dowe, ECF No. 376) and on April 4, 2022 (Herblet, Lee and Giaquinto, ECF 381).  The court dismissed Plaintiff Dowe's action on May 3, 2022.  (ECF No. 380).  The Court dismissed Plaintiffs Herblet, Lee, and Giaquinto's action on May 5, 2022 (ECF No. 382).  The undersigned thus respectfully requests that the Court remove his name from the docket and withdraw his appearance in this matter.

Dated: July 19, 2022

Respectfully submitted,

*/s/ Richard E. Hayber*
Richard E. Hayber
Hayber, McKenna & Dinsmore, LLC
750 Main Street, Suite 904
Hartford, CT 06103
Tel: (860) 522-8888
rhayber@hayberlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I electronically filed the foregoing Motion to Withdraw Appearance with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record in this action.

*/s/ Richard E. Hayber*
Richard E. Hayber