## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al*,<br><br>        Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br><br><br><br><br><br><br>July 26, 2022 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), John W. Cerreta, a member in good standing of the bar of this Court, moves for an order permitting Sima Namiri-Kalantari, a non-resident attorney, to be admitted *pro hac vice* to represent defendant Raytheon Technologies Corporation, Pratt & Whitney Division in these consolidated cases. *See* ECF Nos. 44 & 52 (consolidation order and notice of consolidation).

In support of this motion, the undersigned sponsoring attorney represents as follows:

1. Attorney Namiri-Kalantari is an attorney with the law firm of Crowell & Moring LLP, and practices at its office at 515 South Flower St., 40th Floor, Los Angeles, California 90071.

2. Accompanying this motion is the duly sworn and executed declaration of Attorney Namiri-Kalantari setting forth all information required by subsection (d)(1) of Local Rule 83.1.

3. The granting of this motion will not affect the timing of any scheduled deadlines or hearings.

4. Payment to the Clerk of this Court of the Two Hundred Dollar ($200.00) fee required for Attorney Namiri-Kalantari's admission as a Visiting Attorney accompanies this Motion, in accordance with the requirements of Local Rule 83.1(d)(2).

5. Pursuant to Local Rule 83.1(d)(4), Attorney Namiri-Kalantari is promptly filing a certificate of good standing from the bar of California, the jurisdiction in which she has her primary office, with the Clerk of this Court.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that Attorney Namiri-Kalantari be admitted to this Court as a Visiting Attorney for the purposes of representing defendant Raytheon Technologies Corporation.

Respectfully submitted,

**DEFENDANT RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION**

By:  /s/ *John W. Cerreta*
John W. Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT  06103
Tel.: (860) 275 0665
jcerreta@daypitney.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ John W. Cerreta*
      John W. Cerreta