UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al., | ) Lead Case No. 21-cv-1657 SVN |
| Plaintiff, | ) CLASS ACTION |
| vs. | ) MOTION TO WITHDRAW APPEARANCE OF DAVID W. MITCHELL |
| RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, et al., | ) |
| Defendants. | ) |

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, undersigned counsel, David W. Mitchell, respectfully seeks leave of the Court to withdraw his appearance on behalf of the Plaintiff in the following action: Justin Tussey, Plaintiff in action *Tussey v. Pratt & Whitney Division, et al.*, No. 3:22-cv-00186 (D. Conn.), consolidated with the above-captioned litigation. Plaintiff filed with the Court a notice of voluntary dismissal of his claims and without prejudice on April 29, 2022 (ECF 377).

DATED: July 27, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (*pro hac vice*)
BRIAN O. O'MARA (*pro hac vice*)
STEVEN M. JODLOWSKI (*pro hac vice*)
LONNIE A. BROWNE

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com
lbrowne@rgrdlaw.com

Attorneys for Plaintiff
*Justin Tussey v. Pratt & Whitney Division, et al.*,
No. 3:22-cv-00186

DISERIO MARTIN O'CONNOR
  & CASTIGLIONI LLP
JONATHAN P. WHITCOMB (CT 15014)
CHRISTINA VOLPE (CT 30647)
1010 Washington Boulevard, Suite 800
Stamford, CT  06901
Telephone:  203/358-0800
203/348-2321 (fax)
jwhitcomb@dmoc.com
cvolpe@dmoc.com

Liaison Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 27, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

4893-7127-6844.v1

# Mailing Information for a Case 3:21-cv-01657-SVN Borozny et al. v. Raytheon Technologies Corporation, Pratt & Whitney Division, et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory S. Asciolla**
  gasciolla@dicellolevitt.com,8567571420@filings.docketbird.com,asaldana@dicellolevitt.com

- **Anjalee Meren Behti**
  abehti@zelle.com

- **Neyah K. Bennett**
  nkb@aetonlaw.com,alex@aetonlaw.com

- **Steve Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Matthew Robert Berry**
  mberry@susmangodfrey.com,tdenio@susmangodfrey.com,ecf-4549ced4487b@ecf.pacerpro.com,ecf-2ba4109c3009@ecf.pacerpro.com

- **Steven Bloch**
  sbloch@sgtlaw.com

- **William M. Bloss**
  bbloss@koskoff.com,schrzanowski@koskoff.com,arios@koskoff.com

- **Veronica Bosco**
  vbosco@dicellolevitt.com,3440434420@filings.docketbird.com,asaldana@dicellolevitt.com

- **Daniel L Brockett**
  danbrockett@quinnemanuel.com

- **Elizabeth H. Buchanan**
  ebuchanan@goodwin.com,nmccarthy@goodwin.com

- **Evan Klingensmith Buchberger**
  evan@aetonlaw.com,allison@aetonlaw.com,alex@aetonlaw.com

- **Leslie A. Cahill**
  lcahill@spearsmanning.com

- **Leo Caseria**
  lcaseria@sheppardmullin.com,3487903420@filings.docketbird.com,jharper@sheppardmullin.com,jcampos@sheppardmullin.com

- **John W Cerreta**
  jcerreta@daypitney.com,sflint@daypitney.com

- **Erin Green Comite**
  ecomite@scott-scott.com,scott-scott@ecf.courtdrive.com,kjager@scott-scott.com

- **Jeffrey J. Corrigan**
  jcorrigan@srkattorneys.com

- **Thomas V. Daily**
  tdaily@reidandriege.com,umongrain@reidandriege.com,Docket@rrlawpc.com

- **Amanda Maria DeMatteis**
  adematteis@garrisonlaw.com,hserafin@garrisonlaw.com,ldematteis@garrisonlaw.com,cmcguire@garrisonlaw.com,dfrench@garrisonlaw.com

- **Garrett A. Denniston**
  gdenniston@ltke.com

- **Gerard A Dever**
  gdever@finekaplan.com,akatzman@finekaplan.com

- **Marc Edelson**
  medelson@edelson-law.com

- **Candice J. Enders**
  cenders@bm.net,sleo@bm.net,emagnus@bm.net

- **Patrick M. Fahey**
  pfahey@goodwin.com,lsurdam@goodwin.com,kheidel@goodwin.com

- **Mitchell L. Fishberg**
  mfishberg@grsm.com,ckoczi@grsm.com,kmorrin@grsm.com

- **Stephen J. Fitzgerald**
  sfitzgerald@garrisonlaw.com,hserafin@garrisonlaw.com,ldematteis@garrisonlaw.com,cmcguire@garrisonlaw.com,dfrench@garrisonlaw.com

- **Robert S. Friedman**
  rfriedman@sheppardmullin.com,ny-docketing@sheppardmullin.com,6126598420@filings.docketbird.com

- **Robert M. Frost , Jr**
  rmf@frostbussert.com

- **Joseph D. Garrison**
  jgarrison@garrisonlaw.com,hserafin@garrisonlaw.com,ldematteis@garrisonlaw.com,dfrench@garrisonlaw.com

- **David M. Goldstein**
  dgoldstein@fbjgk.com,jsmith@fbjgk.com,ltavares@fbjgk.com

- **David S. Golub**
  dgolub@sgtlaw.com,mjackson@sgtlaw.com,ngioielli@sgtlaw.com

- **Joshua R. Goodbaum**
  jgoodbaum@garrisonlaw.com,hserafin@garrisonlaw.com,ldematteis@garrisonlaw.com,dfrench@garrisonlaw.com

- **Ian M. Gore**
  igore@susmangodfrey.com

- **Joshua H. Grabar**
  jgrabar@grabarlaw.com

- **Cody Nolan Guarnieri**
  cguarnieri@bpslawyers.com,sbanks@bpslawyers.com

- **William E. Hoese**
  whoese@kohnswift.com,joanb@kohnswift.com

- **Brian M Hogan**
  bhogan@fklmlaw.com

- **Jonathan Marc Jagher**
  jjagher@fklmlaw.com

- **Mathew P. Jasinski**
  mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **Steve Michael Jodlowski**
  sjodlowski@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Brent W. Johnson**
  bjohnson@cohenmilstein.com

- **Kimberly A. Justice**
  kjustice@fklmlaw.com

- **Stephen J Kastenberg**
  kastenberg@ballardspahr.com

- **Jessica D Khan**
  jkhan@finekaplan.com,akatzman@finekaplan.com

- **Gary M. Klinger**
  gklinger@milberg.com,dlietz@milberg.com,smartin@milberg.com,gklinger@ecf.courtdrive.com

- **Patrick A. Klingman**
  pak@klingmanlaw.com

- **Daniel J. Krisch**
  krisch@halloransage.com,hetzler@halloransage.com

- **Jason Allen Leckerman**
  leckermanj@ballardspahr.com

- **Connor Lemire**
  cpl@mccunewright.com

- **Thomas Lepri**
  thomaslepri@quinnemanuel.com

- **Kellie Lerner**
  klerner@robinskaplan.com,Drochelson@robinskaplan.com,eknight@robinskaplan.com

- **Emmy L Levens**
  elevens@cohenmilstein.com

- **Jonathan M. Levine**
  jlevine@sgtlaw.com,ngioielli@sgtlaw.com

- **Roberta D Liebenberg**
  rliebenberg@finekaplan.com,akatzman@finekaplan.com

- **Daniel Frederick Loud**
  danielloud@quinnemanuel.com

- **Bethany Lukitsch**
  blukitsch@bakerlaw.com,aglorioso@bakerlaw.com,kahmadian@bakerlaw.com

- **Patrick Madden**
  pmadden@bm.net

- **Abraham Adam Maggard**
  amaggard@saverilawfirm.com

- **Bridget Springer McCabe**
  bmccabe@bakerlaw.com,aglorioso@bakerlaw.com,tpetre@bakerlaw.com

- **Paul H. McConnell**
  paul@mcconnellfamilylaw.com,office@mcconnellfamilylaw.com,heidi@mcconnellfamilylaw.com

- **Richard D. McCune**
  rdm@mccunewright.com

- **Christopher Micheletti**
  cmicheletti@zelle.com,mbabione@zelle.com

- **Douglas A. Millen**
  doug@fklmlaw.com

- **David Mitchell**
  davidm@rgrdlaw.com,SLandry@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **James M. Moriarty**
  jmoriarty@zeislaw.com,tmiller@zeislaw.com

- **James Mutchnik**
  jmutchnik@kirkland.com,hayle.gosnell@kirkland.com

- **Bruce E. Newman**
  bnewman@bpslawyers.com,mmorann@bpslawyers.com

- **Erica Oates Nolan**
  enolan@hssklaw.com,tmontalto@hssklaw.com

- **Linda P. Nussbaum**
  lnussbaum@nussbaumpc.com,sschwaiger@nussbaumpc.com,rwang@nussbaumpc.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com,CKopko@rgrdlaw.com,DWatts@rgrdlaw.com

- **Steig David Olson**
  steigolson@quinnemanuel.com

- **Krysta Kauble Pachman**
  kpachman@susmangodfrey.com

- **Michael Antonio Parente**
  mparente@nexsenpruet.com

- **Matthew Perez**
  mperez@dicellolevitt.com,2533154420@filings.docketbird.com,asaldana@dicellolevitt.com

- **Leigh Perica**
  lmp@mccunewright.com

- **Guy Petrillo**
  gpetrillo@pkbllp.com

- **Marcel S. Pratt**
  prattm@ballardspahr.com

- **Craig A. Raabe**
  craabe@ikrlaw.com,ecf@ikrlaw.com

- **Heather T. Rankie**
  hrankie@zelle.com

- **Kelcie Burns Reid**
  kreid@grsm.com,tbernier@grsm.com,svallieres@grsm.com

- **Justin T. Reinheimer**
  justinreinheimer@quinnemanuel.com

- **William V Reiss**
  wreiss@robinskaplan.com,mmarte@robinskaplan.com

- **John J. Robinson**
  jjrobinson@grsm.com

- **David Rochelson**
  drochelson@robinskaplan.com

- **Joseph R Saveri**
  jsaveri@saverilawfirm.com,swilliams@saverilawfirm.com

- **Shana Scarlett**
  shanas@hbsslaw.com,SFA_Filings@hbsslaw.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,hdanielson@susmangodfrey.com

- **Jonathan M. Shapiro**
  jms@aetonlaw.com,allison@aetonlaw.com,slc@aetonlaw.com,alex@aetonlaw.com

- **James T. Shearin**
  jtshearin@pullcom.com,lbaranyar@pullcom.com,dsantiago@pullcom.com,pll@pullcom.com

- **Manisha M. Sheth**
  manishasheth@quinnemanuel.com

- **Benjamin Siegel**
  bens@hbsslaw.com

- **Steven G. Sklaver**
  ssklaver@susmangodfrey.com,jerod-williams-0433@ecf-pacerpro.com

- **Ian Wise Sloss**
  isloss@sgtlaw.com,ngioielli@sgtlaw.com

- **David A. Slossberg**
  dslossberg@hssklaw.com,GVillella@hssklaw.com,tmontalto@hssklaw.com

- **Daniel A. Small**
  dsmall@cohenmilstein.com

- **Chahira Solh**
  csolh@crowell.com,litigation-notices-7425@ecf.pacerpro.com,chahira-solh-5448@ecf.pacerpro.com

- **Brian E. Spears**
  bspears@spearsmanning.com,lcahill@spearsmanning.com,ladd-smith@spearsmanning.com,aschofield@spearsmanning.com

- **Jeffrey L. Spector**
  jspector@srkattorneys.com

- **Kalpana Srinivasan**
  ksrinivasan@susmangodfrey.com,gfisk@susmangodfrey.com

- **Caelyn Stephens**
  cstephens@pkbllp.com

- **Catie Ventura**
  catie.ventura@kirkland.com,hayle.gosnell@kirkland.com

- **Daniel J Walker**
  dwalker@bm.net

- **Michaela Wallin**
  mwallin@bm.net

- **Elizabeth Weissert**
  weisserte@ballardspahr.com

- **Travis C Wheeler**
  twheeler@nexsenpruet.com

- **Marguerite S. Willis**
  mwillis@nexsenpruet.com

- **Robert Wozniak , Jr**
  rwozniak@fklmlaw.com

- **Christopher Young**
  cyoung@saverilawfirm.com,amaggard@saverilawfirm.com,jsaveri@saverilawfirm.com,jday@saverilawfirm.com,rponce@saverilawfirm.com,areddy@saverilawfirm.

- **Diana Zinser**
  dzinser@srkattorneys.com

- **Robin A. van der Meulen**
  rvandermeulen@dicellolevitt.com,5909633420@filings.docketbird.com,asaldana@dicellolevitt.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steven              N. Williams
Joseph Saveri Law Firm
601 California Street
Suite 1000
San Francisco, CA 94104
```