UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated, | : : : |
| Plaintiffs, | : : |
| v. | : Case No.: 3:21CV01657 (SVN) |
| | : |
| RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*, | : August 12, 2022 : : : |
| Defendants. | : : |

## MOTION TO ADMIT VISITING ATTORNEY SEAN A. MCCLELLAND

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure, Shawn R. Fox, a member of the bar of this Court, and appearing as counsel in the above-entitled matter for *Amicus Curiae* American Staffing Association ("ASA"), respectfully moves this Court for an order admitting Sean A. McClelland, a visiting attorney, to the United States District Court for the District of Connecticut for purposes of the above-captioned criminal action. Attorney McClelland's supporting declaration as required by Local Rule 83.1(d) is attached as Exhibit 1 hereto.

Counsel further submits that good cause exists to forego the local office requirement for ASA's visiting attorneys under Local Rule 83.1(c)(1) (noting that the local office requirement for visiting attorneys can be excused for "good cause shown").[1] Absent direction from the Court otherwise, counsel for ASA does not anticipate substantial involvement in further proceedings in

---

[1] Counsel for ASA Shawn Fox is admitted to the bar for the District of Connecticut and so is not subject to the local office requirement. *See* Local Rule 83.1(c).

this matter—at present, ASA intends solely to file the proposed *amicus* brief. Accordingly, the undersigned submits that, given ASA's status as an *amicus* and its limited anticipated involvement in the matter, the interests of judicial economy make a local office for ASA's visiting attorneys unnecessary here.

Pursuant to Local Rule 83.1(d), a $200.00 filing fee accompanies this motion.

WHEREFORE, the undersigned respectfully moves that Sean A. McClelland be admitted as a visiting lawyer in this action.

> AMERICAN STAFFING ASSOCIATION,
> *Amicus Curiae*
>
> By: */s/ Shawn R. Fox*
> Shawn R. Fox
> McGuireWoods LLP
> 1251 Avenue of the Americas, 20th Floor
> New York, NY 10020-1104
> Tel. No.: (212) 548-2165
> Fax No.: (212) 548-2150
> E-mail: sfox@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, a copy of the foregoing Motion to Admit Visiting Attorney Sean A. McClelland was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> */s/ Shawn R. Fox*
> Shawn R. Fox

163158264_1