UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated, | : : : |
| Plaintiffs, | : : |
| v. | :   Case No.: 3:21CV01657 (SVN) |
| RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*, | : : : : : |
| Defendants. | : : |

## MOTION TO ADMIT VISITING ATTORNEY ANGELO M. RUSSO

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure, Shawn R. Fox, a member of the bar of this Court, and appearing as counsel in the above-entitled matter for *Amicus Curiae* American Staffing Association ("ASA"), respectfully moves this Court for an order admitting Angelo M. Russo, a visiting attorney, to the United States District Court for the District of Connecticut for purposes of the above-captioned criminal action. Attorney Russo's supporting declaration as required by Local Rule 83.1(d) is attached as Exhibit 1 hereto.

Counsel further submits that good cause exists to forego the local office requirement for ASA's visiting attorneys under Local Rule 83.1(c)(1) (noting that the local office requirement for visiting attorneys can be excused for "good cause shown").[1] Absent direction from the Court otherwise, counsel for ASA does not anticipate substantial involvement in further proceedings in this matter—at present, ASA intends solely to file the proposed *amicus* brief. Accordingly, the

---

[1] Counsel for ASA Shawn Fox is admitted to the bar for the District of Connecticut and so is not subject to the local office requirement. *See* Local Rule 83.1(c).

undersigned submits that, given ASA's status as an *amicus* and its limited anticipated involvement in the matter, the interests of judicial economy make a local office for ASA's visiting attorneys unnecessary here.

Pursuant to Local Rule 83.1(d), a $200.00 filing fee accompanies this motion.

WHEREFORE, the undersigned respectfully moves that Angelo M. Russo be admitted as a visiting lawyer in this action.

AMERICAN STAFFING ASSOCIATION,
*Amicus Curiae*

By: */s/ Shawn R. Fox*
Shawn R. Fox
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Tel. No.: (212) 548-2165
Fax No.: (212) 548-2150
E-mail: sfox@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, a copy of the foregoing Motion to Admit Visiting Attorney Angelo M. Russo was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Shawn R. Fox*
Shawn R. Fox

163158266_1