UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN BALICOCO, M. TOREY MERCURIO, JOHN SOCKWELL, JEFFREY HOWE, and MICHAEL KWOK, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRATT & WHITNEY; QUEST GLOBAL SERVICES-NA, INC.; BELCAN, LLC; CYIENT, INC.; PARAMETRIC SOLUTIONS, INC. and AGILIS ENGINEERING, INC.,<br><br>Defendants. | No. 3:21-cv-01657-SVN<br>(Lead Consolidated File)<br><br>No.: 3:21-cv-01673-SVG |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D. Conn. L. Civ. R. 7(e), attorney Krysta Kauble Pachman of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, respectfully requests to withdraw her appearance as counsel of record for Plaintiffs Michael Kwok, M. Torey Mercurio, Jeffrey Howe; John Sockwell, and, John Balicoco. Plaintiffs' counsel requests that Ms. Pachman be removed from the case docket. All other counsel of record for plaintiffs will remain the same. The undersigned has provided Defendants with the actual notice of this motion.

DATED: November 4, 2022                    Respectfully Submitted,

                                                                             SUSMAN GODFREY L.L.P.

                                                                             By     /s/ *Krysta Kauble Pachman*

                                                                             Krysta Kauble Pachman*
                                                                             SUSMAN GODFREY LLP
                                                                             1900 Avenue of the Stars, Suite 1400
                                                                             Los Angeles, California 90067
                                                                             Telephone: (310) 789-3100
                                                                             Facsimile: (310) 789-3150
                                                                             kpachman@susmangodfrey.com

*Counsel was admitted *pro hac vice* in *Balicoco v. Pratt & Whitney*, No. 21-cv-01673, and per an order of the Court, are also counsel in the consolidated case, *Granata v. Pratt &* Whitney, No. 3:21-cv-01657, ECF No. 52.

***Proposed Co-lead Counsel for the Class and Plaintiffs John Balicoco, John Sockwell, M. Torey Mercurio, Jeffrey Howe and Michael Kwok***

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Dated at Los Angeles, California on this 4th day of November, 2022.

*/s/ Krysta Kauble Pachman*
Krysta Kauble Pachman