IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH-KYE BORONZY, et al.; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION; et al.,<br><br>Defendants. | Case No.  3:21-cv-01657 (SVN)<br><br><br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR DISCOVERY RESPONSES** |

      Defendant Agilis Engineering, Inc. ("**Agilis**"), by and through undersigned counsel, hereby moves pursuant to Local Civil Rule 7(b) for an extension of time to respond to codefendants' Requests for Production, served on October 14, 2022. The current deadline to respond is November 14, 2022. Codefendants have consented to a 30-day extension for good cause until December 14, 2022. This is the first extension sought by Agilis in this case.

      Agilis seeks this extension for multiple reasons, which have been discussed with codefendants. First, Marguerite Willis, Agilis' lead counsel in this case, is in the midst of moving her home and office following the death of her husband. In addition, one undersigned counsel, who has been leading discovery issues for Agilis, has been involved in a two-week federal trial in front of a three-judge panel and recently contracted COVID-19.

      Agilis seeks additional time to respond in order to sufficiently discuss potential issues with undersigned counsel and to prepare an appropriate response or to begin producing documents. For good cause shown, Agilis respectfully requests the Court grant a 30-day extension of time until December 14, 2022 to respond to the codefendants' Requests for Production.

| | |
|---|---|
| Respectfully submitted, | /s/ Marguerite S. Willis<br>Marguerite S. Willis, Fed ID No. 11293*<br>Travis C. Wheeler, Fed ID No. 9715*<br>Michael A. Parente, Fed ID No. 13358*<br>NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700 (29201)<br>Post Office Box 2426<br>Columbia, South Carolina 29202<br>Phone:  803-771-8900<br>Facsimile:  803-253-8277<br>MWillis@nexsenpruet.com<br>TWheeler@nexsenpruet.com<br>MParente@nexsenpruet.com<br><br>James T. Shearin, Esq. ct 01326<br>PULLMAN & COMLEY, LLC<br>850 Main Street P.O. Box 7006<br>Bridgeport, CT  06601-7006<br>Phone: 203-330-2000<br>Facsimile: 203-576-8888<br>JTShearin@pullcom.com<br><br>*Admitted *pro hac vice*<br><br>*Attorneys for Defendant Agilis Engineering, Inc.* |
| November 11, 2022<br>Columbia, South Carolina | |