Civil- (Dec-2008)

**HONORABLE:** Sarala V. Nagala

**DEPUTY CLERK** M. Bozek

**RPTR/ECRO/TAPE** RPTR: Denae Hovland

**TOTAL TIME:** 3 hours 38 minutes

**DATE:** 11/16/2022  **START TIME:** 10:30 AM  **END TIME:** 2:08 PM

**LUNCH RECESS** FROM: _____ TO: _____

**RECESS (if more than ½ hr)** FROM: _____ TO: _____

**CIVIL NO.** 3:21-cv-01657-SVN

Borozny et al

vs

Raytheon Technologies Corporation, Pratt & Whitney Division, et al

**Plaintiff's Counsel:** Perez/Lynch/Rathburn/Lukitsch/Sheth/Slossberg/Loud/Brockett/Asciolla/Bosco/van der Meulen/Olson/Nolan/Goodbaum

**Defendant's Counsel:** Solh/Klingman/Robinson/Cerreta/Namiri-Kalantari/Daily/Moriarty/Friedman

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[ ] Show Cause Hearing
[ ] Evidentiary Hearing
[ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #465 Motion to Dismiss — [ ] granted [ ] denied [ ] advisement
[✓] #466 Motion to Dismiss — [ ] granted [ ] denied [ ] advisement
[✓] #467 Motion to Compel Arbitration — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] Hearing continued until ___ at ___

**Notes:** A ruling will issue in due course. The parties are directed to order the transcript of today's hearing, splitting the costs evenly. Any attorney who is admitted pro hac vice and has not filed their appearance, is directed to do so.