UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br>*Class Action*<br><br>January 10, 2023 |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Raytheon Technologies Corporation, Pratt & Whitney Division, Belcan Engineering Group, LLC, Cyient, Inc., Parametric Solutions, Inc., and QuEST Global Services-NA, Inc. (collectively, "Serving Defendants"), jointly with Defendant Agilis Engineering, Inc., respectfully move this Court for an order extending the Serving Defendants' deadline to file a motion to compel Agilis to respond to Defendants' First Set of Requests for Production by sixty (60) days. Per the Court's July 18, 2022 Scheduling Order, any motion for an order compelling discovery pursuant to Fed. R. Civ. P. 37(a) must be filed within 30 days after the response was due under the Federal Rules of Civil Procedure. (ECF No. 469.) Serving Defendants served their First Set of Requests for Production on Agilis on October 14, 2022. After agreeing to a 30-day extension to respond, Agilis served their responses and objections on December 14, 2022. Accordingly, Serving Defendants must file any motion to compel Agilis regarding these requests by January 13, 2023.

This is the Serving Defendants' first motion to extend the motion to compel deadline with respect to Agilis's Responses and Objections to Defendants' First Set of Requests for Production. Defendant Agilis has consented to the relief sought.

The Defendants respectfully request a brief extension of time so that the Serving Defendants can review the documents Agilis produced on January 10, 2023. An additional sixty days would allow for counsel for Serving Defendants to review the documents Agilis produced, and to meaningfully meet and confer with Agilis regarding any remaining issues.

Based on the foregoing, the undersigned Defendants respectfully request that the Court grant this Motion and extend the time for the Serving Defendants to file any motion to compel regarding Agilis's Responses and Objections to Defendants' Requests for Production by sixty (60) days to March 14, 2023.

Dated:  January 10, 2023

By: */s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari (phv206721)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Facsimile:  (213) 622-2690
Email:  SNamiri@crowell.com

Chahira Solh (phv20470)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414
Email:  CSolh@crowell.com

Kent Gardiner (phv ct15260)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email:  KGardiner@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0665
Facsimile:  (860) 881-2517
Email:  jcerreta@daypitney.com

*Counsel for Raytheon Technologies Corporation, Pratt & Whitney Division*

By: */s/ Niall Lynch*
Niall E. Lynch (phv206783)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095
Email: niall.lynch@lw.com

Elizabeth Prewitt (phv206784)
Anna M. Rathbun (phv10682)
Daniel J. Blackman (phv206785)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: elizabeth.prewitt@lw.com
         anna.rathbun@lw.com
         daniel.blackman@lw.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:  (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone:  (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*


By: */s/  John J. Robinson*
John J. Robinson (ct14802)
Kelcie B. Reid
Mitchell L. Fishberg
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Telephone:  (860) 494-7505
Facsimile:   (860) 560-0185
Email: jjrobinson@grsm.com
          kreid@grsm.com
          mfishberg@grsm.com

*Counsel for Parametric Solutions, Inc.*

By: */s/  Bridget S. McCabe*
Bridget S. McCabe (phv20469)
Bethany Lukitsch (phv20474)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  (310) 820-8800
Facsimile:   (310) 820-8859
Email: bmccabe@bakerlaw.com
          blukitsch@bakerlaw.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:   (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 652-8701
Email: rfriedman@sheppardmullin.com

Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone:  (202) 747-1900
Facsimile:   (202) 747-1901
Email: lcaseria@sheppardmullin.com

*Counsel for Cyient, Inc.*

By: */s/ Michael A. Parente*
Michael A. Parente (phv20442)
Marguerite S. Willis (phv20493)
Travis C. Wheeler (phv20502)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
MWillis@nexsenpruet.com
TWheeler@nexsenpruet.com
MParente@nexsenpruet.com

James T. Shearin, Esq. (ct 01326)
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
E-mail: jtshearin@pullcom.com

*Counsel for Agilis Engineering, Inc.*

## FILER ATTESTATION

I, Sima Namiri-Kalantari, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari