UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiffs, | : : |
| v. | :   Case No.: 3:21CV01657 (SVN) |
| RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*, | : :   January 18, 2023 : : : |
| Defendants. | : : |

# **MOTION TO WITHDRAW APPEARANCE**

NOW COMES American Staffing Association, Amicus Curiae, by counsel, and respectfully requests that its counsel, Sean A. McClelland, be permitted to withdraw as its counsel of record and states as follows:

1. Sean A. McClelland (Attorney McClelland) is currently listed as one of American Staffing Association's Counsel of Record.

2. Attorney McClelland is leaving McGuireWoods LLP to assume a position elsewhere.

3. Amy Manning, Angelo Russo, Sarah Zielinski, and Shawn Fox have filed their appearances in this matter and thus American Staffing Association will not be prejudiced or harmed by the withdrawal of Attorney McClelland.

4. American Staffing Association has been advised of this issue by their remaining counsel.

WHEREFORE, American Staffing Association respectfully moves the Court to allow Sean A. McClelland to withdraw as counsel in this matter.

Dated: January 18, 2023    Respectfully submitted,

/s/ Sean A. McClelland
Sean A. McClelland
McGuireWoods LLP
McGuireWoods LLP, 888 16th Street N.W.,
Suite 500, Black Lives Matter Plaza,
Washington, DC 20000
(202) 857-1700

*Attorneys for American Staffing Association, Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system on January 18, 2023, which will send notification of such filing to all counsel of record.

*/s/ Sean A. McClelland*