IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH-KYE BORONZY, et al.; individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION; et al.,<br><br>        Defendants. | Case No.  3:21-cv-01657 (SVN) |

**AGILIS ENGINEERING, INC.'S CONSENT MOTION
FOR EXTENSION OF TIME TO FILE ANSWER**

Defendant Agilis Engineering, Inc. ("Agilis"), by and through undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(b) for an extension of time to file its Answer to the Consolidated Class Action Complaint ("Complaint") by thirty (30) days. The current deadline is February 3, 2023. Agilis respectfully requests that the Court grant this Consent Motion and extend Agilis' time to file an Answer by thirty (30) days until March 6, 2023. All parties have consented to this request. This is Agilis' first such request for an extension of the deadline to file an Answer to the Complaint.

The other defendants in this case previously moved for an extension of the same amount of time. *See* ECF No. 586 ("Motion"). Agilis consented to the Motion, but was under the impression that the Motion would apply to all defendants. However, Agilis was not provided with draft of the Motion and was, ultimately, not included in that request. The Court granted the other defendants' Motion, but stated in the text order that "[t]he deadline for Defendant Agilis Engineering, Inc. remains unchanged, and it shall answer the consolidated amended complaint no

later than February 3, 2023." ECF No. 587.

     Agilis now moves for the same reasons as the other defendants – to allow additional time to respond to the lengthy Complaint and to confer with our client concerning the same. *See* ECF No. 586 at 1-2. For good cause shown and in the interest of fairness, Agilis respectfully requests the Court grant this Consent Motion and extend Agilis' time to file an Answer by thirty (30) days to March 6, 2023.

Respectfully submitted,

                             */s/ Michael A. Parente*

                             Michael A. Parente (phv20442)
                             Marguerite S. Willis (phv20493)
                             Travis C. Wheeler (phv20502)
                             NEXSEN PRUET, LLC
                             1230 Main Street, Suite 700
                             Columbia, SC 29201
                             Telephone: 803.771.8900
                             MParente@nexsenpruet.com
                             MWillis@nexsenpruet.com
                             TWheeler@nexsenpruet.com

                             James T. Shearin, Esq. (ct01326)
                             PULLMAN & COMLEY, LLC
                             850 Main Street P.O. Box 7006
                             Bridgeport, CT 06601-7006
                             Telephone 203 330 2000
                             Facsimile 203 576 8888
                             E-mail: jtshearin@pullcom.com

                             *Attorneys for Defendant Agilis Engineering, Inc.*

Dated: January 31, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Michael A. Parente
Michael A. Parente
