## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>        Defendants. | Case No.: 3:21-cv-01657-SVN |

## MOTION TO WITHDRAW APPEARANCE OF DANIEL A. SMALL

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully requests to withdraw his appearance in this case for the Plaintiff John Balicoco, as the undersigned has largely retired from the practice of law and will not work on this case. Plaintiff will continue to be represented by Attorneys Brent W. Johnson and Emmy Levens of Cohen Milstein Sellers & Toll, who have previously filed their appearances on this case. The undersigned counsel states that he has provided the Plaintiff with a copy of this motion in the manner required by D. Conn. L. Civ. R. 7(e).

February 15, 2023                                      Respectfully submitted,

                                                       */s/ Daniel A. Small*
                                                       Daniel A. Small
                                                       Cohen Milstein Sellers & Toll PLLC
                                                       1100 New York Ave. NW ● Fifth Floor
                                                       Washington, DC 20005
                                                       (202) 408-4600
                                                       dsmall@cohenmilstein.com


                                                       *Attorney for Plaintiff John Balicoco*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing Motion to Withdraw Appearance with the Clerk of the Court using the ECF, who in turn sent notice to the following:


                                                       */s/ Daniel A. Small*
                                                       Daniel A. Small

2