# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al. individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br><br><br>March 8, 2023 |

## MOTION TO ADMIT SASCHA HENRY AS VISITING ATTORNEY

Pursuant to D. Conn. L. Civ, R. 83.1(d), James M. Moriarty, counsel for defendant Cyient, Inc. ("Cyient"), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting Sascha Henry ("Attorney Henry"), a non-resident attorney practicing with the law firm of Sheppard, Mullin, Richter & Hampton LLP, to be admitted as a Visiting Attorney to represent Cyient in this action. In support of this motion the undersigned states:

1. Attorney Henry is a partner with Sheppard Mullin Richter & Hampton LLP and her primary office address is 333 South Hope Street, 43rd Floor, Los Angeles, California, 90071-1422.

2. Accompanying this motion as Exhibit A is a declaration sworn to by Attorney Henry setting forth the information required by subsection (d)1 of Local Rule 83.1.

3. Further accompanying this motion is the required $200 fee.

4. Attorney Henry's Motion for Admission as a Visiting Attorney has been promptly made and the granting of this Motion will not require modification of a scheduling order.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(c), Attorney Henry has designated the undersigned as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Sascha Henry as a Visiting Attorney to represent Cyient, Inc. in this case.

THE DEFENDANT,
CYIENT, INC.

By: */s/ James M. Moriarty*
James M. Moriarty (ct21876)
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, Connecticut 06604
Phone: (203) 368-4234
Fax:    (203) 549-0907
jmoriarty@zeislaw.com
