UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated,  ) ) ) | |
| Plaintiffs,  ) ) | No. 3:21-cv-01657 (SVN) |
| vs.  ) ) | |
| RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,  ) ) ) ) | |
| Defendants.  ) ) | March 10, 2023 |

### DEFENDANT'S MOTION FOR ADMISSION OF VISITING ATTORNEY

The undersigned, as a member of the Bar of this Court, hereby respectfully moves, pursuant to Local Civil Rule 83.1(d), for an order admitting Taylor Rothman as a visiting attorney to appear before this Court on behalf of Defendant, Belcan Engineering Group, LLC, in the above-captioned action.

In support of this Motion, the undersigned respectfully represents as follows:

1. Taylor Rothman is an associate of Kirkland & Ellis LLP, with offices at 300 North LaSalle, Chicago, IL 60654. The Firm's telephone number is (312) 862-2000, and its facsimile number is (312) 862-2200. Attorney Rothman's email address is taylor.rothman@kirkland.com.

2. As noted in her supporting Affidavit (attached hereto as Exhibit A), Attorney Rothman is a member in good standing of the State Bar of Illinois.

3. Attorney Rothman does not have any disciplinary complaints pending against her as to which a finding has been made that such complaint should proceed to a hearing, has not

been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint, and otherwise satisfies the requirements for admission *pro hac vice* in this action pursuant to Local Civil Rule 83.1(d).

4. As the attorney sponsoring her application, Attorney Rothman designates the undersigned as her agent for service of process and this District as the forum for the resolution of any dispute arising out of her admission to this Court.

5. The undersigned represents that admission of Attorney Rothman will not require modification of any existing Scheduling Order or any deadlines. It is further represented that, upon entry of an Order granting this Motion, Attorney Rothman will promptly submit a Certificate of Good Standing from the State of Illinois. Payment of $200.00 to the Clerk of this Court accompanies the filing of this Motion.

                                              Respectfully submitted,

                                               */s/ Patrick A. Klingman*
                                              Patrick A. Klingman (ct17813)
                                              KLINGMAN LAW, LLC
                                              280 Trumbull Street  Floor 21
                                              Hartford, CT  06103-3514
                                              (860) 256-6120
                                              pak@klingmanlaw.com

                                              Counsel for Defendant,
                                              Belcan Engineering Group, LLC