UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, et al.,<br><br>Defendants. | Case No. 3:21-cv-1657-SVN<br><br>Date: March 30, 2023 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Plaintiffs Tarah Kye Borozny, Anthony DeGennaro, Ryan Glogowski, Ellen McIsaac, Scott Prentiss, Alex Scales, Austin Waid-Jones, Nicholas Wilson, and Steven Zappulla ("Plaintiffs") and Defendants Raytheon Technologies Corporation, Pratt & Whitney Division, Belcan Engineering Group, LLC, Cyient, Inc., Parametric Solutions, Inc., QuEST Global Services-NA, Inc., and Agilis Engineering, Inc. ("Defendants") (collectively with Plaintiffs, the "Parties") respectfully move this Court to amend the Scheduling Order (ECF No. 469) to (i) impose a deadline for Defendants to substantially complete their production of structured data and (ii) extend the deadline for Plaintiffs to file their motion for class certification and all associated dates.

As the Parties reported to the Court in the January 17, 2023 Joint Status Report (ECF No. 579), given the complexity of Defendants' data systems, the number of systems involved, and the volume of data requested, the process of completing structured data productions has taken more time than expected. Therefore, the Parties respectfully request that the Court impose a deadline of March 31, 2023 for Defendants to substantially complete their structured data production and extend the deadline for Plaintiffs to file their motion for class certification from June 16, 2023 to September 29, 2023.

The Parties further request that, in lieu of setting dates certain for any potential additional fact discovery or trial expert discovery deadlines, the Court impose a timeframe for the Parties to meet and confer regarding the schedule for additional fact discovery (to the extent it is needed) and trial expert discovery after the Court issues a ruling on Plaintiffs' motion for class certification. After a ruling on class certification, the Parties will be in a better position to determine their respective trial expert needs.

Should the Court grant the Parties' motion, the Parties propose the following changes to the Scheduling Order:

- **Discovery Deadlines**

    - Defendants shall substantially complete their structured data productions by **March 31, 2023**.

    - Parties shall substantially complete document discovery by **May 31, 2023**, and shall complete all document discovery by **August 31, 2023**. The Parties agree that these substantial and completion deadlines apply only to documents responsive to document requests served on Defendants by Plaintiffs on June 1, 2022 and document requests served on Plaintiffs by Defendants on October 26, 2022 (together, the "Requests"). In order to facilitate said substantial completion and completion, the Parties further agree that they will not serve additional requests for the production of documents on one another beyond those that have been served as of March 15, 2023. Nothing herein shall preclude a Party from moving to compel based on a failure to produce that which a party has agreed to produce.

- Within fifteen (15) days from the Court's ruling on Plaintiffs' motion for class certification, the Parties shall meet and confer on whether any additional fact discovery (hereinafter "post-Class Certification Fact Discovery") is needed. Within thirty (30) days from the Court's ruling on Plaintiffs' motion for class certification, the Parties shall propose a schedule for post-Class Certification Fact Discovery. Any post-Class Certification Fact Discovery shall not include document discovery responsive to the Requests, all of which shall have been completed prior to the filing of Plaintiffs' motion for class certification. Any motions to compel relating to any post-Class Certification Fact Discovery shall be filed within thirty (30) days of the fact completion deadline, to be stipulated by the Parties or otherwise determined by the Court.

- **Motion for Class Certification**

  - Plaintiffs' motion for class certification shall be filed no later than **September 29, 2023**. Plaintiffs shall produce any expert reports concerning class certification at that time.

  - Defendants shall file any opposition to the motion for class certification no later than **December 8, 2023**. Defendants shall produce any expert reports concerning class certification at that time.

  - Plaintiffs shall file any reply in further support of the motion for class certification no later than **January 26, 2024**. Plaintiffs shall produce any rebuttal expert reports concerning class certification at that time.

- **Discovery Relating to Expert Witnesses**

  - Within 15 days of the Court's ruling on Plaintiffs' motion for class certification, the Parties shall meet and confer on additional expert discovery and within thirty (30) days of the Court's ruling on class certification, propose a schedule for further expert discovery.

This is the Parties' first motion for extension of time with respect to the foregoing time limitations.

Dated: March 30, 2023

Respectfully submitted,

By: */s/ Gregory S. Asciolla*
Gregory S. Asciolla (phv02599)
Robin A. van der Meulen (phv09139)
Matthew J. Perez (phv06870)
Veronica M. Bosco (phv20356)
**DICELLO LEVITT LLC**
485 Lexington Avenue
Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
gasciolla@dicellolevitt.com
rvandermeulen@dicellolevitt.com
mperez@dicellolevitt.com
vbosco@dicellolevitt.com

By: /s/ *Daniel L. Brockett*
Daniel L. Brockett (phv20450)
Manisha M. Sheth (phv01061)
Steig D. Olson (phv06391)
Thomas Lepri (phv20453)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
manishasheth@quinnemanuel.com
thomaslepri@quinnemanuel.com

Justin Reinheimer (phv20572)
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
justinreinheimer@quinnemanuel.com

*Interim Co-Lead Counsel for the Class*

By: /s/ *David A. Slossberg*
David A. Slossberg (ct13116)
Timothy C. Cowan (ct30786)
Kyle A. Bechet (ct31299)
**HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC**
147 North Broad Street
Milford, CT 06460
Tel.: (203) 877-8000
dslossberg@hssklaw.com

By: */s/ Joshua R. Goodbaum*
Joseph D. Garrison (ct04132)
Stephen J. Fitzgerald (ct22939)
Joshua R. Goodbaum (ct28834)
Amanda M. DeMatteis (ct29413)
**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
405 Orange Street
New Haven, CT 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgarrison@garrisonlaw.com
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com
adematteis@garrisonlaw.com

*Local Counsel for the Class*

4

By: */s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari (phv206721)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email:  SNamiri@crowell.com

Chahira Solh (phv20470)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414
Email:  CSolh@crowell.com

Kent Gardiner (phv ct15260)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  KGardiner@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0665
Facsimile:   (860) 881-2517
Email:  jcerreta@daypitney.com

*Counsel for Raytheon Technologies Corporation, Pratt & Whitney Division*

By: */s/ Anna M. Rathbun*
Anna M. Rathbun (phv10682)
Elizabeth Prewitt (phv206784)
Daniel J. Blackman (phv206785)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: elizabeth.prewitt@lw.com
          anna.rathbun@lw.com
          daniel.blackman@lw.com

Niall E. Lynch (phv206783)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095
Email: niall.lynch@lw.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:   (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone:  (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*


By: */s/ John J. Robinson*
John J. Robinson (ct14802)
Kelcie B. Reid
Mitchell L. Fishberg
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Telephone: (860) 494-7505
Facsimile:  (860) 560-0185
Email: jjrobinson@grsm.com
         kreid@grsm.com
         mfishberg@grsm.com

*Counsel for Parametric Solutions, Inc.*

By: */s/ Leo Caseria*
Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone:  (202) 747-1900
Facsimile:   (202) 747-1901
Email: lcaseria@sheppardmullin.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 652-8701
Email: rfriedman@sheppardmullin.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:   (203) 549-0907
Email: jmoriarty@zeislaw.com

*Counsel for Cyient, Inc.*

By: */s/ Michael A. Parente*

Michael A. Parente (phv20442)
Marguerite S. Willis (phv20493)
Travis C. Wheeler (phv20502)
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
Facsimile:  803.727.1482
Email: MParente@nexsenpruet.com
       MWillis@nexsenpruet.com
       TWheeler@nexsenpruet.com

James T. Shearin, Esq. (ct 01326)
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
E-mail: jtshearin@pullcom.com

*Counsel for Agilis Engineering, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Timothy C. Cowan*