UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br>*Class Action*<br><br>April 28, 2023 |

## CERTAIN DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY

Pursuant to the Court's Pretrial Preferences, Defendants Raytheon Technologies Corporation, Pratt & Whitney Division, Belcan Engineering Group, LLC, Cyient, Inc., Parametric Solutions, Inc., and QuEST Global Services-NA, Inc. (collectively, "Defendants") file this notice of additional authority in support of Defendants' opposition to Plaintiffs' Motion for Reconsideration, to draw the Court's attention to Judge Bolden's Ruling and Order on Defendants' Motion for Judgment of Acquittal in *United States v. Patel*, Case No. 3:21-cr-220 (VAB), ECF No. 599. The decision is attached hereto as Exhibit A.

Dated: April 28, 2023

| | |
|---|---|
| By: */s/ Sima Namiri-Kalantari*<br>Sima Namiri-Kalantari (phv206721)<br>CROWELL & MORING LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 622-4750<br>Facsimile: (213) 622-2690<br>Email: SNamiri@crowell.com | By: */s/ Niall Lynch*<br>Niall E. Lynch (phv206783)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: niall.lynch@lw.com |
| Chahira Solh (phv20470)<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414<br>Email: CSolh@crowell.com | Elizabeth Prewitt (phv206784)<br>Anna M. Rathbun (phv10682)<br>Daniel J. Blackman (phv206785)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: elizabeth.prewitt@lw.com<br>     anna.rathbun@lw.com<br>     daniel.blackman@lw.com |
| Kent Gardiner (phv ct15260)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>Email: KGardiner@crowell.com | Thomas V. Daily (ct03467)<br>REID AND RIEGE, P.C.<br>One Financial Plaza<br>755 Main Street, 21st floor<br>Hartford, CT 06103-3185<br>Telephone: (860) 240-1067<br>Facsimile: (860) 240-1002<br>Email: tdaily@reidandriege.com |
| John W Cerreta (ct28919)<br>DAY PITNEY LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-0665<br>Facsimile: (860) 881-2517<br>Email: jcerreta@daypitney.com | *Counsel for QuEST Global Services-NA, Inc.* |
| *Counsel for Raytheon Technologies*<br>*Corporation, Pratt & Whitney Division* | |

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*


By: */s/ John J. Robinson*
John J. Robinson (ct14802)
Kelcie B. Reid
Mitchell L. Fishberg
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Telephone: (860) 494-7505
Facsimile: (860) 560-0185
Email: jjrobinson@grsm.com
        kreid@grsm.com
        mfishberg@grsm.com

*Counsel for Parametric Solutions, Inc.*

By: */s/ Leo Caseria*
Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
Email: lcaseria@sheppardmullin.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 652-8701
Email: rfriedman@sheppardmullin.com

Sascha Henry (phv207155)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 617-5562
Facsimile: (213) 620-1398
Email: shenry@sheppardmullin.com

*Counsel for Cyient, Inc.*

**FILER ATTESTATION**

I, Sima Namiri-Kalantari, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari