UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br>*Class Action*<br><br>May 3, 2023 |

**CERTAIN DEFENDANTS' MOTION TO STRIKE
PLAINTIFFS' IMPROPER RESPONSE, ECF NO. 633**

In accordance with this Court's individual practices, Defendants filed a brief notice—containing no argument of any kind—calling to the Court's attention Judge Bolden's decision granting judgment of acquittal in *United States v. Patel*. ECF No. 632. In response to that one-sentence document, Plaintiffs have now filed a supplemental brief, without leave of court, arguing that the decision granting judgment as a matter of law in the "criminal action based on the same operative facts as the instant case," *see Borozny v. Raytheon Technologies Corp.*, 2023 WL 348323, *11 (D. Conn. Jan. 20, 2023), is either irrelevant to this case or perhaps even "weighs in Plaintiffs' favor." ECF No. 633 at 1-2.

Plaintiffs' submission is an improper supplemental brief, and defendants respectfully move to strike it. *See Solis v. Commonwealth Financial Sys., Inc.*, 2020 WL 2523047, *1 (E.D.N.Y. May 15, 2020) (striking an argumentative notice of supplemental authority and "declin[ing] to address any additional legal argument put forth in the Notice"). If the Court does consider the filing, Defendants request the opportunity to

respond to Plaintiffs' arguments.

Dated:  April 28, 2023

By: */s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari (phv206721)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email:  SNamiri@crowell.com

Chahira Solh (phv20470)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:  (949) 263-8414
Email:  CSolh@crowell.com

Kent Gardiner (phv ct15260)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email:  KGardiner@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0665
Facsimile:  (860) 881-2517
Email:  jcerreta@daypitney.com

*Counsel for Raytheon Technologies Corporation, Pratt & Whitney Division*

By: */s/ Niall Lynch*
Niall E. Lynch (phv206783)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095
Email: niall.lynch@lw.com

Elizabeth Prewitt (phv206784)
Anna M. Rathbun (phv10682)
Daniel J. Blackman (phv206785)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: elizabeth.prewitt@lw.com
            anna.rathbun@lw.com
            daniel.blackman@lw.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:   (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

2

By: */s/ Catie Ventura*
Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5907
Email: catie.ventura@kirkland.com

James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Email: jmutchnik@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone:  (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*


By: */s/ John J. Robinson*
John J. Robinson (ct14802)
Kelcie B. Reid
Mitchell L. Fishberg
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Telephone:  (860) 494-7505
Facsimile:   (860) 560-0185
Email: jjrobinson@grsm.com
          kreid@grsm.com
          mfishberg@grsm.com

*Counsel for Parametric Solutions, Inc.*

By: */s/ Leo Caseria*
Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone:  (202) 747-1900
Facsimile:   (202) 747-1901
Email: lcaseria@sheppardmullin.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone:  (203) 368-4234
Facsimile:   (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:   (212) 652-8701
Email: rfriedman@sheppardmullin.com

Sascha Henry (phv207155)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
Telephone:  (213) 617-5562
Facsimile:   (213) 620-1398
Email: shenry@sheppardmullin.com

*Counsel for Cyient, Inc.*

**FILER ATTESTATION**

I, Sima Namiri-Kalantari, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari