UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>RAYTHEON TECHNOLOGIES  )<br>CORPORATION, PRATT & WHITNEY  )<br>DIVISION, *et al.*,  )<br>)<br>Defendants.  )<br>_____) | No. 3:21-cv-01657 (SVN)<br><br><br><br><br><br><br><br><br><br>June 8, 2023 |

## **DEFENDANT'S MOTION FOR ADMISSION OF VISITING ATTORNEY**

The undersigned, as a member of the Bar of this Court, hereby respectfully moves, pursuant to Local Civil Rule 83.1(d), for an order admitting Taylor Imperiale as a visiting attorney to appear before this Court on behalf of Defendant, Belcan Engineering Group, LLC, in the above-captioned action.

In support of this Motion, the undersigned respectfully represents as follows:

1. Taylor Imperiale is an associate of Kirkland & Ellis LLP, with offices at 300 North LaSalle, Chicago, IL 60654. The Firm's telephone number is (312) 862-2000, and its facsimile number is (312) 862-2200. Attorney Imperiale's email address is taylor.imperiale@kirkland.com.

2. As noted in his supporting Affidavit (attached hereto as Exhibit A), Attorney Imperiale is a member in good standing of the Bars of Illinois and the United States District Court for the Northern District of Illinois and his corresponding bar identification numbers are noted.

3. Attorney Imperiale does not have any disciplinary complaints pending against him as to which a finding has been made that such complaint should proceed to a hearing, has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint, and otherwise satisfies the requirements for admission *pro hac vice* in this action pursuant to Local Civil Rule 83.1(d).

4. As the attorney sponsoring his application, Attorney Imperiale designates the undersigned as his agent for service of process and this District as the forum for the resolution of any dispute arising out of his admission to this Court.

5. The undersigned represents that admission of Attorney Imperiale will not require modification of any existing Scheduling Order or any deadlines. It is further represented that, upon entry of an Order granting this Motion, Attorney Imperiale will promptly submit a Certificate of Good Standing from the State of Illinois. Payment of $200.00 to the Clerk of this Court accompanies the filing of this Motion.

Respectfully submitted,

   /s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street  Floor 21
Hartford, CT  06103-3514
(860) 256-6120
pak@klingmanlaw.com

Counsel for Defendant,
Belcan Engineering Group, LLC