UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.*, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>*Defendants*. | No. 3:21-cv-01657 (SVN)<br><br>*Class Action*<br><br>July 7, 2023 |

## JOINT STATUS REPORT OF COUNSEL

Plaintiffs, by and through their counsel, and QuEST Global Services-NA, Inc. ("QuEST"), by and through their counsel, met and conferred, and submit this Joint Status Report of Counsel as directed by this Court's June 13, 2023 Order, ECF No. 673.

At this time, the parties are at an impasse regarding the following issues concerning the scope of discovery in this case.

In response to the June 12, 2023 hearing and the Court's subsequent guidance in its June 13, 2023 order, to resolve their outstanding motion to compel against QuEST (ECF No. 636), Plaintiffs propose that QuEST produce, for QuEST Aerospace Workers who worked on *non*-Pratt & Whitney aerospace projects, the same categories of data that it has already produced for QuEST employees working on Pratt & Whitney projects. Plaintiffs' compromise seeks for QuEST to replicate the categories of data already produced by QuEST but to expand that to include QuEST's Aerospace workers who worked on non-Pratt & Whitney aerospace projects.

QuEST has stated it would "produce non-Pratt & Whitney payroll data for Aerospace Workers (to the best of our understanding of that term based on Plaintiffs' Amended Complaint and RFPs and subject to QuEST's objections)" but such data would be limited to employees in the state of Connecticut. QuEST also contends that the production of data beyond payroll involves substantial burdens, especially if expanded to cover a geographic scope beyond the State of Connecticut.

However, the Plaintiffs and QuEST agree that the scope of the data categories to be produced by QuEST largely hinges on the ongoing dispute between Plaintiffs and Defendants over the geographic scope of any data production. As the parties explained in the June 27, 2023 Joint Status Report, Plaintiffs and QuEST (as well as the other defendants) have differing views about the geographic scope of discovery based on Plaintiffs' operative complaint.[1] The resolution of that issue, which the parties will brief on July 12, will likely affect negotiations between QuEST and Plaintiffs over the scope of the data categories to be produced. Accordingly, the Plaintiffs and QuEST will continue to confer about the scope of the data categories upon the resolution of the geographic scope of discovery.

---

[1] Pending before the Court is Plaintiffs' motion to for leave to amend their complaint, which includes additional allegations concerning the relevant geographic market.

Dated: July 7, 2023

By: */s/ Matthew J. Perez*
Gregory S. Asciolla (phv02599)
Robin A. van der Meulen (phv09139)
Matthew J. Perez (phv06870)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
gasciolla@dicellolevitt.com
rvandermeulen@dicellolevitt.com
mperez@dicellolevitt.com

By: */s/ Daniel L. Brockett*
Daniel L. Brockett (phv20450)
Manisha M. Sheth (phv01061)
Steig D. Olson (phv06391)
Thomas Lepri (phv20453)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
danbrockett@quinnemanuel.com
manishasheth@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Justin Reinheimer (phv20572)
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
justinreinheimer@quinnemanuel.com

*Interim Co-Lead Counsel*

By: */s/ Erica O. Nolan*
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Timothy C. Cowan (ct30786)
Kyle A. Bechet (ct31299)
**HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC**
147 North Broad Street
Milford, CT 06460
Tel.: (203) 877-8000
dslossberg@hssklaw.com
enolan@hssklaw.com
tcowan@hssklaw.com
kbechet@hssklaw.com

By: */s/ Joshua R. Goodbaum*
Joseph D. Garrison (ct04132)
Stephen J. Fitzgerald (ct22939)
Joshua R. Goodbaum (ct28834)
Amanda M. DeMatteis (ct29413)
**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
405 Orange Street
New Haven, CT 06511
Tel.: (203) 777-4425
jgarrison@garrisonlaw.com
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com
adematteis@garrisonlaw.com

*Local Counsel for Plaintiffs*

By: */s/ Niall E. Lynch*
Niall E. Lynch (phv206783)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: niall.lynch@lw.com

Elizabeth Prewitt (phv206784)
Anna M. Rathbun (phv10682)
Daniel J. Blackman (phv206785)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: elizabeth.prewitt@lw.com
anna.rathbun@lw.com
daniel.blackman@lw.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone: (860) 240-1067
Facsimile: (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

**FILER ATTESTATION**

I, Erica O. Nolan, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Erica O. Nolan*
Erica O. Nolan