# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARAH KYE BOROZNY, et al, Individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | Case No. 3:21-cv-01657-SVN |
| v. | : : | |
| RTX CORPORATION, PRATT & WHITNEY DIVISION, et al. | : : : | |
| Defendants. | : : | August 9, 2023 |

## PARAMETRIC SOLUTIONS, INC.'S RESPONSE TO REQUEST FOR CLARIFICATION CONCERNING BANKRUPTCY

Defendant, Parametric Solutions, Inc. ("PSI"), by and through its undersigned counsel, submits this response to the Court's request for clarification as to whether an automatic stay "*is*, as opposed to may be, in effect due to its filing of a Chapter 11 bankruptcy petition, and whether any exceptions to the automatic stay provision apply here." (ECF No. 704, emphasis in the original).

As noted, PSI filed a Chapter 11 bankruptcy petition on August 3, 2023 in the U.S. Bankruptcy Court, Southern District of Florida. (ECF No. 701.) Pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay" provision), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the

estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1),(3).

The Bankruptcy Code sets forth certain exceptions to the Automatic Stay provision, none of which apply to this action. *See generally*, 11 U.S.C. § 362(b) (listing exceptions). Accordingly, the above-captioned matter has been automatically stayed as to PSI pursuant to section 362(a) of the Bankruptcy Code. Any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. PSI reserves and retains its statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

        THE DEFENDANT,
        PARAMETRIC SOLUTIONS, INC.

By: */s/ John J. Robinson*_____
    John J. Robinson, Esq. (ct14802)
    GORDON REES SCULLY MANSUKHANI, LLP
    95 Glastonbury Blvd., Suite 206
    Glastonbury, CT 06033
    Phone: (860) 494-7505
    Fax: (860) 560-0185
    Email: jjrobinson@grsm.com

## **CERTIFICATION**

       I hereby certify that on August 9, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to access this filing through the Court's CM/ECF System.

                                                   */s/ John J. Robinson*_____
                                                   John J. Robinson, Esq.

1284937/80364885v.1