UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al. individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN) |

## MOTION TO ADMIT KUNCHOK DOLMA AS VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.1(d), Robert S. Friedman, counsel for defendant Cyient, Inc. ("Cyient"), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting Kunchok Dolma ("Attorney Dolma"), a non-resident attorney practicing with the law firm of Sheppard, Mullin, Richter & Hampton LLP, to be admitted as a Visiting Attorney to represent Cyient in this action. In support of this motion the undersigned states:

1. Attorney Dolma is an Associate with Sheppard Mullin Richter & Hampton LLP and her primary office address is 30 Rockefeller Plaza, 39th Floor, New York, NY 10112-0015.

2. Accompanying this motion as Exhibit A is a Affidavit sworn to by Attorney Dolma setting forth the information required by subsection (d)1 of Local Rule 83.1.

3. Further accompanying this motion is the required $200 fee.

4. Attorney Dolma's Motion for Admission as a Visiting Attorney has been promptly made and the granting of this Motion will not require modification of a scheduling order.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(c), Attorney Dolma has designated the undersigned as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Kunchok Dolma as a Visiting Attorney to represent Cyient, Inc. in this case.

                            THE DEFENDANT,
                            CYIENT, INC.

By:    */s/ Robert S. Friedman*
        Robert S. Friedman  (ct31256)
        Sheppard, Mullin, Richter & Hampton LLP
        30 Rockefeller Plaza
        39th Floor
        New York, NY 10112-0015
        Phone: (212) 653-8700
        Fax:    (212) 653-8701
        E-mail: rfriedman@sheppardmullin.com