UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al. individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN) |

## MOTION TO ADMIT MICAELA D. MANLEY AS VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.1(d), Robert S. Friedman, counsel for defendant Cyient, Inc. ("Cyient"), and a member in good standing of the Bar of this Court, respectfully moves for the issuance of an Order permitting Micaela D. Manley ("Attorney Manley"), a non-resident attorney practicing with the law firm of Sheppard, Mullin, Richter & Hampton LLP, to be admitted as a Visiting Attorney to represent Cyient in this action. In support of this motion the undersigned states:

1.  Attorney Manley is an Associate with Sheppard Mullin Richter & Hampton LLP and her primary office address is 30 Rockefeller Plaza, Floor 39, New York, NY 10112-0015.

2.  Accompanying this motion as Exhibit A is a Affidavit sworn to by Attorney Manley setting forth the information required by subsection (d)1 of Local Rule 83.1.

3.  Further accompanying this motion is the required $200 fee.

4.  Attorney Manley's Motion for Admission as a Visiting Attorney has been promptly made and the granting of this Motion will not require modification of a scheduling order.

5. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1)(c), Attorney Manley has designated the undersigned as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission as a Visiting Attorney.

WHEREFORE, the undersigned respectfully moves this Court for an order admitting Micaela D. Manley as a Visiting Attorney to represent Cyient, Inc. in this case.

        THE DEFENDANT,
        CYIENT, INC.

By:    */s/ Robert S. Friedman*
       Robert S. Friedman (ct31256)
       Sheppard, Mullin, Richter & Hampton LLP
       30 Rockefeller Plaza
       39th Floor
       New Yor, NY 10112-0015
       Phone: (212) 653-8700
       Fax:   (212) 653-8701
       rfriedman@sheppardmullin.com