UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RTX CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>Defendants. | No. 3:21-cv-01657 (SVN)<br><br>*Class Action*<br><br>November 15, 2023 |

## JOINT STATUS REPORT OF COUNSEL

Plaintiffs, by and through their counsel, and Defendants RTX Corporation, Pratt & Whitney Division ("Pratt & Whitney" or "P&W"), Belcan Engineering Group, LLC ("Belcan"), QuEST Global Services-NA, Inc. ("QuEST"), Cyient, Inc. ("Cyient"), and Agilis Engineering, Inc. ("Agilis") (collectively, "Defendants" and with the Plaintiffs, the "Parties")[1], by and through their counsel, met and conferred and submit this Joint Status Report of Counsel as directed by this Court's November 13, 2023 Order, ECF No. 753.

**1.   Status of Discovery**

**Plaintiffs' Position:** Plaintiffs filed their motion for class certification on November 13, 2023, and thus pre-class certification discovery is complete. Per the Court's Scheduling Order (ECF No. 630), fact discovery is ongoing, and a summary of discovery taken thus far by both sides is provided below.

**Defendants P&W, Belcan, QuEST, and Cyient's Position:** Defendants disagree

---

[1] On August 4, 2023, Defendant Parametric Solutions, Inc. ("PSI") provided notice of its bankruptcy filing (ECF No. 701), and the Court entered a stay against PSI shortly thereafter. ECF No. 712. Therefore, PSI is not included in this status report.

that fact discovery is ongoing. Rather, pursuant to ECF No. 630, if Plaintiffs are successful on their motion for class certification, the parties will meet and confer to discuss whether any further discovery is warranted in advance of summary judgment.

### a. Defendants' Document Discovery

***Structured data*:** On June 1, 2022, Plaintiffs served document requests on Defendants, which included requests for structured data. Pursuant to the discovery deadlines set forth in the Court's Order at ECF No. 630, Defendants represented that they substantially completed their structured data productions on March 31, 2023, but only for employees located in Connecticut.[2] On May 12, 2023, Plaintiffs filed a motion to compel against Defendants Pratt & Whitney, Belcan, Cyient, and PSI for data relating to their Aerospace Workers located outside of Connecticut and for an expanded time period (*see* ECF No. 639). Also on May 12, Plaintiffs filed a motion to compel against Defendant QuEST for data from all of its Aerospace Workers, not just those working on Pratt & Whitney projects, and also for the expanded time period (ECF No. 636). On August 9, 2023, Judge Spector largely granted Plaintiffs' motions, and ordered Defendants to produce structured data for Aerospace Workers in thirty-three states through June 30, 2022.[3] Following this Court's August 14, 2023 Order, Defendants (except for PSI) produced their additional structured data on or before September 13, 2023 (ECF No. 713). Defendant Agilis did not complete production of its structured data to Defendants P&W,

---

[2] Defendant QuEST initially produced all data it had previously provided to the U.S. Department of Justice, which included data for employees outside of Connecticut, but only those working on Pratt & Whitney projects.

[3] These states are Alabama, Arizona, California, Florida, Georgia, Hawaii, Illinois, Indiana, Kentucky, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Nevada, New Hampshire, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, and Wisconsin. ECF No. 705.

Belcan, Cyient, and QuEST, data that was previously provided to Plaintiffs, until November 14, 2023.

*Unstructured data*: As noted above, Plaintiffs served document requests on Defendants on June 1, 2022. Pursuant to the Court's March 31, 2023 Order setting discovery deadlines (ECF No. 630), Defendants represented that they substantially completed their respective document discovery on May 31, 2023, and completed document discovery on August 31, 2023.

**Plaintiffs' Position:** Although document discovery relating to Plaintiffs' June 1, 2022 document requests is largely complete, in preparing for and taking depositions of Defendants' current or former employees, Plaintiffs have discovered missing documents or categories of documents from certain Defendants' productions. Plaintiffs have corresponded with those Defendants regarding these deficiencies, and while some issues have been resolved, other issues remain outstanding. For example, testimony from Mahesh Patel during his October 31, 2023 deposition indicated that highly relevant documents in Pratt & Whitney's possession, custody, or control were not included in Pratt & Whitney's prior document productions. Plaintiffs sent a letter to Pratt & Whitney on November 7, 2023 notifying them of these issues, and discussions are ongoing.

**P&W's Position:** Plaintiffs' contention that Mr. Patel's deposition revealed some deficiency in P&W's document productions is simply incorrect. That said, P&W will continue to meet-and-confer with Plaintiffs regarding their November 7 letter in an effort to resolve this discovery dispute, and P&W believes it is both unnecessary and wasteful to argue the merits of a discovery issue on which the parties continue to meet and confer in this Joint Status Report.

### b. Plaintiffs' Document Discovery

Defendants served discovery requests on Plaintiffs on October 26, 2022.

**Plaintiffs' Position:** Pursuant to the Court's Order at ECF No. 630, Plaintiffs substantially completed their document discovery on May 31, 2023, and completed document discovery on August 31, 2023. Following Judge Spector's ruling on August 9, 2023 (ECF No. 705), and this Court's order on August 14, 2023 (ECF No. 713), Plaintiffs also produced additional documents on September 13, 2023 regarding the Named Plaintiffs' employment history for the period from January 2011 to June 30, 2022. Plaintiffs have identified less than ten documents from the Named Plaintiffs' responsive documents that were withheld on the basis of privilege, and will produce a log of those documents to Defendants. There has been no settlement between Plaintiffs and Agilis, and insofar as there were discussions between these parties concerning potential settlement, Rule 408 and the common law doctrine encouraging settlement create a strong presumption against Defendants discovering the substance or existence of any discussions.

**Defendants P&W, Belcan, Cyient, and QuEST's Position:** Defendants have requested a privilege log from Plaintiffs. To date, Plaintiffs have not yet produced this privilege log. Review of this privilege log may identify some deficiencies in Plaintiffs' production that the parties will endeavor to resolve by meeting and conferring, as needed.

### c. Other Discovery

*Depositions***:** Defendants have taken the deposition of eight of the nine Named Plaintiffs, and the final Named Plaintiff deposition will take place on November 16, 2023. Plaintiffs and Defendants P&W, Belcan, Cyient, and QuEST noticed the deposition of a Human Resources executive of Agilis, but the deposition has been postponed until at least January 2024, due to the witness's health issues. Plaintiffs have taken a total of fifteen

4

depositions of Defendants' current or former employees.

**Plaintiffs' Position:** Plaintiffs anticipate taking additional depositions although none have been noticed at this time.[4] Plaintiffs disagree that additional deposition discovery is stayed until a ruling on class certification.

**Defendants' P&W, Belcan, Cyient, and QuEST's Position:** Plaintiffs had the opportunity to notice and take additional depositions in advance of their class certification deadline, but did not. Plaintiffs will need to seek leave of Court in order to conduct additional fact discovery post-class certification, pursuant to the process set forth in this Court's order. *See* ECF No. 630.

**Defendant Agilis' Position**: Agilis' Human Resources Manager is currently on leave pursuant to the Family and Medical Leave Act ("FMLA"). As such, Agilis cannot make this employee available for a deposition until at the earliest January because of the FMLA's statutory protections.

*Written discovery*: Both Plaintiffs and Defendants served interrogatories, and discussions regarding each Party's respective responses and objections are ongoing.

2. **Motions to Compel**

**Plaintiffs' Position:** At this time, Plaintiffs do not anticipate filing any motions to compel discovery from Defendants but reserve the right to do so.

**Defendants' P&W, Belcan, Cyient, and QuEST's Position:** To date, neither Plaintiffs nor Defendant Agilis have produced privilege logs in connection with their productions. Given Plaintiffs' and Agilis's claims of settlement privilege in withholding

---

[4] Pursuant to the Court's July 18, 2022 Schedule Order (ECF No. 469), "Parties are initially limited to 35 fact depositions per side, including corporate depositions noticed pursuant to Rule 30(b)(6), but not including third party depositions. Additional depositions may be conducted by agreement of the parties or through leave of the Court."

certain documents, Defendants have no way of assessing whether Plaintiffs or Agilis have complied with their discovery obligations. Defendants reserve the right to move to compel based on what is contained in Plaintiffs' and Agilis's privilege logs, and whether there is a reasonable basis for withholding under these grounds.

**Defendant Agilis' Position:** Agilis has complied with its discovery obligations. Agilis is not withholding from the other Defendants any Agilis documents that have been produced to Plaintiffs. Agilis is not aware of any documents being withheld pursuant to a "settlement privilege" or of any other responsive Agilis documents that have not been produced.

Dated: November 15, 2023

By:

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **DICELLO LEVITT LLP** |
|---|---|
| */s/ Daniel L. Brockett* | */s/ Robin A. van der Meulen* |
| Daniel L. Brockett (phv20450) | Gregory S. Asciolla (phv02599) |
| Manisha M. Sheth (phv01061) | Robin A. van der Meulen (phv09139) |
| Steig D. Olson (phv06391) | Matthew J. Perez (phv06870) |
| Thomas Lepri (phv20453) | John M. Shaw (phv207422) |
| Daniel F. Loud (phv206704) | 485 Lexington Avenue, Suite 1001 |
| 51 Madison Avenue, 22nd Floor | New York, New York 10017 |
| New York, New York 10010 | Telephone: (646) 933-1000 |
| Telephone:  (212) 849-7000 | gasciolla@dicellolevitt.com |
| danbrockett@quinnemanuel.com | rvandermeulen@dicellolevitt.com |
| manishasheth@quinnemanuel.com | mperez@dicellolevitt.com |
| steigolson@quinnemanuel.com | jshaw@dicellolevitt.com |
| thomaslepri@quinnemanuel.com | |
| danielloud@quinnemanuel.com | |
| | |
| Justin Reinheimer (phv20572) | |
| 50 California Street, 22nd Floor | |
| San Francisco, California 94111 | |
| Telephone:  (415) 875-6600 | |
| justinreinheimer@quinnemanuel.com | |

*Interim Co-Lead Counsel*

| | |
|---|---|
| **GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.** | **HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC** |
| Joseph D. Garrison (ct04132)<br>Stephen J. Fitzgerald (ct22939)<br>Joshua R. Goodbaum (ct28834)<br>Amanda M. DeMatteis (ct29413)<br>405 Orange Street<br>New Haven, Connecticut 06511<br>Telephone:  (203) 777-4425<br>jgarrison@garrisonlaw.com<br>sfitzgerald@garrisonlaw.com<br>jgoodbaum@garrisonlaw.com<br>adematteis@garrisonlaw.com | David A. Slossberg (ct13116)<br>Erica Oates Nolan (ct31097)<br>Timothy C. Cowan (ct30786)<br>135 Broad Street<br>Milford, Connecticut 06460<br>Telephone:  (203) 877-8000<br>DSlossberg@hssklaw.com<br>ENolan@hssklaw.com<br>TCowan@hssklaw.com |

*Local Connecticut Counsel / Liaison Counsel*

By: */s/ Sima Namiri-Kalantari*
Sima Namiri-Kalantari (phv206721)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email:  SNamiri@crowell.com

Chahira Solh (phv20470)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414
Email:  CSolh@crowell.com

Kent Gardiner (phv ct15260)
Ashley L. McMahon (phv 207517)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:  KGardiner@crowell.com
            amcmahon@crowell.com

John W Cerreta (ct28919)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0665
Facsimile:   (860) 881-2517
Email:  jcerreta@daypitney.com

*Counsel for RTX Corporation, Pratt & Whitney Division*

By: */s/ Niall Lynch*
Niall E. Lynch (phv206783)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095
Email: niall.lynch@lw.com

Elizabeth Prewitt (phv206784)
Anna M. Rathbun (phv10682)
Daniel J. Blackman (phv206785)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: elizabeth.prewitt@lw.com
            anna.rathbun@lw.com
            daniel.blackman@lw.com

Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza
755 Main Street, 21st floor
Hartford, CT 06103-3185
Telephone:  (860) 240-1067
Facsimile:   (860) 240-1002
Email: tdaily@reidandriege.com

*Counsel for QuEST Global Services-NA, Inc.*

By: */s/ Taylor Rothman*
Taylor Rothman (phv207161)
James H. Mutchnik (phv20423)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Email: trothman@kirkland.com
      jmutchnik@kirkland.com

Catie Ventura (phv20424)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5907
Email: catie.ventura@kirkland.com

Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street, Floor 21
Hartford, CT 06103-3514
Telephone: (860) 256-6120
Email: pak@klingmanlaw.com

*Counsel for Belcan Engineering Group, LLC*

By: */s/ Michael A. Parente*
Michael A. Parente (phv20442)
Marguerite S. Willis (phv20493)
Travis C. Wheeler (phv20502)
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.771.8900
Facsimile: 803.727.1482
Email: MParente@maynardnexsen.com
      MWillis@maynardnexsen.com
      TWheeler@maynardnexsen.com

James T. Shearin, Esq. (ct 01326)
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone 203 330 2000
Facsimile 203 576 8888
E-mail: jtshearin@pullcom.com

*Counsel for Agilis Engineering, Inc.*

By: */s/ Leo Caseria*
Leo Caseria (phv20459)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
Email: lcaseria@sheppardmullin.com

James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: (203) 368-4234
Facsimile: (203) 549-0907
Email: jmoriarty@zeislaw.com

Robert S. Friedman (ct31256)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 652-8701
Email: rfriedman@sheppardmullin.com

Sascha Henry (phv207155)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071
Telephone: (213) 617-5562
Facsimile: (213) 620-1398
Email: shenry@sheppardmullin.com

*Counsel for Cyient, Inc.*

9

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Erica O. Nolan*
Erica O. Nolan