**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TARAH KYE BOROZNY et al. individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-1657 (SVN) |
| Plaintiffs, | |
| vs. | November 16, 2023 |
| RTX CORPORATION, PRATT & WHITNEY DIVISION; et al. | |
| Defendants. | |

**DEFENDANT AGILIS ENGINEERING, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Agilis Engineering, Inc. ("Agilis"), by and through undersigned counsel, hereby submits this Answer and Affirmative Defenses to the Amended Consolidated Class Action Complaint (ECF Nos. 751 and 752). Agilis reserves the right to amend or supplement this Answer and Affirmative Defenses.

1.      The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of all of those allegations and therefore generally denies the same with one caveat. Agilis admits that it voluntarily participated in an agreement to "allocate employees constituting a criminal violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, by restricting the hiring and recruiting restrictions of engineers and other skilled labor employees among outsource engineering services companies" (hereinafter, "the Agreement"). *See* Letter dated November 2, 2021 from Richard A. Powers, Acting Assistant Attorney General, Antitrust Division, to Agilis Group, Inc.

2. The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis denies the allegations with one caveat—as noted above in the Answer to Paragraph One, Agilis admits, other than that it voluntarily participated in the Agreement. *See* Letter dated November 2, 2021 from Richard A. Powers, Acting Assistant Attorney General, Antitrust Division, to Agilis Group, Inc.

3. The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than, as admitted earlier, Agilis admits that it participated in the Agreement.

4. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that it admits that it is an outsourcing firm for Pratt & Whitney, pays the salaries and benefits of its employees, and is paid by Pratt & Whitney for outsourced work.

5. The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

6. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that

Agilis admits that qualified employees are important to its work and that government security clearances are required for certain projects.

7.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

8.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than, as admitted herein, Agilis admits that it participated in the Agreement and participated in such discussions.

9.    The public documents referenced in this paragraph speak for themselves, and no further response is required.

10.   The public document referenced in this paragraph speaks for itself, and no further response is required.

11.   Agilis admits the allegations in this paragraph.

12.   The public document referenced in this paragraph speaks for itself, and no response is required. To the extent the paragraph contains legal conclusions, no response is required.

13.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of all of those allegations and therefore generally denies same, other than that Agilis admits that it participated in the Agreement and Agilis further admits that, as the indictment states, that Mr. Patel served as the "leader and primary enforcer" of the Agreement and the "intermediary for communications."

14.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

15.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that while it admits it participated in the Agreement, it denies that it knew its conduct was illegal.

16.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that while it admits it participated in the Agreement, it denies that it knew its conduct was illegal,

however, it understood that the Agreement could negatively impact the salaries of some employees.

17.     The public document referenced in this paragraph speaks for itself, and no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that while Agilis admits it participated in the Agreement, it denies that it knew its conduct was illegal.

18.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that while Agilis admits it participated in the Agreement, it denies that it knew its conduct was illegal.

19.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement and it understood that the Agreement could negatively impact the salaries of some employees.

## JURISDICTION AND VENUE

20.     This paragraph contains legal conclusions to which no response is required.  To the extent a response is required, Agilis admits this Court has subject matter jurisdiction over it for purposes of this matter only.

21.     The allegations contained in this paragraph are legal conclusions to which no response is required. To the extent a response is required, Agilis denies all allegations in this paragraph, other than that it had contacts with Connecticut in furtherance of its participation in the Agreement.

22.     The allegations contained in this paragraph are legal conclusions to which no response is required. To the extent a response is required, Agilis denies all allegations in this paragraph, other than that venue properly lies in this District for purposes of this matter only.

## THE PARTIES

### A.     Plaintiffs

23.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

24.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

25.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

26.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

27.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

28.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

29.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

30.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

31.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

**B.      Defendants**

32.     Agilis admits, upon information and belief, that Pratt & Whitney is one of the largest aerospace engine design, manufacture, and service companies in the United States with its principal place of business in East Hartford, Connecticut. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same and the public document referenced in this paragraph speaks for itself, and no further response is required.

33.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

34.     The allegations in this paragraph contain legal conclusions to which no response is required. Agilis admits that it is incorporated in Florida with its principal place of business in Palm Beach Gardens, Florida.

35.     Agilis admits the allegation in this paragraph.

36.     The allegations in this paragraph contain legal conclusions to which no response is required

and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

37.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

38.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

39.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

40.     Agilis, upon information and belief, admits that Parametric Solutions has its principal place

of business in Jupiter, Florida. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same and the public document referenced in this paragraph speaks for itself, and no further response is required.

41.     Agilis, upon information and belief, admits that Parametric Solutions employed Gary Prus, who worked principally from an office in Jupiter, Florida.

42.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

43.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

I.      **FACTUAL ALLEGATIONS**

   A.      **The Aerospace Industry**

44.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

45.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

46.     Agilis admits that, for certain types of work, security clearances are required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

47.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

48.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

49.     Agilis, upon information and belief, admits that Pratt & Whitney is a "major player" in the aerospace engine industry. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

50.     Agilis admits that Pratt & Whitney used outsourcing. To the extent this paragraph requires a further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

51.     Agilis admits that it was among the outsourcing firms, along with the other firms listed, whose employees were outsourced to Pratt & Whitney during the alleged Class Period. To the extent this paragraph requires a further response, Agilis is without sufficient information

to form a belief as to the truth of those allegations and therefore denies same.

52.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

53.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

54.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

55.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

56.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

57.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

58.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to

form a belief as to the truth of those allegations and therefore denies same.

59.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

60.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

61.     The allegations in this paragraph contain legal conclusions to which no response is required. Further, the cited textbook speaks for itself. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

62.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

63.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

64.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

65.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

66.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

67.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

68.    Agilis admits that it performed work for Pratt & Whitney, but denies that it worked "primarily" or "almost exclusively" for Pratt & Whitney. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it

participated in the Agreement.

69.     Agilis, upon information and belief, admits that Pratt & Whitney is headquartered in Connecticut. Agilis admits it has employees in South Florida. Agilis is without sufficient information to form a belief as to the truth of the remaining allegations and therefore denies same.

**B.     Defendants' Conspiracy to Restrict Hiring, Recruiting, and Compensation Among Aerospace Workers**

70.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

71.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that it denies it knew its conduct was illegal.

72.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

73.     The allegations in this paragraph contain legal conclusions to which no response is required.

To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

74.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

75.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Pratt & Whitney, acting through Patel and others, explicitly told Agilis that it should not recruit or hire the employees of other outsource engineering suppliers that were working on Pratt & Whitney projects.

76.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

77.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than it participated in the agreement and that Mr. Patel would chair meetings with Agilis and raise the goal of depressing labor costs.

78.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

79.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

80.     The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

81.     Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

82.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement and Agilis admits that it exchanged

information with Belcan regarding "landing spots" for recently laid off engineers.

83.      Agilis admits it received an application from a former Belcan employee whom Frank O'Neill described as a "free agent" before he was brought in for an interview at Agilis.

84.      To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

85.      To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

86.      The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

87.      The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

88.      Agilis admits it had standing calls on which Mr. Patel was present during which hiring and recruiting discussions were discussed. Agilis is without sufficient information to form a belief as to the truth of the remaining allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

89.     Agilis admits Pratt & Whitney requiring Agilis to disclose whether its engineers worked for any company that did outsourcing work for Pratt & Whitney. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

90.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

91.     Agilis admits that Pratt & Whitney refusing to staff on their projects Aerospace Workers hired away from one Outsourcing Defendant by another and that Pratt & Whitney instituted an approval process. Agilis, upon information and belief, admits that Patel and Lavoie exercised complete control over the approval process. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

92.     Agilis admits that it understood that Pratt & Whitney could withhold approval for any employees who were hired from another Outsourcing Defendant or Pratt & Whitney. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

93.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that it

admits Pratt & Whitney, acting primarily through Mahesh Patel, threatened to and, in fact, pulled purchase orders from Agilis when it refused to reduce its contractually agreed upon rates. The public document referenced in this paragraph speaks for itself, and no further response is required.

94.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

95.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

96.     The DOJ affidavit speaks for itself. Agilis admits the contents of the email between Mr. O'Neill and Mr. Edwards and admits in participated in the Agreement, and admits that the email is an example of a discussion of the Agreement between its participants. The public document referenced in this paragraph speaks for itself, and no further response is required

97.     Agilis admits the contents of the May 17, 2016 email between a representative of Pratt & Whitney and Agilis' President and CEO. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of all of those allegations and therefore denies same. Specifically, Agilis denies that Mr. O'Neill was referring to the Agreement in the portion of the email cited in this paragraph that was drafted by Mr. O'Neill.

98. While, as admitted earlier, Agilis admits it participated in the Agreement, Agilis denies it was aware its conduct was illegal. As to the remaining allegations, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same. The public document referenced in this paragraph speaks for itself, and no further response is required

## C. The Conspiracy to Further Restrict Hiring and Recruiting Between Pratt & Whitney and Outsourcing Defendants

### 1. *Pratt & Whitney and QuEST*

99. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

100. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

### (a) Pratt & Whitney agreed not to recruit or hire QuEST employees until they had worked for QuEST for at least two years

101. The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

102. The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

103.    The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

104.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same. The public document referenced in this paragraph speaks for itself, and no further response is required

105.    The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

106.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

(b)      Pratt & Whitney and QuEST agreed on hiring freezes

107.    The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

108.    The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

109.     The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

110.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

111.     The public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

### 2.     *Pratt & Whitney and the Other Outsourcing Defendants*

112.     Agilis denies that Pratt & Whitney agreed not to hire Agilis personnel, although Agilis admits that it participated in the Agreement. To the extent this paragraph requires further a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

113.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

114.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

115.     Agilis denies that Pratt & Whitney agreed not to hire Agilis personnel, although Agilis admits it participated in the Agreement.  To the extent this paragraph requires further a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

### D.     The Effects of the No-Poach Conspiracy

116.     Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses. To the extent this paragraph requires further response at this time, Agilis admits it participated in the Agreement.

117.     Agilis admits that it competed with other Defendants, from time to time, to recruit and hire engineers. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

118.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits it participated in the Agreement.

119.     The DOJ Railway Statement of Interest speaks for itself, and no response is required.

120.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to

form a belief as to the truth of those allegations and therefore denies same.

121.　　The allegations in this paragraph contain legal conclusions to which no response is required. Further, the DOJ Railway Statement of Interest speaks for itself, and no response is required.

122.　　The allegations in this paragraph contain legal conclusions to which no response is required. Further, the DOJ Railway Statement of Interest speaks for itself, and no response is required.

123.　　The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

124.　　Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

125.　　The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

126.     The allegations in this paragraph contain legal conclusions to which no response is required, and the "Antitrust Guidance for Human Resources Professionals" speaks for itself. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

127.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that Agilis admits that it participated in the Agreement.

128.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

129.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

130.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

131.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to

form a belief as to the truth of those allegations and therefore denies same.

132.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

## II.     EQUITABLE TOLLING DUE TO DEFENDANTS' CONCEALMENT

133.     The allegations in this paragraph contain legal conclusions to which no response is required.

134.     The allegations in this paragraph contain legal conclusions to which no response is required.

135.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

136.     The allegations in this paragraph contain legal conclusions to which no response is required. Agilis denies it knew its conduct was illegal. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

137.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. Agilis denies it knew its conduct was illegal. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to

the allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

138.     The allegations in this paragraph contain legal conclusions to which no response is required and the public document referenced in this paragraph speaks for itself, and no further response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

139.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

140.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

141.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

142.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

143.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

144.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

145.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

146.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

147.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

## III.    <u>GEOGRAPHIC MARKET ALLEGATIONS</u>

148.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without

appropriate economic analyses and therefore denies same.

149.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

    a.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

    b.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

    c.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

    d.    Agilis, upon information and belief, admit that it employed engineers supporting Pratt & Whitney. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses.

    e.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

    f.    To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

150.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

151.     The public documents referenced in this paragraph speak for themselves, and no further response is required.

152.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis admits it employed engineers supporting Pratt & Whitney, but is without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph without appropriate economic analyses and therefore denies same.

153.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

154.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

155.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

156.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

157.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

158.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

159.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

160.    The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

161.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

162.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

   a.   To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

   b.   To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

   c.   To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

   d.   Agilis admits the allegations in this paragraph.

163.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

164.     To the extent this paragraph requires a response, Agilis is without sufficient information to

form a belief as to the truth of those allegations and therefore denies same.

165.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

166.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

167.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

168.     To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

169.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

170.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

171.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

172.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

173.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of the allegations in this paragraph without appropriate economic analyses and therefore denies same.

## IV.     CLASS ACTION ALLEGATIONS

174.     The allegations in this paragraph contain legal conclusions to which no response is required.

175.     The allegations in this paragraph contain legal conclusions to which no response is required.

176.     The allegations in this paragraph contain legal conclusions to which no response is required.

177.     The allegations in this paragraph contain legal conclusions to which no response is required.

178.     The allegations in this paragraph contain legal conclusions to which no response is required.

179.     The allegations in this paragraph contain legal conclusions to which no response is required.

180.     The allegations in this paragraph, including all its subparts, contain legal conclusions to which no response is required.

181.     The allegations in this paragraph contain legal conclusions to which no response is required.

182.     The allegations in this paragraph contain legal conclusions to which no response is required.

183.     The allegations in this paragraph contain legal conclusions to which no response is required.

## FIRST CLAIM FOR RELIEF

### (Conspiracy to Restrain Trade in Violation of §1 of the Sherman Act, 15 U.S.C. § 1)

184.     Agilis incorporates and re-alleges its answers to the allegations that are set forth above.

185.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis participated in the Agreement.

186.     Agilis admits the allegations in this paragraph.

187.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to

form a belief as to the truth of those allegations and therefore denies same, other than that it is a competitor with other Outsourcing Defendants.

188.     The allegations in this paragraph contain legal conclusions to which no response is required.

189.     The allegations in this paragraph contain legal conclusions to which no response is required.

190.     The allegations in this paragraph contain legal conclusions to which no response is required.

191.     The allegations in this paragraph contain legal conclusions to which no response is required.

192.     The allegations in this paragraph contain legal conclusions to which no response is required.

193.     The allegations in this paragraph contain legal conclusions to which no response is required.

194.     The allegations in this paragraph contain legal conclusions to which no response is required.

195.     The allegations in this paragraph contain legal conclusions to which no response is required.

196.     Agilis admits it employees in several locations across the United States. To the extent this paragraph requires further response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same.

197.     The allegations in this paragraph contain legal conclusions to which no response is required.

## SECOND CLAIM FOR RELIEF

### (Conspiracy to Restrain Trade in Violation of §1 of the Sherman Act, 15 U.S.C. § 1)

198.     Agilis incorporates and re-alleges its answers to the allegations that are set forth above.

199.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis participated in the Agreement.

200.     The allegations in this paragraph contain legal conclusions to which no response is required. To the extent this paragraph requires a response, Agilis is without sufficient information to form a belief as to the truth of those allegations and therefore denies same, other than that it is a competitor with other Outsourcing Defendants.

201.     The allegations in this paragraph contain legal conclusions to which no response is required.

202.     The allegations in this paragraph contain legal conclusions to which no response is required.

203.     The allegations in this paragraph contain legal conclusions to which no response is required.

204.     The allegations in this paragraph contain legal conclusions to which no response is required.

205.     The allegations in this paragraph contain legal conclusions to which no response is required.

206.     The allegations in this paragraph contain legal conclusions to which no response is required.

207.     The allegations in this paragraph contain legal conclusions to which no response is required.

## PRAYER FOR RELIEF

208.     The allegations in this paragraph, subparagraphs (a)-(g) contain legal conclusions to which no response is required. In addition, and in response to subparagraphs (d) and (e), pursuant to fulfilling its obligations under the Antitrust Criminal Penalty Enhancement and Reform Act, Agilis specifically denies that it subject to an award of trebled damages or liable for an award of attorneys' fees and/or costs.

## DEMAND FOR JURY TRIAL

In response to Plaintiffs' demand for a jury trial, no response is required.

## AFFIRMATIVE DEFENSES

1.     Plaintiffs' damages are barred, at least in part, by the applicable statute of limitations, which is four years as Agilis did not fraudulently conceal its conduct. *See* 15 U.S.C. § 15b. Plaintiffs allege the challenged conduct began "by 2011, if not earlier." ECF Nos. 751 and 752 at ¶ 8. To the extent that Plaintiffs seek damages for this entire period, Plaintiffs' claims are time-barred for any recovery of any damages sought outside the four-year statute of limitations.

2.     Plaintiffs' damages are barred to the extent they seek from Agilis treble damages and reasonable attorneys' fees and costs or subject Agilis to joint and several liability. Agilis is the leniency applicant in the related criminal proceedings. It has complied, and will continue to comply with its leniency obligations and with its obligations under the Antitrust Criminal Penalty Enhancement and Reform Act. As such, Agilis is not subject to joint and several liability, treble damages, or an award of fees and/or costs.

3.     Plaintiffs' claims are barred to the extent they have agreed to arbitration or agreed a different forum for the resolution of their claims.

Dated: November 16, 2023                    Respectfully submitted,

                                            /s/ Michael A. Parente
                                            Michael A. Parente (phv20442)
                                            Marguerite S. Willis (phv20493)
                                            Travis C. Wheeler (phv20502)
                                            MAYNARD NEXSEN PC
                                            1230 Main Street, Suite 700
                                            Columbia, SC 29201
                                            Telephone: 803.771.8900
                                            MParente@maynardnexsen.com
                                            MWillis@maynardnexsen.com
                                            TWheeler@maynardnexsen.com

                                            James T. Shearin, Esq. (ct01326)
                                            PULLMAN & COMLEY, LLC
                                            850 Main Street P.O. Box 7006
                                            Bridgeport, CT 06601-7006
                                            Telephone 203 330 2000
                                            Facsimile 203 576 8888
                                            E-mail: jtshearin@pullcom.com

                                            *Attorneys for Defendant Agilis Engineering, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, I electronically filed the above document using the CM/ECF system, which will automatically notify all counsel of record of the filing of this document.

Respectfully submitted,

*/s/ Michael A. Parente*_____