# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al. individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, *et al.*,<br><br>　　　　Defendants. | Case No: 3:21-cv-01657-SVN<br><br>*Class Action*<br><br><br>November 27, 2023 |

## DEFENDANT AGILIS ENGINEERING, INC.'S MOTION FOR ADMISSION OF MARK C. MOORE, ESQ. *PRO HAC VICE*

Pursuant to Fed. R. Civ. P. 83.1(d), Defendant Agilis Engineering, Inc. ("Defendant"), by its attorney, respectfully moves for the admission of Mark C. Moore to this court *pro hac vice*. Defendant represents that Mr. Moore and his law firm are familiar with the issues that will be litigated in this action. Additionally, the undersigned represents that the admission of Mr. Moore would not require modification of any existing scheduling orders or deadlines.

In support of this motion, Defendant states the following:

1.　Mr. Moore is a Member of Maynard Nexsen PC.

2.　Mr. Moore's office address is 1230 Main Street, Suite 700, Columbia, South Carolina 29201. His direct telephone number is 803-540-2146. His email is mmoore@maynardnexsen.com.

3.　Mr. Moore is a member in good standing of the bar of the State of South Carolina (Bar #10240); United States Court of Appeals for the Fourth Circuit, and the United States District Court, District of South Carolina (Bar #4956).

4.  Mr. Moore has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.  Mr. Moore has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6.  The undersigned is advised that Mr. Moore has fully reviewed and is familiar with the federal rules of civil procedure, the applicable local rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  Mr. Moore, pursuant to Local Civil Rule 83.1(d)(1), designates the undersigned, James T. Shearin, as the attorney sponsoring his application *pro hac vice*, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In further support of this motion, Defendant attaches hereto the Affidavit of Mark C. Moore and represents that a certificate of good standing from the State of South Carolina will be filed along with this motion.

Defendant respectfully requests that the court grant this motion for admission of Mark C. Moore *pro hac vice*.

3

        **THE DEFENDANT**
        **Agilis Engineering, Inc.**

By:    */s/ James T. Shearin, Esq.*
        James T. Shearin, Esq. (ct01326)
        PULLMAN & COMLEY, LLC
        850 Main Street P.O. Box 7006
        Bridgeport, CT 06601-7006
        Telephone 203 330 2000
        Facsimile 203 576 8888
        E-mail: jtshearin@pullcom.com

        *Attorneys for Defendant Agilis Engineering, Inc.*