# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RTX CORPORATION, PRATT & WHITNEY DIVISION, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-1657-SVN<br><br>July 12, 2024 |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENTS WITH CYIENT, INC., AGILIS ENGINEERING, INC., PARAMETRIC SOLUTIONS, INC., BELCAN ENGINEERING GROUP LLC, AND <u>QUEST GLOBAL SERVICES N.A.</u>

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Tarah Kye Borozny, Anthony DeGennaro, Ryan Glogowski, Ellen McIsaac, Scott Prentiss, Alex Scales, Austin Waid-Jones, Nicholas Wilson, and Steven Zappulla (collectively, the "Named Plaintiffs"), on behalf of themselves and all others similarly situated, move for entry of the [Proposed] Order Preliminarily Approving Settlements, submitted herewith, which will provide for: (i) preliminary approval of the Settlement Agreements with Defendants Cyient, Inc., Agilis Engineering, Inc., Parametric Solutions, Inc., Belcan Engineering Group LLC, and QuEST Global Services N.A.; (ii) conditional certification of the Settlement Class; (iii) appointment of DiCello Levitt LLP and Quinn Emanuel Urquhart & Sullivan LLP as Class Counsel; (iv) appointment of the Named Plaintiffs as Class Representatives; (v) preliminary approval of the Plan of Allocation; (vi) appointment of A.B. Data

as the Settlement Administrator and approval of form and manner of notice to the Class; and (vii) appointment of Huntington Bank as the Escrow Agent.

This motion is based on the accompanying memorandum of law, the Joint Declaration of Steig D. Olson and Gregory S. Asciolla and its exhibits, the Declaration of Justin Parks and its exhibits, and all prior pleadings and proceedings herein.

Dated: July 12, 2024

*Interim Co-Lead Counsel*

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **DICELLO LEVITT LLP** |
|---|---|
| */s/ Daniel L. Brockett* | */s/ Gregory S. Asciolla* |
| Daniel L. Brockett (phv20450) | Gregory S. Asciolla (phv02599) |
| Manisha M. Sheth (phv01061) | John M. Shaw (phv207422) |
| Steig D. Olson (phv06391) | 485 Lexington Avenue, Suite 1001 |
| Thomas Lepri (phv20453) | New York, New York 10017 |
| Daniel F. Loud (phv206704) | Telephone: (646) 933-1000 |
| 51 Madison Avenue, 22nd Floor | gasciolla@dicellolevitt.com |
| New York, New York 10010 | jshaw@dicellolevitt.com |
| Telephone: (212) 849-7000 | |
| danbrockett@quinnemanuel.com | |
| manishasheth@quinnemanuel.com | |
| steigolson@quinnemanuel.com | |
| thomaslepri@quinnemanuel.com | |
| danielloud@quinnemanuel.com | |
| | |
| Justin Reinheimer (phv20572) | |
| 50 California Street, 22nd Floor | |
| San Francisco, California 94111 | |
| Telephone: (415) 875-6600 | |
| justinreinheimer@quinnemanuel.com | |

| | |
|---|---|
| **GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.** | **HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC** |
| Joseph D. Garrison (ct04132)<br>Stephen J. Fitzgerald (ct22939)<br>Joshua R. Goodbaum (ct28834)<br>Amanda M. DeMatteis (ct29413)<br>405 Orange Street<br>New Haven, Connecticut 06511<br>Telephone:  (203) 777-4425<br>jgarrison@garrisonlaw.com<br>sfitzgerald@garrisonlaw.com<br>jgoodbaum@garrisonlaw.com<br>adematteis@garrisonlaw.com | David A. Slossberg (ct13116)<br>Erica Oates Nolan (ct31097)<br>147 North Broad Street<br>Milford, Connecticut 06460<br>Telephone:  (203) 877-8000<br>DSlossberg@hssklaw.com<br>ENolan@hssklaw.com |

*Local Connecticut Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                              /s/ *Erica O. Nolan*
                                              Erica O. Nolan