# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>RTX CORPORATION, PRATT & WHITNEY DIVISION, et al.,<br><br>       Defendants. | Case No. 3:21-cv-1657-SVN<br><br>Date: July 12, 2024 |

## **PLAN OF ALLOCATION**

  Class Members will be eligible to receive a share of the Settlement Fund net of all applicable reductions based on a formula using a Class Member's total compensation paid. Each Class Member's share of the net Settlement Fund is a fraction, with the Class Member's total compensation paid as the numerator and the total compensation paid to all Class Members as the denominator:

$$\frac{\text{Class Member's individual total compensation paid on the basis of employment in Class Positions during the Class Period}}{\text{Total of compensation of all Class Members paid on the basis of employment in Class Positions during the Class Period who filed valid claims}}$$

  Each Class Member's fractional amount shall be multiplied against the Settlement Fund net of court-approved costs, service awards, and attorneys' fees and expenses, and the Dispute Fund.

The total compensation and dates of employment will be obtained from Defendants' data and determined by the Notice Administrator. The Administrator's determination in this regard will not be subject to challenge by Class Members.

Payments to Class Members shall not be made until the Effective Date has passed and all objections, collateral challenges or appeals relating to the Settlement have been fully and finally resolved.