# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RTX CORPORATION, PRATT & WHITNEY DIVISION, et al.,<br><br>                    Defendants. | Case No. 3:21-cv-1657-SVN<br><br>December 18, 2024 |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH RTX CORPORATION, PRATT & WHITNEY DIVISION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Tarah Kye Borozny, Anthony DeGennaro, Ryan Glogowski, Ellen McIsaac, Scott Prentiss, Alex Scales, Austin Waid-Jones, Nicholas Wilson, and Steven Zappulla (collectively, the "Named Plaintiffs"), on behalf of themselves and all others similarly situated, move for entry of the [Proposed] Order Preliminarily Approving the Settlement, submitted herewith, which will provide for: (i) preliminary approval of the settlement agreement between Plaintiffs and Defendant RTX Corporation, Pratt & Whitney Division; (ii) conditional certification of the Settlement Class; (iii) appointment of DiCello Levitt LLP and Quinn Emanuel Urquhart & Sullivan LLP as Class Counsel; (iv) appointment of the Named Plaintiffs as Class Representatives; (v) preliminary approval of the Plan of Allocation; (vi) appointment of A.B. Data as the Settlement Administrator and approval of form and manner of notice to the Class; and (vii) appointment of Huntington Bank as the Escrow Agent.

This motion is based on the accompanying memorandum of law, the Joint Declaration of Daniel L. Brockett and Gregory S. Asciolla and its exhibits, the Declaration of Justin Parks and its exhibits, and all prior pleadings and proceedings herein.

Dated: December 18, 2024

Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **DICELLO LEVITT LLP** |
| */s/ Daniel L. Brockett* <br> Daniel L. Brockett (phv20450) <br> Manisha M. Sheth (phv01061) <br> Steig D. Olson (phv06391) <br> Thomas Lepri (phv20453) <br> Daniel F. Loud (phv206704) <br> 295 5th Avenue <br> New York, New York 10016 <br> Telephone:  (212) 849-7000 <br> danbrockett@quinnemanuel.com <br> manishasheth@quinnemanuel.com <br> steigolson@quinnemanuel.com <br> thomaslepri@quinnemanuel.com <br> danielloud@quinnemanuel.com | */s/ Gregory S. Asciolla* <br> Gregory S. Asciolla (phv02599) <br> John M. Shaw (phv207422) <br> 485 Lexington Avenue, Suite 1001 <br> New York, New York 10017 <br> Telephone: (646) 933-1000 <br> gasciolla@dicellolevitt.com <br> jshaw@dicellolevitt.com |

Justin Reinheimer (phv20572)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
justinreinheimer@quinnemanuel.com

*Interim Co-Lead Counsel*

**GARRISON, LEVIN-EPSTEIN,
  FITZGERALD & PIRROTTI, P.C.**

Joseph D. Garrison (ct04132)
Stephen J. Fitzgerald (ct22939)
Joshua R. Goodbaum (ct28834)
Amanda M. DeMatteis (ct29413)
405 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 777-4425
jgarrison@garrisonlaw.com
sfitzgerald@garrisonlaw.com
jgoodbaum@garrisonlaw.com
adematteis@garrisonlaw.com

*Local Connecticut Counsel*

**HURWITZ SAGARIN SLOSSBERG &
  KNUFF, LLC**

David A. Slossberg (ct13116)
Erica Oates Nolan (ct31097)
Timothy C. Cowan (ct30786)
135 Broad Street
Milford, Connecticut 06460
Telephone: (203) 877-8000
DSlossberg@hssklaw.com
ENolan@hssklaw.com
TCowan@hssklaw.com