UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARAH KYE BOROZNY, et al., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>RTX CORPORATION, PRATT & WHITNEY DIVISION, et al.,<br><br>         Defendants. | Case No. 3:21-cv-1657-SVN<br><br>Dated: April 7, 2025 |

**MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENTS**

  Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Tarah Kye Borozny, Anthony DeGennaro, Ryan Glogowski, Ellen McIsaac, Scott Prentiss, Alex Scales, Austin Waid-Jones, Nicholas Wilson, and Steven Zappulla (collectively, the "Named Plaintiffs"), on behalf of themselves and all others similarly situated, move for entry of the [Proposed] Judgment Approving Class Actions Settlements,[1] which will provide for: (i) final approval of the Settlement Agreements between Plaintiffs and Defendants Cyient, Inc., Agilis Engineering, Inc., Parametric Solutions, Inc, QuEST Global Services N.A., Inc., Belcan Engineering Group LLC, and RTX Corporation, Pratt & Whitney Division;  (ii) certification of the Settlement Class; (iii) final approval of the Plan of Allocation.

---

[1] The Proposed Judgment will be submitted no later than May 7, 2025. *See* ECF No. 984.

This motion is based on the accompanying memorandum of law, the Joint Declaration of Daniel L. Brockett and Gregory S. Asciolla and its exhibits, the Declaration of Jack Sobczak and its exhibits, and all prior pleadings and proceedings herein.

Dated: April 7, 2025                                                                 Respectfully submitted,

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **DICELLO LEVITT LLP** |
| /s/ Daniel L. Brockett | /s/ Gregory S. Asciolla |
| Daniel L. Brockett (phv20450) | Gregory S. Asciolla (phv02599) |
| Manisha M. Sheth (phv01061) | John M. Shaw (phv207422) |
| Steig D. Olson (phv06391) | 485 Lexington Avenue, Suite 1001 |
| Thomas Lepri (phv20453) | New York, New York 10017 |
| Daniel F. Loud (phv206704) | Telephone: (646) 933-1000 |
| 295 5th Avenue | gasciolla@dicellolevitt.com |
| New York, New York 10016 | jshaw@dicellolevitt.com |
| Telephone: (212) 849-7000 | |
| danbrockett@quinnemanuel.com | |
| manishasheth@quinnemanuel.com | |
| steigolson@quinnemanuel.com | |
| thomaslepri@quinnemanuel.com | |
| danielloud@quinnemanuel.com | |

Justin Reinheimer (phv20572)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
justinreinheimer@quinnemanuel.com

*Co-Lead Counsel for Plaintiffs and the Class*

| | |
|---|---|
| **GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.** | **HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC** |
| Joseph D. Garrison (ct04132)<br>Stephen J. Fitzgerald (ct22939)<br>Joshua R. Goodbaum (ct28834)<br>Amanda M. DeMatteis (ct29413)<br>405 Orange Street<br>New Haven, Connecticut 06511<br>Telephone:  (203) 777-4425<br>jgarrison@garrisonlaw.com<br>sfitzgerald@garrisonlaw.com<br>jgoodbaum@garrisonlaw.com<br>adematteis@garrisonlaw.com<br><br>*Local Connecticut Counsel* | David A. Slossberg (ct13116)<br>Erica Oates Nolan (ct31097)<br>Timothy C. Cowan (ct30786)<br>135 Broad Street<br>Milford, Connecticut 06460<br>Telephone:  (203) 877-8000<br>DSlossberg@hssklaw.com<br>ENolan@hssklaw.com<br>TCowan@hssklaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Erica O. Nolan
      Erica O. Nolan